<u>CERTIFICATE OF SERVICE</u>

I, Scott A. Kamber, hereby certify that I am not a party to the action, am over the age of eighteen years, and a member of the firm Kamber & Associates, LLC, and that on November 17, 2005, I caused to be served a Summons and Complaint in the within action, by causing to be delivered a true and correct electronic copy of the same to the below named company:

Sony BMG Music Entertainment Corp.

c/o Jeffrey S. Jacobson
Debevoise & Plimpton, LLP
919 Third Avenue
New York, New York 10022

jsjacobson@debevoise.com

**Electronically filed by signatory**
-----------------------------------------------