Scott A. Kamber (SK-5794)
Kamber & Associates, LLC
19 Fulton Street, Suite 400
New York, NY  10038
(646) 441-7100

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES MICHAELSON and ORI EDELSTEIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SONY BMG MUSIC, INC. and FIRST 4 INTERNET,<br><br>Defendants. | Case No. :1:05-cv-09575-NRB<br><br>Notice of Appearance |

        PLEASE TAKE NOTICE that Kamber & Associates, LLC hereby appears in the above-caption action as counsel for plaintiffs James Michaleson and Ori Edlestein.  Scott A. Kamber is a member of Kamber & Associates, LLC and has been admitted to practice in the Southern District of New York since 1992 . Copies of all papers filed in this action should be electronically and/or physically pursuant to the applicable rules of court upon:

Scott A. Kamber, Esq.
Kamber & Associates, LLC
19 Fulton Street, Suite 400
New York, NY 10038
(646) 441-7100
e-mail:  skamber@kolaw.com

Dated: November 30, 2005

Kamber & Associates, LLC

By: **Electronically filed by signatory**
_____
        Scott A. Kamber (SK-5794)

1

To:     The Honorable Naomi Reice Buchwald
        United States District Court
        Southern District of New York
        500 Pearl Street
        New York, NY  10007

        Jeffrey S. Jacobson, Esq.
        Debevoise & Plimpton, LLP
        919 Third Avenue
        New York, New York  10022
        Telephone: (212) 909-6479
        Facsimile: (212) 521-7479

        *Counsel for Defendant Sony BMG Music Entertainment, Inc.*