FILED ELECTRONICALLY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
:
:
In Re Sony BMG CD Technologies Litigation  :  No. 1:05-cv-09575-NRB
:  ECF CASE
:
:  NOTICE OF APPEARANCE
:
------------------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Jeffrey S. Jacobson of Debevoise & Plimpton LLP as counsel in this case for Defendants Sony BMG Music Entertainment and Sony Corporation of America.


Dated:  New York, New York
        December 6, 2005

                Respectfully submitted,
                DEBEVOISE & PLIMPTON LLP

                By: S/_____

                  Jeffrey S. Jacobson (JJ-8872)
                  919 Third Avenue
                  New York, New York  10022
                  Telephone No. (212) 909-6000
                  Facsimile No. (212) 909-6836
                  Attorneys for Defendants Sony BMG Music
                      Entertainment and Sony Corporation of
                      America

22085701v2

TO:     Scott A. Kamber, Esq. (SK-5794)
        KAMBER & ASSOCIATES, LLC
        19 Fulton Street, Suite 400
        New York, New York  10038
        Attorneys for Plaintiffs James Michaelson & Ori Edelstein

        Jonathan K. Levine, Esq. (JL-8390)
        Daniel C. Girard, Esq.
        Eric H. Gibbs, Esq.
        GIRARD GIBBS & DE BARTOLOMEO LLP
        601 California Street, Suite 1400
        San Francisco, California  94108
        Attorneys for Plaintiff Dora Rivas

        Sanford P. Dumain, Esq. (SD-8712)
        Peter Safirstein, Esq. (PS-6176)
        MILBERG WEISS BERSHAD & SCHULMAN LLP
        One Pennsylvania Avenue
        New York, New York  10119
        Attorneys for Plaintiff Dora Rivas

        David Nester, Esq.
        NESTER & CONSTANCE, P.C.
        123 West Washington Street
        Belleville, Illinois  62220
        Attorneys for Plaintiff Dora Rivas

        Robert I. Lax, Esq.  (RL-8413)
        ROBERT I. LAX & ASSOCIATES
        535 Fifth Avenue, 21st Floor
        New York, New York  10017
        Attorneys for Plaintiff Dora Rivas

        Ira M. Press, Esq.  (IP-5313)
        Mark A. Strauss, Esq.  (MS-2288)
        KIRBY MCINERNEY & SQUIRE, LLP
        830 Third Avenue
        New York, New York  10022
        Attorneys for Plaintiff Jeffrey Potter

        Jason L. Solotaroff, Esq.  (JS-5739)
        GISKAN & SOLOTAROFF, LLP
        207 West 25th Street
        New York, New York  10001
        Attorneys for Plaintiffs Andrew Klewan and James Springer

Daniel Lynch, Esq.
Ethan Preston, Esq.
CIRIGNANI HELLER HARMAN & LYNCH
150 S. Wacker Drive, #2600
Chicago, IL  60606
Attorney for Plaintiffs Andrew Klewan and James Springer

## **CERTIFICATE OF SERVICE**

I, Eva Subotnik, of Debevoise & Plimpton LLP, attorneys for Defendants Sony BMG Music Entertainment and Sony Corporation of America, certify that I am over eighteen (18) years of age and that on the 6th day of December 2005, I caused a copy of the within Notice of Appearance to be served by electronic filing upon counsel for the other parties to this action:

Scott A. Kamber, Esq. (SK-5794)
KAMBER & ASSOCIATES, LLC
19 Fulton Street, Suite 400
New York, New York  10038
Attorneys for Plaintiffs James Michaelson & Ori Edelstein

Jonathan K. Levine, Esq. (JL-8390)
GIRARD GIBBS & DE BARTOLOMEO LLP
601 California Street, Suite 1400
San Francisco, California  94108
Attorneys for Plaintiff Dora Rivas

Sanford P. Dumain, Esq. (SD-8712)
Peter Safirstein, Esq. (PS-6176)
MILBERG WEISS BERSHAD & SCHULMAN LLP
One Pennsylvania Avenue
New York, New York  10119
Attorneys for Plaintiff Dora Rivas

Robert I. Lax, Esq.  (RL-8413)
ROBERT I. LAX & ASSOCIATES
535 Fifth Avenue, 21st Floor
New York, New York  10017
Attorneys for Plaintiff Dora Rivas

Ira M. Press, Esq.  (IP-5313)
Mark A. Strauss, Esq.  (MS-2288)
KIRBY MCINERNEY & SQUIRE, LLP
830 Third Avenue
New York, New York  10022
Attorneys for Plaintiff Jeffrey Potter

Jason L. Solotaroff, Esq.  (JS-5739)
GISKAN & SOLOTAROFF, LLP
207 West 25th Street
New York, New York  10001
Attorneys for Plaintiffs Andrew Klewan and James Springer

I understand that transmission of the Clerk's Notice of Electronic Filing will effect service.

22085701v2                                                    4

I certify further that on the 6th day of December 2005, I caused a copy of the within Notice of Appearance to be served by first class mail to counsel for the other parties to this action at the following addresses:

>David Nester, Esq.
>NESTER & CONSTANCE, P.C.
>123 West Washington Street
>Belleville, Illinois  62220
>Attorneys for Plaintiff Dora Rivas
>
>Daniel Lynch, Esq.
>CIRIGNANI HELLER HARMAN & LYNCH
>150 S. Wacker Drive, #2600
>Chicago, IL  60606
>Attorney for Plaintiffs Andrew Klewan and James Springer

I certify under penalty of perjury that the foregoing is true and correct.  Executed on December 6, 2005.

S/_____<br>
Eva E. Subotnik