FILED ELECTRONICALLY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

In Re Sony BMG CD Technologies Litigation

: No. 1:05-cv-09575-NRB
: ECF CASE
:
: **CERTIFICATE OF**
: **ADDITIONAL SERVICE**

------------------------------------------------------------------------ x

     I, Eva Subotnik, of Debevoise & Plimpton LLP, attorneys for Defendants Sony BMG Music Entertainment and Sony Corporation of America, certify that I am over eighteen (18) years of age and that on the 6th day of December 2005, I caused a copy of the Notice of Appearance, dated December 6, 2005, to be served by first class mail to counsel for the other parties to this action at the following addresses:

> David Nester, Esq.
> NESTER & CONSTANCE, P.C.
> 123 West Washington Street
> Belleville, Illinois  62220
> Attorneys for Plaintiff Dora Rivas
>
> Daniel Lynch, Esq.
> CIRIGNANI HELLER HARMAN & LYNCH
> 150 S. Wacker Drive, #2600
> Chicago, IL  60606
> Attorney for Plaintiffs Andrew Klewan and James Springer

     I certify further that on the 7th day of December 2005, I caused a copy of the Notice of Appearance, dated December 6, 2005, to be served by first class mail to counsel for the other parties to this action at the following addresses:

> Jonathan K. Levine, Esq. (JL-8390)
> GIRARD GIBBS & DE BARTOLOMEO LLP
> 601 California Street, Suite 1400
> San Francisco, California  94108
> Attorneys for Plaintiff Dora Rivas
>
> Robert I. Lax, Esq.  (RL-8413)
> ROBERT I. LAX & ASSOCIATES
> 535 Fifth Avenue, 21st Floor
> New York, New York  10017
> Attorneys for Plaintiff Dora Rivas

     I certify under penalty of perjury that the foregoing is true and correct.

     Executed on December 7, 2005.

                                                                   S/_____
                                                                   Eva E. Subotnik

22087002v2