Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
IN RE SONY BMG CD TECHNOLOGIES       :    05 CV 9575 (NRB)
LITIGATION                            :    05 CV 9598 (NRB)
                                      :    05 CV 9607 (NRB)
                                      :    05 CV 9609 (NRB)
                                      :    05 CV 10190 (NRB)
                                      :    **STIPULATION**
------------------------------------------------------------x

It is hereby stipulated between Kamber and Associates, co-lead counsel for Plaintiffs in this consolidated action and Debevoise & Plimpton, LLP, attorneys for Defendant Sony BMG Music Entertainment GP that the time for all Defendants to answer or otherwise respond to any complaint subject to the Case Management Order Number 1, shall be no earlier than January 18, 2006.

Dated: December 19, 2005
       New York, New York


KAMBER & ASSOCIATES, LLC                    DEBEVOISE & PLIMPTON, LLP

By:  Scott A. Kamber (SK-5794)         By:  Jeffrey A. Jacobson   (JJ-8872)
     19 Fulton Street, Suite 400            919 Third Avenue
     New York, NY 10038                     New York, N.Y. 10022
     (646) 441-7100                         (212) 909-6479
     Fax: (212)-202-6364                    Fax: (212) 909-6836
     Email: skamber@kolaw.com               Email: jsjacobson@debevoise.com


SO ORDERED:

U.S.D.J.
12/21/05

22090549v1