UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SONY BMG CD<br>TECHNOLOGIES LITIGATION | Case No. 1:05-cv-09575-NRB |

## NOTICE RE: PRO HAC VICE APPLICANTS

**TO ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Local Civil Rule 1.3(c) states:

> A member in good standing of the bar of any state or of any United States District Court may be permitted to argue or to try a particular case in whole or in part as counsel or advocate, upon motion and upon filing with the Clerk of the District Court a certificate of the court for each of the states in which the applicant is a member of the bar, which has been issued within thirty (30) days and states that the applicant is a member in good standing of the bar of that state court. Only an attorney who has been so admitted or who is a member of the bar of this court may enter appearances for parties, sign stipulations or receive payments upon judgments, decrees or orders.

All counsel intending to appear *pro hac vice* in the above-captioned action must comply with Local Civil Rule 1.3(c) and must submit original certificates in hard copy form bearing a seal to demonstrate good standing of the bar of the state courts of which they are members. Electronic filing of copies of certificates does not meet the requirements of Local Civil Rule 1.3(c).

Dated: January 9, 2006                    Respectfully Submitted,

              **GIRARD GIBBS &**
                **De BARTOLOMEO LLP**

              By:     */s/ Jonathan K. Levine*
                 Jonathan K. Levine (JL-8390)
              Daniel C. Girard (Pro Hac Vice)
              Elizabeth C. Pritzker (Pro Hac Vice)
              Aaron M. Sheanin (Pro Hac Vice)
              601 California Street, Suite 1400
              San Francisco, California  94108
              Telephone:     (415) 981-4800
              Facsimile:      (415) 981-4846

              **KAMBER & ASSOCIATES, LLC**
              Scott A. Kamber (SK-5794)
              19 Fulton Street, Suite 400
              New York, New York 10038
              Telephone:     (212) 571-2000
              Facsimile:      (212) 202-6364

              *Plaintiffs' Co-Lead Counsel &*
              *Class Counsel*

## **CERTIFICATE OF SERVICE**

I, Zackary M. Lyons, hereby declare as follows:

I am employed by Girard Gibbs & De Bartolomeo, a Limited Liability Partnership, 601 California Street, Suite 1400, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On January 9, 2006, I served the attached:

1) **NOTICE RE: PRO HAC VICE APPLICANTS**

on:

| | |
|---|---|
| Scott A. Kamber (SK-5794)<br>**KAMBER & ASSOCIATES, LLC**<br>19 Fulton Street, Suite 400<br>New York, New York 10038<br>Telephone:     (212) 571-2000<br>Facsimile:      (212) 202-6364<br><br>*Plaintiffs' Co-Lead Counsel* | Sanford P. Domain (SD-8712)<br>Peter Safirstein (PS-6176)<br>**MILBERG WEISS BERSHAD &<br>   SCHULMAN LLP**<br>One Pennsylvania Avenue<br>New York, New York  10119-0165<br>Telephone:     (212) 594-5300<br>Facsimile:      (212) 868-1229<br><br>*Plaintiffs' Executive Committee* |
| Ira M. Press (IP-5313)<br>Mark A Strauss (MS-2288)<br>**KIRBY McINERNEY & SQUIRE, LLP**<br>830 Third Avenue<br>New York, NY  10022<br>Telephone:     (212) 317-2000<br>Facsimile:      (212) 751-2540<br><br>*Plaintiffs' Executive Committee* | Jason L. Solotaroff (JS-5739)<br>Oren Giskan (OG-3667)<br>**GISKAN & SOLOTAROFF**<br>207 West 25th Street<br>New York, New York 10001<br>Telephone:     (212) 847-8315<br>Facsimile:      (212) 473-8096<br><br>*Plaintiffs' Executive Committee* |
| David Nester<br>**NESTER & CONSTANCE, P.C.**<br>123 West Washington Street<br>Belleville, Illinois  62220-2021<br>Telephone:     (618) 234-4440<br>Facsimile:      (618) 234-6193<br><br>*Counsel for Plaintiffs* | Robert I. Lax (RL-8413)<br>**ROBERT I. LAX & ASSOCIATES**<br>535 Fifth Avenue, 21st Floor<br>New York, NY  10017<br>Telephone:     (212) 818-9150<br>Facsimile:      (212) 818-1266<br><br>*Counsel for Plaintiffs* |

