# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

In re: SONY BMG CD TECHNOLOGIES LITIGATION,

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05-cv-9575-NRB

TO: (Name and address of defendant)

SunnComm International Inc.
668 North 44th Street
Suite 248
Phoenix, AZ 85008

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter Safirstein, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Avenue
New York, New York 10119-0165

an answer to the consolidated amended complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE  DEC 28 2005

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                                                Signature of Server

                                                                       _____
                                                                       Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Peter Safirstein Esq
Milburg Weiss Bershad & Schulman, LLP
1 Pennsylvania Avenue
New York, NY 10119

UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SONY BMG CD TECHNOLOGIES LITIGATION | Affidavit No. CA2006-1012<br><br>NO. 1;05-CV-9575-NRB<br><br>**AFFIDAVIT OF SERVICE OF PROCESS** |

STATE OF ARIZONA       )
County of Maricopa     ) ss.

**LOUIS HANEY JR #5549,** registered in Maricopa County, being first duly sworn, deposes and states: That he is fully qualified to serve process in this cause, having been so appointed by the court; that he received from:

**Peter Safirstein Esq**
1/6/2006

The instruments and documents described below:

SUMMONS IN A CIVIL CASE, CONSOLIDATED AMENDED CLASS ACTION COMPLAINT, CERTIFICATE OF SERVICE, INDIVIDUAL PRACTICES OF NAOMI BUCHWALD, USDJ, ECF PROCEDURES AND GUIDELINES

That true copies of these documents were personally served as below, upon:

**SUNNCOMM INTERNATIONAL INC UPON ALBERT GOLUSIN, DIRECTOR, AUTHORIZED TO ACCEPT. (C/M/40s/5'10"/215#/BRN HR)**

Service was effected at the BUSINESS:  668 N 44TH STREET, EAST WING, SUITE 248
                                       PHOENIX AZ 85008

DATE and TIME: 1/6/2006 AT: 3:15PM

_____
Affiant

_____
Notary Public

Subscribed and Sworn Before Me on
January 10, 2006



OFFICIAL SEAL
DAWN E. POLK
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Expires Feb. 12, 2008