USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SONY BMG CD
TECHNOLOGIES LITIGATION

Case No. 1:05-cv-09575-NRB

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR
*PRO HAC VICE* ADMISSION OF ELIZABETH C. PRITZKER

GIRARD GIBBS & De BARTOLOMEO LLP
Daniel C. Girard
Jonathan K. Levine (JL-8390)
Elizabeth C. Pritzker
Aaron M. Sheanin
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Plaintiffs' Co-Lead Counsel*

1

GOOD CAUSE SHOWING, and by and through the moving papers of counsel, the affidavits filed in support thereof, and no opposition filed by any party;

IT IS HEREBY ORDERED that Elizabeth C. Pritzker be admitted before this Court *pro hac vice*, as an attorney for Plaintiffs in this action. upon payment of the required fee.

**IT IS SO ORDERED.**

Dated: January 23, 2006

Honorable Naomi Reice Buchwald
United States District Judge

2