UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

27

| | |
|---|---|
| In re:<br><br>SONY BMG CD<br>TECHNOLOGIES LITIGATION | Case No. 1:05-cv-09575-NRB |

**AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS'
MOTION FOR *PRO HAC VICE* ADMISSION OF DANIEL C. GIRARD**



GIRARD GIBBS & De BARTOLOMEO LLP
Daniel C. Girard
Jonathan K. Levine (JL-8390)
Elizabeth C. Pritzker
Aaron M. Sheanin
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Plaintiffs' Co-Lead Counsel*

1

I, Jonathan K. Levine, being duly sworn, deposes and says that the following facts are true and correct to the best of his personal knowledge:

1. I am an attorney duly admitted to practice before this Court. My admission to this Court was on March 14, 1989.

2. I am not under suspension or disbarment by any court.

3. I am a partner of the firm of Girard Gibbs & De Bartolomeo LLP, and my office is located at 601 California Street, Suite 1400, San Francisco, California 94108. My telephone number is (415) 981-4800.

4. I make this affidavit in support of Plaintiffs' motion for the admission of Daniel C. Girard *pro hac vice*.

5. I have known Daniel C. Girard for over seven years and believe he will uphold the integrity of this Court and will comply with all applicable New York Local Rules of Civil Procedure.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of January, 2006 at San Francisco, California.

_____
Jonathan K. Levine

State of California    )
County of San Francisco )

On January 18, 2006, before me, Zackary M. Lyons, Notary Public, personally appeared Jonathan K. Levine, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.



ZACKARY M. LYONS
Commission # 1362719
Notary Public - California
San Francisco County
My Comm. Expires Jun 29, 2008

2