UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SONY BMG CD
TECHNOLOGIES LITIGATION

Case No. 1:05-cv-09575-NRB

NOTICE OF MOTION AND MOTION FOR *PRO HAC VICE* ADMISSION
OF ELIZABETH C. PRITZKER



GIRARD GIBBS & De BARTOLOMEO LLP
Daniel C. Girard
Jonathan K. Levine (JL-8390)
Elizabeth C. Pritzker
Aaron M. Sheanin
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Plaintiffs' Co-Lead Counsel*
*Additional Attorneys on Signature Page*

1

PLEASE TAKE NOTICE that, upon the accompanying Affidavits of Jonathan K. Levine and Elizabeth C. Pritzker, dated January 18, 2006 and the exhibit annexed thereto, and upon all prior papers and proceedings, Plaintiffs will move this Court on a date to be determined, upon submission, unless otherwise ordered by the Court, for an order permitting Elizabeth C. Pritzker of Girard Gibbs & De Bartolomeo LLP, counsel for plaintiffs, to practice before this Court in connection with all proceedings in these matters.

Respectfully submitted,

**GIRARD GIBBS & De BARTOLOMEO LLP**

Dated: January 18, 2006

_____
Jonathan K. Levine (JK-8390)

Daniel C. Girard
Elizabeth C. Pritzker
Aaron M. Sheanin
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

**KAMBER & ASSOCIATES, LLC**
Scott A. Kamber (SK-5794)
19 Fulton Street, Suite 400
New York, New York 10038
Telephone:   (212) 571-2000
Facsimile:   (212) 202-6364

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I, Zackary M. Lyons, hereby declare as follows:

I am employed by Girard Gibbs & De Bartolomeo, a Limited Liability Partnership, 601 California Street, Suite 1400, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On January 18, 2006, I served the following documents:

1) NOTICE OF MOTION AND MOTION FOR *PRO HAC VICE* ADMISSION OF DANIEL C. GIRARD;

2) AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION OF DANIEL C. GIRARD;

3) AFFIDAVIT OF DANIEL C. GIRARD IN SUPPORT OF PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION;

4) [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION OF DANIEL C. GIRARD; and

5) NOTICE OF MOTION AND MOTION FOR *PRO HAC VICE* ADMISSION OF ELIZABETH C. PRITZKER;

6) AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION OF ELIZABETH C. PRITZKER;

7) AFFIDAVIT OF ELIZABETH C. PRITZKER IN SUPPORT OF PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION;

8) [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION OF ELIZABETH C. PRITZKER; and

9) CERTIFICATE OF SERVICE

on:

| | |
|---|---|
| Scott A. Kamber (SK-5794)<br>**KAMBER & ASSOCIATES, LLC**<br>19 Fulton Street, Suite 400<br>New York, New York 10038<br>Telephone:   (212) 571-2000<br>Facsimile:   (212) 202-6364<br><br>*Plaintiffs' Co-Lead Counsel* | Sanford P. Domain (SD-8712)<br>Peter Safirstein (PS-6176)<br>**MILBERG WEISS BERSHAD &<br>  SCHULMAN LLP**<br>One Pennsylvania Avenue<br>New York, New York  10119-0165<br>Telephone:   (212) 594-5300<br>Facsimile:   (212) 868-1229<br><br>*Plaintiffs' Executive Committee* |

