UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                          SCANNED                        29

SONY BMG CD                     Case No. 1:05-cv-09575-NRB
TECHNOLOGIES LITIGATION


**AFFIDAVIT OF ELIZABETH C. PRITZKER IN SUPPORT OF PLAINTIFFS'
MOTION FOR *PRO HAC VICE* ADMISSION**



GIRARD GIBBS & De BARTOLOMEO LLP
Daniel C. Girard
Jonathan K. Levine (JL-8390)
Elizabeth C. Pritzker
Aaron M. Sheanin
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Plaintiffs' Co-Lead Counsel*

1

I, Elizabeth C. Pritzker, being duly sworn, deposes and says that the following facts are true and correct to the best of his personal knowledge:

1. I am an attorney duly admitted to practice to law in the State of California. Attached hereto as "Exhibit A" is an original Certificate of Good Standing from the State Bar of California.

2. I am not under suspension or disbarment by any court.

3. I am a partner of the firm of Girard Gibbs & De Bartolomeo LLP, and my office is located at 601 California Street, Suite 1400, San Francisco, California 94108. My telephone number is (415) 981-4800.

4. I make this affidavit in support of Plaintiffs' motion my admission *pro hac vice*.

5. I recognize that if I am admitted *pro hac vice*, I am within the disciplinary jurisdiction of the United States District Court for the Southern District of New York. Upon my admission *pro hac vice*, I agree to comply with all applicable New York Local Rules of Civil Procedure.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of January, 2006 at San Francisco, California.

_____
Elizabeth C. Pritzker

State of California    )
County of San Francisco )

On January 18, 2006, before me, Zackary M. Lyons, Notary Public, personally appeared Elizabeth C. Pritzker, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____

ZACKARY M LYONS
Commission # 1362719
Notary Public - California
San Francisco County
My Comm. Expires Jun 28, 2006

2



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

January 5, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ELIZABETH CHERYL PRITZKER was admitted to the practice of law in this state by the Supreme Court of California on June 12, 1990; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records