## CERTIFICATE OF SERVICE

I, Marissa M. Grimes, employed by Debevoise & Plimpton LLP, attorneys for defendant herein, certify:

I am over eighteen (18) years of age.  On the 31st day of January 2006, I caused to be served copies of the within (*i*) Defendant Sony BMG Music Entertainment's and Class Counsel's Agreed Motion to Modify the Settlement Agreement and Notice Forms, (*ii*) Memorandum in support thereof, (*iii*) Proposed Order, and (*iv*) Certificate of Service by first class mail to counsel for the other partie s to this action at the following addresses:

| | | |
|---|---|---|
| Daniel C. Girard<br>**Girard, Gibbs & De Bartolomeo, L.L.P.**<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108 | Elizabeth Pritzker<br>**Girard, Gibbs & De Bartolomeo, L.L.P.**<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108 | Peter G.A. Safirstein<br>**Milberg Weiss Bershad & Schulman LLP (NYC)**<br>One Pennsylvania Plaza<br>New York, NY 10119 |

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2006.


_____*s/ Marissa M. Grimes*_____
Marissa M. Grimes