

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re SONY BMG CD TECHNOLOGIES LITIGATION | : | Civil Action No. 05-CV-09575-NRB |
| | : | CLASS ACTION |
| This Document Relates To: | : | |
| ALL ACTIONS. | x | |

**NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE* AND DECLARATION OF ROBERT M. ROTHMAN IN SUPPORT THEREOF**

PLEASE TAKE NOTICE upon the annexed Affidavit of Lawrence E. Feldman, executed this 25th day of January, 2006, and the Certificate of Good Standing attached thereto, Plaintiffs Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher move this Court, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Lawrence E. Feldman, a member of the Bar of the Supreme Court of Pennsylvania and the sole proprietor of the firm, Lawrence E. Feldman & Associates, be admitted *pro hac vice* for all purposes on behalf of plaintiffs in this action.

DATED: February 2, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
ROBERT M. ROTHMAN (RR-6090)

ROBERT M. ROTHMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

GREEN WELLING LLP
ROBERT S. GREEN
JENELLE WELLING
AVIN P. SHARMA
595 MARKET STREET, SUITE 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
(415) 477-6710 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFFREY FRIEDMAN
SHANNA SCARLETT
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: (415) 288-4545
(415) 288-4534 (fax)

LAWRENCE E. FELDMAN & ASSOCIATES
LAWRENCE E. FELDMAN
432 Tulpehocken Avenue
Elkins Park, PA 19027
Telephone: (215) 885-3302
(215) 885-3303 (fax)

## DECLARATION OF ROBERT M. ROTHMAN

I, Robert M. Rothman, declare as follows:

1. I am a member in good standing of the bar of this Court and a partner at Lerach Coughlin Stoia Geller Rudman & Robbins LLP. I make this declaration in support of Plaintiffs Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher's Motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Lawrence E. Feldman be admitted *pro hac vice* for all purposes on behalf of plaintiffs in this action.

2. Lawrence E. Feldman is fully familiar with this action.

3. As evidenced in the annexed Affidavit of Lawrence E. Feldman, he is an attorney in good standing of the Bar of the Supreme Court of Pennsylvania.

4. I respectfully request that plaintiffs' motion be granted in all respects. A proposed Order is enclosed herewith.

I declare under penalty of perjury under the laws of the State of New York, that the foregoing is true and correct.

DATED: February 2, 2006

ROBERT M. ROTHMAN (RR-6090)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 1:05-cv-09575-NRB |
| | ) | |
| SONY BMG CD | ) | |
| TECHNOLOGIES LITIGATION | ) | |

**AFFIDVIT OF LAWRENCE E. FELDMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION**

I, Lawrence E. Feldman, being duly sworn, deposes and says that the following facts are true and correct to the best of his personal knowledge:

1. I am an attorney duly admitted to practice law in the Commonwealth of Pennsylvania. Attached hereto as Exhibit A is an original Certificate of Good Standing from the Bar of the Supreme Court of Pennsylvania.

2. I am not under suspension or disbarment by any court.

3. I am the sole proprietor of the firm, Lawrence E. Feldman & Associates and my office is located at 432 Tulpehocken Avenue, Elkins Park, Pennsylvania, 19027. My business telephone number is (215) 885-3302.

4. I make this affidavit in support of Plaintiffs' motion for admission *pro hac vice.*

5. I recognize that if I am admitted *pro hac vice,* I am within the disciplinary jurisdiction of the United States District Court for the Southern District of New York. Upon my admission *pro hac vice*, I agree to comply with all applicable New York Local Rules of Civil Procedure.

I declare under penalty of perjury and the laws of the United States of America that the foregoing

is true and correct. Executed this 20 day of January, 2006, at Elkins Park, PA.

Lawrence E. Feldman

Sworn to and subscribed to me
this 20 day of January 2006,

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARJANI MERRITT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 5, 2007



Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

***Lawrence Eugene Feldman, Esq.***

**DATE OF ADMISSION**

***December 2, 1980***

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.




**Witness my hand and official seal**
**Dated: January 24, 2006**

Patricia A. Johnson
Chief Clerk

CERTIFICATE OF SERVICE

On this the 2nd day of February, 2006, the foregoing documents were served by First Class Mail on the Counsel of Record listed on the attached Service List.

Kelly A. Stadelmann

**Service List**

| | |
|---|---|
| Scott A. Kamber (SK-5794)<br>**KAMBER & ASSOCIATES, LLC**<br>19 Fulton Street, Suite 400<br>New York, New York 10038<br>Telephone: 212/571-2000<br>212/202-6364 (fax)<br><br>*Plaintiffs' Co-Lead Counsel* | Sanford P. Domain (SD-8712)<br>Peter Safirstein (PS-6176)<br>**MILBERG WEISS BERSHAD & SCHULMAN LLP**<br>One Pennsylvania Avenue<br>New York, New York 10119-0165<br>Telephone: 212/594-5300<br>212/868-1229 (fax)<br><br>*Plaintiffs' Executive Committee* |
| Ira M. Press (IP-5313)<br>Mark A. Strauss (MS-2288)<br>**KIRBY McINERNEY & SQUIRE, LLP**<br>830 Third Avenue<br>New York, New York 10022<br>Telephone: 212/317-2000<br>212/751-2540 (fax)<br><br>*Plaintiffs' Executive Committee* | Jason L. Solotaroff (JS-5739)<br>Oren Giskan (OG-3667)<br>**GISKAN & SOLOTAROFF**<br>207 West 25th Street<br>New York, New York 10001<br>Telephone: 212/847-8315<br>212/473-8096 (fax)<br><br>*Plaintiffs' Executive Committee* |
| David Nester<br>**NESTER & CONSTANCE, P.C.**<br>123 West Washington Street<br>Belleville, Illinois 62220-2021<br>Telephone: 618/234-4440<br>618/234-6193 (fax)<br><br>*Counsel for Plaintiffs* | Robert I. Lax (RL-8413)<br>**ROBERT I. LAX & ASSOCIATES**<br>535 Fifth Avenue, 21st Floor<br>New York, New York 10017<br>Telephone: 212/818-9150<br>212/818-1266 (fax)<br><br>*Counsel for Plaintiffs* |
| Daniel Lynch<br>Ethan Preston<br>**CIRIGNANI HELLER HARMAN & LYNCH**<br>150 S. Wacker Drive, #2600<br>Chicago, IL 60606<br>Telephone: 312/346-8700<br>312/896-5883 (fax)<br><br>*Counsel for Plaintiffs* | Jeffery S. Jacobson<br>**DEBEVOISE & PLIMPTON LLP**<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: 212/909-6000<br>212/909-6836 (fax)<br><br>*Counsel for Defendants* |

| Cindy Cohn<br>Fred Von Lohmann<br>Kurt Opsahl<br>Corynne McSherry<br>**ELECTRONIC FRONTIER FOUNDATION**<br>454 Shotwell Street<br>San Francisco, California 94110<br>Telephone: 415/436-9333<br>415/436-9993<br><br>*Counsel for Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher* | Robert S. Green<br>Jenelle Welling<br>Avin P. Sharma<br>**GREEN WELLING LLP**<br>595 Market Street, Suite 2750<br>San Francisco, California 94105<br>Telephone: 415/477-6700<br>415/477-6710<br><br>*Counsel for Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher* |
| --- | --- |