
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re SONY BMG CD TECHNOLOGIES LITIGATION | : : : : | Civil Action No. 05-CV-09575-NRB <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | : : : : | |

**NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE* AND DECLARATION OF ROBERT M. ROTHMAN IN SUPPORT THEREOF**

PLEASE TAKE NOTICE upon the annexed Affidavit of Cindy A. Cohn, executed this 31st day of January, 2006, and the Certificate of Good Standing attached thereto, Plaintiffs Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher move this Court, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Cindy A. Cohn, a member of the Bar of the State of California and the Legal Director of the Electronic Frontier Foundation, be admitted *pro hac vice* for all purposes on behalf of plaintiffs in this action.

DATED: February 2, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ROBERT M. ROTHMAN (RR-6090)

*/s/ Robert Rothman*

ROBERT M. ROTHMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

GREEN WELLING LLP
ROBERT S. GREEN
JENELLE WELLING
AVIN P. SHARMA
595 MARKET STREET, SUITE 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
(415) 477-6710 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFFREY FRIEDMAN
SHANNA SCARLETT
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: (415) 288-4545
(415) 288-4534 (fax)

- 2 -

LAWRENCE E. FELDMAN & ASSOCIATES
LAWRENCE E. FELDMAN
432 Tulpehocken Avenue
Elkins Park, PA 19027
Telephone: (215) 885-3302
(215) 885-3303 (fax)

## DECLARATION OF ROBERT M. ROTHMAN

I, Robert M. Rothman, declare as follows:

1. I am a member in good standing of the bar of this Court and a partner at Lerach Coughlin Stoia Geller Rudman & Robbins LLP. I make this declaration in support of Plaintiffs Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher's Motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Cindy A. Cohn be admitted *pro hac vice* for all purposes on behalf of plaintiffs in this action.

2. Cindy A. Cohn is fully familiar with this action.

3. As evidenced in the annexed Affidavit of Cindy A. Cohn, she is an attorney in good standing of the Bar of the State of California.

4. I respectfully request that plaintiffs' motion be granted in all respects. A proposed Order is enclosed herewith.

I declare under penalty of perjury under the laws of the State of New York, that the foregoing is true and correct.

DATED: February 2, 2006

_____
ROBERT M. ROTHMAN (SR-6090)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

SONY BMG CD
TECHNOLOGIES LITIGATION

Case No. 1:05-cv-09575-NRB

**AFFIDAVIT OF CINDY A. COHN IN SUPPORT OF
PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION**

I, Cindy A. Cohn, being duly sworn, deposes and says that the following facts are true and correct to the best of my personal knowledge:

1. I am an attorney duly admitted to practice law in the State of California. Attached hereto as "Exhibit A" is an original Certificate of Good Standing from the Supreme Court of California.

2. I am not under suspension or disbarment by any court.

3. I am the Legal Director of the Electronic Frontier Foundation, and my office is located at 454 Shotwell Street, San Francisco, California 94110. My telephone number is (415) 436-9333 x 108.

4. I make this affidavit in support of Plaintiffs' motion for admission *pro hac vice*.

5. I recognize that if I am admitted *pro hac vice*, I am within the disciplinary jurisdiction of the United States District Court for the Southern District of New York. Upon my admission *pro hac vice*, I agree to comply with all applicable New York Local rules of Civil Procedure.

///
///
///
///

1

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct. Executed this 31st day of January, 2006, at San Francisco, California.

_____
Cindy A. Cohn

State of California        )
County of San Francisco    )

On __01/31/----__, 2006, before me, __CONNY PRADO__, Notary Public, personally appeared Cindy A. Cohn, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____

CONNY PRADO
Commission # 1460368
Notary Public - California
San Francisco County
My Comm. Expires Jan 15, 2008

2



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### CINDY ANN COHN

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that CINDY ANN COHN was on the 3RD day of MAY 1990, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 18TH day of JANUARY, 2006.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
Joseph Cornetta, Deputy Clerk

CERTIFICATE OF SERVICE

On this the 2nd day of February, 2006, the foregoing documents were served by First Class Mail on the Counsel of Record listed on the attached Service List.

*Kelly A. Stadelmann*
Kelly A. Stadelmann

## Service List

| | |
|---|---|
| Scott A. Kamber (SK-5794)<br>**KAMBER & ASSOCIATES, LLC**<br>19 Fulton Street, Suite 400<br>New York, New York 10038<br>Telephone: 212/571-2000<br>212/202-6364 (fax)<br><br>*Plaintiffs' Co-Lead Counsel* | Sanford P. Domain (SD-8712)<br>Peter Safirstein (PS-6176)<br>**MILBERG WEISS BERSHAD &<br>SCHULMAN LLP**<br>One Pennsylvania Avenue<br>New York, New York 10119-0165<br>Telephone: 212/594-5300<br>212/868-1229 (fax)<br><br>*Plaintiffs' Executive Committee* |
| Ira M. Press (IP-5313)<br>Mark A. Strauss (MS-2288)<br>**KIRBY McINERNEY & SQUIRE, LLP**<br>830 Third Avenue<br>New York, New York 10022<br>Telephone: 212/317-2000<br>212/751-2540 (fax)<br><br>*Plaintiffs' Executive Committee* | Jason L. Solotaroff (JS-5739)<br>Oren Giskan (OG-3667)<br>**GISKAN & SOLOTAROFF**<br>207 West 25th Street<br>New York, New York 10001<br>Telephone: 212/847-8315<br>212/473-8096 (fax)<br><br>*Plaintiffs' Executive Committee* |
| David Nester<br>**NESTER & CONSTANCE, P.C.**<br>123 West Washington Street<br>Belleville, Illinois 62220-2021<br>Telephone: 618/234-4440<br>618/234-6193 (fax)<br><br>*Counsel for Plaintiffs* | Robert I. Lax (RL-8413)<br>**ROBERT I. LAX & ASSOCIATES**<br>535 Fifth Avenue, 21st Floor<br>New York, New York 10017<br>Telephone: 212/818-9150<br>212/818-1266 (fax)<br><br>*Counsel for Plaintiffs* |
| Daniel Lynch<br>Ethan Preston<br>**CIRIGNANI HELLER HARMAN &<br>LYNCH**<br>150 S. Wacker Drive, #2600<br>Chicago, IL 60606<br>Telephone: 312/346-8700<br>312/896-5883 (fax)<br><br>*Counsel for Plaintiffs* | Jeffery S. Jacobson<br>**DEBEVOISE & PLIMPTON LLP**<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: 212/909-6000<br>212/909-6836 (fax)<br><br>*Counsel for Defendants* |

| | |
|---|---|
| Cindy Cohn<br>Fred Von Lohmann<br>Kurt Opsahl<br>Corynne McSherry<br>**ELECTRONIC FRONTIER FOUNDATION**<br>454 Shotwell Street<br>San Francisco, California  94110<br>Telephone:  415/436-9333<br>415/436-9993<br><br>*Counsel for Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher* | Robert S. Green<br>Jenelle Welling<br>Avin P. Sharma<br>**GREEN WELLING LLP**<br>595 Market Street, Suite 2750<br>San Francisco, California  94105<br>Telephone:  415/477-6700<br>415/477-6710<br><br>*Counsel for Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher* |