Jeffrey Harris  (JH 2121)
Rubin, Winston, Diercks, Harris & Cooke, LLP
Sixth Floor
1155 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 861-0870

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------------x
                                                   :
                                                   :
                                                   :
                                                   :
In re SONY BMG CD Technologies Litigation          :       No. 1:05-cv-09575-NRB
                                                   :
                                                   :
                                                   :
-----------------------------------------------------------------------x
```

## NOTICE OF APPEAL

Notice is hereby given that non-party Frederick D. Cooke, Jr. ("Cooke"), as an individual

and in his representative capacity acting for the interests of the general public, pursuant to 28

U.S. C. 1292(a)(1), hereby appeals to the United States District Court of Appeals for the Second

Circuit from the Hearing Order, which entered a preliminary injunction against non-party Cooke

and other non-parties,  which was filed on the 6th day of January, 2006 and docketed on the 11th

day of January, 2006.

The names of the parties and the names and addresses of their respective attorneys of

record are as follows:

Sanford P. Dumain, Esq.
Milberg Weiss Bershad & Schulman LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
Lead Attorney representing Dora Rivas (Consolidated Plaintiff)

Daniel C. Girard, Esq.
Girard, Gibbs & De Bartolomeo, L.L.P
601 California Street
Suite 1400
San Francisco, CA 94108
Lead Attorney representing Andrew Klewan (Consolidated Plaintiff), Dora Rivas (Consolidated Plaintiff), Edwin Bonner (Plaintiff), James Michaelson (Plaintiff), James Springer (Consolidated Plaintiff), James Potter (Consolidated Plaintiff), John Maletta (Plaintiff), Joseph Halpin (Plaintiff), Mary Schumacher (Plaintiff), Ori Edelstein (Plaintiff), Robert Hull (Plaintiff), Tom Ricciuti (Plaintiff), and Yvonne Ricciuti (Plaintiff)

Jeffrey S. Jacobson, Esq.
Debevoise & Plimpton LLP (NYC)
919 Third Avenue
New York, NY 10022
Lead Attorney representing Sony BMG Music Entertainment (Defendant) and Sony Corporation of America (Defendant)

Scott Adam Kamber, Esq.
Kamber & Associates, LLC
19 Fulton Street, Suite 400
New York, NY 10038
Lead Attorney representing James Michaelson (Plaintiff), Ori Edelstein (Plaintiff), Andrew Klewan (Consolidated Plaintiff), Dora Rivas (Consolidated Plaintiff), Edwin Bonner (Plaintiff), James Springer (Consolidated Plaintiff), Jeffrey Potter (Consolidated Plaintiff), John Maletta (Plaintiff), Joseph Halpin (Plaintiff), Mary Schumacher (Plaintiff), Robert Hull (Plaintiff), Tom Ricciuti (Plaintiff), and Yvonne Ricciuti (Plaintiff)

Jonathan K. Levine, Esq.
Girard, Gibbs & De Bartolomeo, L.L.P
601 California Street
Suite 1400
San Francisco, CA 94108
Lead Attorney representing Dora Rivas (Consolidated Plaintiff), Andrew Klewan (Consolidated Plaintiff), Edwin Bonner (Plaintiff), James Michaelson (Plaintiff), Jeffrey Potter (Consolidated Plaintiff), John Maletta (Plaintiff), Joseph Halpin (Plaintiff), Mary Schumacher (Plaintiff), Ori Edelstein (Plaintiff), Robert Hull (Plaintiff), Tom Ricciuti (Plaintiff), Yvonne Ricciuti (Plaintiff), James Springer (Consolidated Plaintiff), and Mark Lyon (Plaintiff)

Ira M. Press, Esq.
Kirby, McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022
Lead Attorney representing Jeffrey Potter (Consolidated Plaintiff)

Elizabeth Pritzker, Esq.
Girard, Gibbs & De Bartolomeo, L.L.P
601 California Street
Suite 1400
San Francisco, CA 94108
Lead Attorney representing Andrew Klewan (Consolidated Plaintiff), Dora Rivas (Consolidated Plaintiff), Edwin Bonner (Plaintiff), James Michaelson (Plaintiff), James Springer (Consolidated Plaintiff), Jeffrey Potter (Consolidated Plaintiff), John Maletta (Plaintff), Joseph Halpin (Plaintiff), Mary Schumacher (Plaintiff), Ori Edelstein (Plaintiff), Robert Hull (Plaintiff), Tom Ricciuti(Plaintiff), and Yvonne Ricciuti (Plaintiff)

Peter G.A. Safirstein, Esq.
Milberg Weiss Bershad & Schulman LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
Lead Attorney representing Dora Rivas (Consolidated Plaintiff)

Jason Louis Solotaroff, Esq.
Giskan & Solotaroff
207 West 25th Street
New York, NY 10001
Lead Attorney representing James Springer (Consolidated Plaintiff)

Mark A. Strauss, Esq.
Kirby, McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022
Lead Attorney representing Jeffrey Potter (ConsolidatedPlaintiff)


Dated: New York, New York
        January  27, 2006


                    RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP
                    Attorneys for non-party Frederick D. Cooke, Jr., as an individual and in his representative capacity acting for the interests of the general public


                    By:_____
                        Jeffrey Harris (JH-2121)
                        Sixth Floor
                        1155 Connecticut Avenue, N.W.
                        Washington, D.C. 20036
                        (202) 861-0870