UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re SONY BMG CD Technologies Litigation                    :   No. 05 CV 9575 (NRB)
                                                             :
                                                             :
------------------------------------------------------------ x

**STIPULATED WITHDRAWAL OF NON-PARTY MARK LYON'S "MOTION FOR EXCLUSION FROM SETTLEMENT CLASS AND RELEASE FROM TEMPORARY RESTRAINING ORDER"**

By agreement of the parties and non-party Mark Lyon, the "Motion for Exclusion from Settlement Class and Release from Temporary Restraining Order" filed by Mr. Lyon on January 23, 2006 is hereby withdrawn.

Mark Lyon
403 Eaglewood Lane
Florence, Mississippi 39073
(601) 540-1692

*Non-Party Movant*

Jeffrey S. Jacobson (JJ-8872)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Counsel for Defendant Sony BMG Music Entertainment*

22127102v1

*[signature]*
Daniel C. Girard (Pro Hac Vice)
GIRARD GIBBS & DeBARTOLOMEO LLP
601 California Street
San Francisco, California 94108
(415) 981-4800

*[signature]*
Scott A. Kamber (SK-5794)
KAMBER & ASSOCIATES LLC
19 Fulton Street, Suite 400
New York, New York 10038
(212) 571-2000

*Class Counsel*

SO ORDERED, this 14th day of February, 2006.

*[signature]*
THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE