UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/06

————————————————————— x
In re SONY BMG CD TECHNOLOGIES        :    Civil Action No. 05-CV-09575-NRB
LITIGATION                            :
                                      :    CLASS ACTION
—————————————————————      :

This Document Relates To:             :
                                      :
        ALL ACTIONS.                  :
————————————————————— x


**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Upon the motion of plaintiffs Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher, pursuant to Rule 1.3(c) of the local Civil Rules of this Court, for an order admitting Cindy A. Cohn *pro hac vice* for all purposes on behalf of plaintiffs in this action, and for good cause shown, it is hereby

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

DATED: _February 16, 2006_

HON. NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE

- 1 -