

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SONY BMG CD TECHNOLOGIES LITIGATION | Civil Action No. 05-CV-09575-NRB <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | |

**NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE* AND DECLARATIONS OF ROBERT M. ROTHMAN AND JENELLE WELLING IN SUPPORT THEREOF**

PLEASE TAKE NOTICE upon the annexed Declaration of Jenelle Welling, executed this 24 day of February, 2006, and the Certificate of Good Standing attached thereto, and the Declaration of Robert M. Rothman, Plaintiffs Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher move this Court, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Jenelle Welling, a member of the Bar of the State of California, be admitted *pro hac vice* for all purposes on behalf of plaintiffs in this action.

DATED: February 28, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ROBERT M. ROTHMAN (RR-6090)

_/s/ Robert Rothman_
ROBERT M. ROTHMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

GREEN WELLING LLP
ROBERT S. GREEN
JENELLE WELLING
AVIN P. SHARMA
595 MARKET STREET, SUITE 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
(415) 477-6710 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFFREY FRIEDMAN
SHANNA SCARLETT
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: (415) 288-4545
(415) 288-4534 (fax)

LAWRENCE E. FELDMAN & ASSOCIATES<br>
LAWRENCE E. FELDMAN<br>
432 Tulpehocken Avenue<br>
Elkins Park, PA 19027<br>
Telephone: (215) 885-3302<br>
(215) 885-3303 (fax)

## DECLARATION OF ROBERT M. ROTHMAN

I, Robert M. Rothman, declare as follows:

1. I am a member in good standing of the bar of this Court and a partner at Lerach Coughlin Stoia Geller Rudman & Robbins LLP. I make this declaration in support of Plaintiffs Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher's Motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Jenelle Welling be admitted *pro hac vice* for all purposes on behalf of plaintiffs in this action.

2. Jenelle Welling is fully familiar with this action.

3. As evidenced in the annexed Declaration of Jenelle Welling, she is an attorney in good standing of the Bar of the State of California.

4. I respectfully request that plaintiffs' motion be granted in all respects. A proposed Order is enclosed herewith.

I declare under penalty of perjury under the laws of the State of New York, that the foregoing is true and correct.

DATED: February 28, 2006

_____
ROBERT M. ROTHMAN (RR-6090)

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

SONY BMG CD
TECHNOLOGIES LITIGATION

Case No. 1:05-cv-09575-NRB

**DECLARATION OF JENELLE WELLING IN SUPPORT OF
MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

Jenelle Welling, declares under penalty of perjury this 24 day of February, 2006:

1. I am an attorney at the law firm of Green Welling LLP, 595 Market Street, Suite 2750, San Francisco, California 94105.

2. I submit this Declaration in support of my motion for admission pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the United States District Court for the Northern District of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this one case on behalf of plaintiffs Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher.

I hereby swear under penalty of perjury that the foregoing is true and correct.

_____
Jenelle Welling



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

February 22, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JENELLE WELLING, #209480, was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2000; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records

## CERTIFICATE OF SERVICE

I, Kelly A. Stadelmann, hereby certify that on March 1, 2006, I caused a true and correct copy of the attached Notice of Motion and Motion to Admit Counsel *Pro Hac Vice* to be served by first-class mail to all counsel on the attached service list.

Kelly A. Stadelmann

## Service List

| | |
|---|---|
| Scott A. Kamber (SK-5794)<br>**KAMBER & ASSOCIATES, LLC**<br>19 Fulton Street, Suite 400<br>New York, New York 10038<br>Telephone: 212/571-2000<br>212/202-6364 (fax)<br><br>*Plaintiffs' Co-Lead Counsel* | Sanford P. Domain (SD-8712)<br>Peter Safirstein (PS-6176)<br>**MILBERG WEISS BERSHAD &<br>SCHULMAN LLP**<br>One Pennsylvania Avenue<br>New York, New York 10119-0165<br>Telephone: 212/594-5300<br>212/868-1229 (fax)<br><br>*Plaintiffs' Executive Committee* |
| Ira M. Press (IP-5313)<br>Mark A. Strauss (MS-2288)<br>**KIRBY McINERNEY & SQUIRE, LLP**<br>830 Third Avenue<br>New York, New York 10022<br>Telephone: 212/317-2000<br>212/751-2540 (fax)<br><br>*Plaintiffs' Executive Committee* | Jason L. Solotaroff (JS-5739)<br>Oren Giskan (OG-3667)<br>**GISKAN & SOLOTAROFF**<br>207 West 25th Street<br>New York, New York 10001<br>Telephone: 212/847-8315<br>212/473-8096 (fax)<br><br>*Plaintiffs' Executive Committee* |
| David Nester<br>**NESTER & CONSTANCE, P.C.**<br>123 West Washington Street<br>Belleville, Illinois 62220-2021<br>Telephone: 618/234-4440<br>618/234-6193 (fax)<br><br>*Counsel for Plaintiffs* | Robert I. Lax (RL-8413)<br>**ROBERT I. LAX & ASSOCIATES**<br>535 Fifth Avenue, 21st Floor<br>New York, New York 10017<br>Telephone: 212/818-9150<br>212/818-1266 (fax)<br><br>*Counsel for Plaintiffs* |
| Daniel Lynch<br>Ethan Preston<br>**CIRIGNANI HELLER HARMAN &<br>LYNCH**<br>150 S. Wacker Drive, #2600<br>Chicago, IL 60606<br>Telephone: 312/346-8700<br>312/896-5883 (fax)<br><br>*Counsel for Plaintiffs* | Jeffery S. Jacobson<br>**DEBEVOISE & PLIMPTON LLP**<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: 212/909-6000<br>212/909-6836 (fax)<br><br>*Counsel for Defendants* |

| | |
|---|---|
| Cindy Cohn<br>Fred Von Lohmann<br>Kurt Opsahl<br>Corynne McSherry<br>**ELECTRONIC FRONTIER FOUNDATION**<br>454 Shotwell Street<br>San Francisco, California  94110<br>Telephone:  415/436-9333<br>415/436-9993<br><br>*Counsel for Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher* | Robert S. Green<br>Jenelle Welling<br>Avin P. Sharma<br>**GREEN WELLING LLP**<br>595 Market Street, Suite 2750<br>San Francisco, California  94105<br>Telephone:  415/477-6700<br>415/477-6710<br><br>*Counsel for Tom Ricciuti, Yvonne Ricciuti and Mary Schumacher* |