USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/06

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

SONY BMG CD
TECHNOLOGIES LITIGATION

Case No. 1:05-cv-09575-NRB

[~~PROPOSED~~] ORDER GRANTING MOTION
FOR ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission of Jenelle Welling to practice pro hac vice in the above-captioned matter is granted. The admitted attorney, Jenelle Welling is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance in the above-captioned case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above-captioned case will be made on the roll of attorneys.

The attorneys admitted pro hac vice must serve a copy of this Order on all counsel of record in this case.

Dated: March 24, 2006

Honorable Naomi Reice Buchwald
United States District Judge