UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

In re SONY BMG CD TECHNOLOGIES    :    Civil Action No. 05-CV-09575-NRB
LITIGATION                        :
                                  :    CLASS ACTION
———————————————————————————       :
                                  :
This Document Relates To:         :
                                  :
        ALL ACTIONS.              :
———————————————————————————— x

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

U.S. DISTRICT COURT
FILED
MAR 28 2006
S.D. OF N.Y.

MICROFILM   MAR 2 8 2006   -3 00 PM

Upon the motion of Plaintiffs Tom Ricciuti, Yvonne Ricciuti, and Mary Schumacher, pursuant to Rule 1.3(c) of the local Civil Rules of this Court, for an order admitting Shana E. Scarlett *pro hac vice* for all purposes on behalf of plaintiffs in this action, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

DATED: _March 24, 2006_   _____
HON. NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE

- 1 -