Exhibit 1

 Web Search | Traffic Rankings | Website Directory

eff.org                    Top 500 - Movers & Shakers

**Category:** Society / Issues / Human Rights and Liberties / Advocacy Organizations



**Electronic Frontier Foundation (EFF)**
eff.org
Based in San Francisco, EFF is a donor-supported membership organization working to protect fundamental rights regardless of technology; to educate the press, policymakers and the general public about civil liberties issues related to technology; and to act as a defender of those liberties.

**EXPLORE THIS SITE**
- Overview
- **Traffic Details**
- Related Links
- Sites Linking in

Sponsored Links (what's this?)

**ENTREPRENEUR!**
Executive level pay without the stress working from home.

**Executive Income From Hom**
Live your life on your terms. Huge profits. Proven System

Your Ad Here

**Avg. Review for eff.org:** ★★★★★
Traffic Rank for eff.org: 9,304

**See other sites owned**
- directvdefense....
- eff.net
- humanrightsadvo...

**Share your thoughts**

Write a review on Amazon.com...

E-mail a friend about this site...

**Quick Pick**

**Aclu.org**



Advocating individual rights, by litigating, legislating, and educating the public on a broad array of issues affecting individual freedom in the United States.



▶ Learn more about Traffic...

**Traffic Rank for eff.org** (what's this)

| Today | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |

| | 22,541 | 12,592 | 9,304 | ↑ 2,505 |

**Travel Back in Time!**



Use the Wayback Machine to see how Electronic Frontier Foundation (EFF) looked in the past.

**Where do people go on eff.org?**   (what's this)

- eff.org - **65%**
- tor.eff.org - **32%**
- action.eff.org - **3%**

**Traffic Rank & More!**

Take Alexa with you while you surf, for access to reviews and ratings for every site on the web.

▶ **Get the Free Alexa Toolbar!**



**Reach for eff.org:**   (what's this)

**Reach per million users:**

| Today | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|---|---|---|---|
| 95 | 140 | 188.5 | ↑ 27% |

**Page Views for eff.org:**   (what's this)

**Page Views per user:**

| Today | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|---|---|---|---|
| 1.6 | 1.9 | 1.9 | ↑ 6% |

**Sell Ad Space on Your Site!**
AdBrite is the Internet's ad marketplace. Take control of your ad space today and make money.

Get Started Now

- I am familiar with this website and want to review it on Amazon.com.
- E-mail a friend about this site.
- Correct errors and omissions in this listing.

**Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!**



Make Alexa Your Homepage! | About Alexa | Alexa in the News! | Download the Alexa Toolbar | Help

Privacy Policy | Terms of Use

© 1996-2004, Alexa Internet, Inc.

An amazon.com company