Exhibit 2

 Web Search | Traffic Rankings | Website Directory

sonybmg.com       Top 500 - Movers & Shakers

**Category:** Business / Arts and Entertainment / Music / Labels / Sony BMG



**BMG Entertainment**

sonybmg.com
Features corporate information, artists, individual labels, and music sales.

**EXPLORE THIS SITE**
♦ Overview
♦ **Traffic Details**
♦ Related Links

Sponsored Links (what's this?)

金泉网-企业搜索引擎
中国专业的企业搜索引擎,提供企业黄页,网络黄页及求职招聘等商业服务!

**BOX.NET - FREE STORAGE**
Share and Access your Files from Anywhere, FREE!

Traffic Rank for sonybmg.com: 64,963                              Your Ad Here

**See other sites owned**

- sonymusic.com
- shakira.com
- jessicasimpson....
- brucespringstee...
- rickymartin.com
- billyjoel.com
- sonyclassical.c...
- legacyrecording...
- lilbowwow.com
- matismusic.com

**Share your thoughts**

Write a review on Amazon.com...

E-mail a friend about this site...

**Travel Back in Time!**
INTERNET ARCHIVE
WayBackMachine
Use the Wayback Machine to see how BMG Entertainment looked in the past.

**Stop Popups**

Pestered by popups? Addled by ads? Don't get mad... get Alexa.



Reach    Rank    Page Views

Range: 3m **6m** 1y 2y                           Size: **Medium** | Large

Compare: sonybmg.com vs. [          ]  (Compare Sites)
Put a FREE traffic graph on your site

▶ Learn more about Traffic...

**Traffic Rank for sonybmg.com** (what's this)

| Today | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|---|---|---|---|
| 145,119 | 91,251 | 64,963 | ▼ 33,345 |

**Where do people go on sonybmg.com?** (what's this)



▶ **Get the Free Alexa Toolbar!**

- sonybmg.com - **64%**
- cp.sonybmg.com - **30%**
- xcpexchange.sonybmg.com - **2%**
- settlement.sonybmg.com - **2%**
- mail.sonybmg.com - **1%**
- news.sonybmg.com - **1%**

**Create a Website in Under 5 minutes!**
Make Money Online - Easy as pie. PayPal and 40+ tools built in. Bonus: FREE $50 Google Adwords Credit



Click for free Trial

**Reach for sonybmg.com:**  (what's this)

**Reach per million users:**

| Today | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|---|---|---|---|
| 20 | 23.5 | 32 | ⬇ 42% |

**Page Views for sonybmg.com:**  (what's this)

**Page Views per user:**

| Today | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|---|---|---|---|
| 1.2 | 1.3 | 1.5 | ⬇ 12% |

- **I am familiar with this website and want to review it on Amazon.com.**
- E-mail a friend about this site.
- Correct errors and omissions in this listing.

**Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!**



Make Alexa Your Homepage! | About Alexa | Alexa in the News! | Download the Alexa Toolbar | Help

Privacy Policy | Terms of Use

© 1996-2004, Alexa Internet, Inc.

An amazon.com company