Exhibit 4

**BMG AND SUNNCOMM TECHNOLOGIES INK WORLDWIDE LICENSING DEAL TO PROTECT AND ENHANCE AUDIO CDS FOR GLOBAL MUSIC GIANT**

The Multi-Year Agreement Licenses BMG to Utilize Sunncomm's MediaMax™ Enhancement and Copy Management Technologies Throughout the World

PHOENIX, Ariz., June 30, 2003 - SunnComm Technologies, Inc. (OTC: STEH) announced today it has entered into a strategic worldwide licensing agreement and revenue deal with BMG, the worldwide music division of Bertelsmann AG, to provide copy management technology to reduce piracy and the unauthorized duplication of music. The agreement between the two companies will enable the use of SunnComm's newest proprietary compact disc enhancement and copy-management system known as MediaMax™ CD-3 Technology.

BMG has already successfully deployed SunnComm's MediaMax™ CD-3 Technology on a number of promotional/advance releases in the U.S. SunnComm's solution is a new approach to reducing casual piracy. MediaMax gives consumers a legal path to transfer music from their CDs to their computers while not allowing the unauthorized re-distribution of content via CDRs or P2P services. SunnComm's
MediaMax can introduce music buyers to special enhancements on the discs, including artist information, song lyrics, bonus tracks, music video clips, special offers, prizes and other valuable content. All of these value-adds are accessible via a computer from a data session mastered on the disc.

The MediaMax suite of products will be immediately available for BMG production in the U.S. market through the Sonopress manufacturing plant located in Weaverville, NC. Sonopress is a division of Bertelsmann AG. The technology will also be made available to Sonopress manufacturing plants servicing other markets around the world.

Peter Jacobs, SunnComm's president and chief executive officer said "Extending our existing relationship with BMG is a very important milestone for SunnComm. This is our first step in delivering a product suite that enables the music industry to protect their intellectual property while giving the consumers the flexibility they have come to expect".

MediaMax CD-3 is a collection of technologies that provides copy management for CDs and DVDs while simultaneously enhancing and expanding the consumer's experience. MediaMax CD-3 is tightly integrated with Microsoft's (NASDAQ:MSFT) Windows Media Platform and the Digital Rights Management capabilities associated with the latest Windows Media Platforms. The company licenses and uses Windows Media Audio DRM capabilities from Microsoft as the security feature for these files.

See http://www.microsoft.com/presspass/press/2003/jan03/01-20SessionToolkitPR.asp

When a consumer puts a SunnComm MediaMax CD in a computer's CD-ROM drive, the computer can read and play the protected digital audio files through SunnComm's proprietary, multimedia user interface. These digital audio files can be legally copied from the CD and enjoyed on the user's personal computer or shared with friends for a limited period of time using SunnComm's PromoPlay™ technology. However, those same music tracks cannot be sent through standard email or made available to file-sharing services such as KaZaA or Morpheus.

SunnComm's chief operating officer, William H. Whitmore, Jr. said, "Feedback from the music industry on our MediaMax product suite has been overwhelmingly supportive. We are excited that our multi-year collaborative effort with BMG has enabled us to develop a product solution that the industry can embrace."

**About BMG**

BMG is the global music division of Bertelsmann AG, one of the world's leading media companies. BMG owns more than 200 record labels in 41 countries including Arista Records, J Records, Jive Records, RCA Records and RCA Label Group - Nashville. In addition, BMG's music publishing operations are the third largest in the world.

**About SunnComm Technologies, Inc.**

SunnComm Technologies, Inc. is a leader in digital content enhancement and security technology for optical media with its MediaMax and CD3 suite of products. SunnComm's copy-constraint technology was commercially released by Music City records in 2001 and became America's first copy-protected audio CD. SunnComm's MediaMax™ CD3™ Suite of Digital Content Enhancement technologies is built upon the Microsoft (NASDAQ:MSFT) Windows Media 9 Series Digital Media Platform.

MediaMax, Digital Content Cloaking Technology, DC2, PromoPlay and SunnComm are registered and/or trademarks of SunnComm Technologies, Inc. in the United States and/or other countries. The names of actual companies and products mentioned herein may be the trademarks of their respective owners.

For more detailed information about the company, its vision or philosophy, personnel, partners, and customers, please visit the company's Web site at http://www.sunncomm.com.

**Notes About Forward-Looking Statements**

*Statements contained in this release, which are not historical facts, may be considered "forward-looking statements" under the Private Securities Litigation Reform Act of 1995. Forward-looking statements are based on current expectations and the current economic environment.*

*We caution the reader that such forward-looking statements are not guarantees of future performance. Unknown risk, uncertainties as well as other uncontrollable or unknown factors could cause actual results to materially differ from the results, performance or expectations expressed or implied by such forward-looking statements.*

◁ back