| | |
|---|---|
| Daniel Lynch<br>Ethan Preston<br>**CIRIGNANI HELLER HARMAN & LYNCH**<br>150 S. Wacker Drive, #2600<br>Chicago, IL  60606<br>Telephone:     (312) 346-8700<br>Facsimile:       (312) 896-5883<br><br>*Counsel for Plaintiffs* | Jeffrey S. Jacobson<br>**DEBEVOISE & PLIMPTON LLP**<br>919 Third Avenue<br>New York, NY  10022<br>Telephone:  (212) 909-6000<br>Facsimile:  (212) 909-6836<br><br>*Counsel for Defendant*<br>*Sony BMG Music Entertainment* |
| Robert M. Rothman<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>200 Broadhollow Road, Suite 406<br>Melville, New York  11747<br>Telephone:  (631) 367-7100<br>Facsimile:  (631) 367-1173<br><br>*Counsel for Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher* | Robert S. Green<br>Jenelle Welling<br>Avin P. Sharma<br>**GREEN WELLING LLP**<br>595 Market Street, Suite 2750<br>San Francisco, California  94105<br>Telephone:  (415) 477-6700<br>Facsimile:  (415) 477-6710<br><br>*Counsel for Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher* |
| Cindy Cohn<br>Fred Von Lohmann<br>Kurt Opsahl<br>Corynne McSherry<br>**ELECTRONIC FRONTIER FOUNDATION**<br>454 Shotwell Street<br>San Francisco, California  94110<br>Telephone:  (415) 436-9333<br>Facsimile:  (415) 436-9993<br><br>*Counsel for Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher* | Lawrence E. Feldman<br>**LAWRENCE E. FELDMAN & ASSOCIATES**<br>432 Tulpehocken Avenue<br>Elkins Park, Pennsylvania  19027<br>Telephone:  (215) 885-3302<br>Facsimile:  (215) 885-3303<br><br>*Counsel for Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher* |
| Robert I. Harwood<br>Jeffrey M. Norton<br>**WECHSLER HARWOOD LLP**<br>488 Madison Avenue, 8th Floor<br>New York, New York  10022<br>Telephone:  (212) 935-7400<br>Facsimile:  (212) 753-3630<br><br>*Counsel for John Maletta* | Lynne M. Kizis<br>**WILENTZ GOLDMAN & SPITZER**<br>90 Woodbridge Center Drive, Suite 900<br>Woodbridge, New Jersey  07095<br>Telephone:  (732) 636-8000<br><br>*Counsel for Darren DeMarco* |

| | |
|---|---|
| Philip A. Tortoreti<br>**TORTORETI TOMES & CALLAHAN**<br>150 Tices Lane<br>East Brunswick, New Jersey 08816<br>Telephone: (732) 257-9100<br><br>*Counsel for Darren DeMarco* | Stephen Raff<br>Michael Raff<br>**RAFF & RAFF LLP**<br>30 Church Street<br>Paterson, New Jersey 07505<br>Telephone: (973) 742-1917<br><br>*Counsel for Darren DeMarco* |
| Michael D. Halbfish<br>**LAW OFFICES OF<br>MICHAEL D. HALBFISH**<br>245 Main Street<br>Woodbridge, New Jersey 07095<br>Telephone: (732) 636-4900<br><br>*Counsel for Darren DeMarco* | Andrew C. DeVore<br>**MANATT PHELPS & PHILLIPS LLP**<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 790-4535<br><br>*Counsel for Defendant<br>SunComm International Inc.* |
| Leonard T. Nuara<br>**THACHER PROFFITT & WOOD LLP**<br>25 DeForest Avenue<br>Summit, New Jersey 07901<br>Telephone: (908) 598-5777<br><br>*Counsel for Defendant<br>First4Internet Ltd.* | |

  XXX   by placing the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth above.

  _____   by transmitting via facsimile the above listed document(s) to the fax number(s) set forth above on this date.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct, executed January 9, 2006, at San Francisco, California.

_____
Zackary M. Lyons

5