| | |
|---|---|
| Ira M. Press (IP-5313)<br>Mark A Strauss (MS-2288)<br>**KIRBY McINERNEY & SQUIRE, LLP**<br>830 Third Avenue<br>New York, NY 10022<br>Telephone:   (212) 317-2000<br>Facsimile:    (212) 751-2540<br><br>*Plaintiffs' Executive Committee* | Jason L. Solotaroff (JS-5739)<br>Oren Giskan (OG-3667)<br>**GISKAN & SOLOTAROFF**<br>207 West 25th Street<br>New York, New York 10001<br>Telephone:   (212) 847-8315<br>Facsimile:    (212) 473-8096<br><br>*Plaintiffs' Executive Committee* |
| David Nester<br>**NESTER & CONSTANCE, P.C.**<br>123 West Washington Street<br>Belleville, Illinois 62220-2021<br>Telephone:   (618) 234-4440<br>Facsimile:    (618) 234-6193<br><br>*Counsel for Plaintiffs* | Robert I. Lax (RL-8413)<br>**ROBERT I. LAX & ASSOCIATES**<br>535 Fifth Avenue, 21st Floor<br>New York, NY 10017<br>Telephone:   (212) 818-9150<br>Facsimile:    (212) 818-1266<br><br>*Counsel for Plaintiffs* |
| Daniel Lynch<br>Ethan Preston<br>**CIRIGNANI HELLER HARMAN & LYNCH**<br>150 S. Wacker Drive, #2600<br>Chicago, IL 60606<br>Telephone:   (312) 346-8700<br>Facsimile:    (312) 896-5883<br><br>*Counsel for Plaintiffs* | Jeffrey S. Jacobson<br>**DEBEVOISE & PLIMPTON LLP**<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6836<br><br>*Counsel for Defendant*<br>*Sony BMG Music Entertainment* |
| Robert M. Rothman<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>200 Broadhollow Road, Suite 406<br>Melville, New York 11747<br>Telephone: (631) 367-7100<br>Facsimile: (631) 367-1173<br><br>*Counsel for Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher* | Robert S. Green<br>Jenelle Welling<br>Avin P. Sharma<br>**GREEN WELLING LLP**<br>595 Market Street, Suite 2750<br>San Francisco, California 94105<br>Telephone: (415) 477-6700<br>Facsimile: (415) 477-6710<br><br>*Counsel for Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher* |

3

| | |
|---|---|
| Cindy Cohn<br>Fred Von Lohmann<br>Kurt Opsahl<br>Corynne McSherry<br>**ELECTRONIC FRONTIER**<br>**FOUNDATION**<br>454 Shotwell Street<br>San Francisco, California 94110<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993<br><br>*Counsel for Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher* | Robert I. Harwood<br>Jeffrey M. Norton<br>**WECHSLER HARWOOD LLP**<br>488 Madison Avenue, 8th Floor<br>New York, New York 10022<br>Telephone: (212) 935-7400<br>Facsimile: (212) 753-3630<br><br>*Counsel for John Maletta* |
| Lynne M. Kizis<br>**WILENTZ GOLDMAN & SPITZER**<br>90 Woodbridge Center Drive, Suite 900<br>Woodbridge, New Jersey 07095<br>Telephone: (732) 636-8000<br><br>*Counsel for Darren DeMarco* | Philip A. Tortoreti<br>**TORTORETI TOMES & CALLAHAN**<br>150 Tices Lane<br>East Brunswick, New Jersey 08816<br>Telephone: (732) 257-9100<br><br>*Counsel for Darren DeMarco* |
| Stephen Raff<br>Michael Raff<br>**RAFF & RAFF LLP**<br>30 Church Street<br>Paterson, New Jersey 07505<br>Telephone: (973) 742-1917<br><br>*Counsel for Darren DeMarco* | Michael D. Halbfish<br>**LAW OFFICES OF**<br>**MICHAEL D. HALBFISH**<br>245 Main Street<br>Woodbridge, New Jersey 07095<br>Telephone: (732) 636-4900<br><br>*Counsel for Darren DeMarco* |
| Andrew C. DeVore<br>**MANATT PHELPS & PHILLIPS LLP**<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 790-4535<br><br>*Counsel for Defendant SunComm International Inc.* | Leonard T. Nuara<br>**THACHER PROFFITT & WOOD LLP**<br>25 DeForest Avenue<br>Summit, New Jersey 07901<br>Telephone: (908) 598-5777<br><br>*Counsel for Defendant First4Internet Ltd.* |

XXX  by placing the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth above.

4

_____ by transmitting via facsimile the above listed document(s) to the fax number(s) set forth above on this date.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct, executed January 18, 2006, at San Francisco, California.

_____
Zackary M. Lyons