# Exhibit 5

 

| About EFF | Cases | Press Room | DeepLinks | Action Center | Join EFF | | Sitemap | Calendar |

# Search DeepLinks



## Archives

March 2006
February 2006
January 2006
December 2005
November 2005
October 2005
September 2005
August 2005
July 2005
June 2005
May 2005
April 2005
March 2005
February 2005
January 2005
December 2004
November 2004
October 2004
September 2004
August 2004
July 2004
June 2004
May 2004
April 2004
March 2004

## DeepLinks Topics

Announcements
CALEA
Cell Tracking
Digital Television
DRM
E-voting

# Deep Links
### NOTEWORTHY NEWS FROM AROUND THE INTERNET

« Report from Hearing on National Security Letters | Main | DMCA Used to Stymie Competition...Again »

## Uproot Sony-BMG's Invasion of Your Privacy and Your Computer

### November 03, 2005

For years now, copy-restriction software has been a looming threat to those who purchase music and want to make fair uses such as space-shifting it from one device or computer to another. Fortunately, early versions of the software were so cumbersome and easy to work around that consumers whole-heartedly rejected or bypassed them. Recently, however, at least one record label has stepped up the war for control of digital content by drawing from the playbook of spyware companies and virus-writers.

Using a program called a rootkit, inserting a Sony BMG music CD will now infect your computer with a nefarious program, burying it deeply and obscurely within your operating system. The program will monitor your computer activity in the name of preventing the so-called epidemic of "piracy" that results from people making extra copies of their music CDs or favorite songs. Worse yet, there is no "uninstall" feature on this program. It's like the roach motel -- once Sony BMG's surveillance program checks in, you can't make it check out without completely wiping your entire system clean. Such practices have been widely condemned in the computer world, even by Microsoft's own research division.

Outrage from computer users and music fans has sparked Sony BMG into offering a program on its website that will show you if you have been infected with the rootkit. However, while you can see the program running, you still can't uninstall it, and some security experts believe installing the "update" may even infect your computer with more unwanted files.

While it is debatable whether copy-restriction software can even prevent serious illegal copying to begin with, there should be no question that invading our computers and infecting our systems should be off-limits. Unfortunately, the law is unclear on the exact rights users have to keep programs like Sony's rootkit off your computer when you purchase their CDs or click on a random "I Agree" button that might appear during an installation process. Until the law clarifies that We the Consumer actually hold the rights and keys to our computers, spyware companies, virus-makers, and now even entertainment conglomerates will be the

Search eff.org

Enter search terms



Search EFF

» About EFF's search

Contents
miniLinks
Awards
EFF Victories
EFF White Papers
EFFector

**Subscribe to EFFector!**
[our free email newsletter]

Email:

Zip / Postal Code *(optional)*

Subscribe!

» EFFector Archive

Topics
Anonymity
Biometrics
Bloggers' Rights
Broadcast Flag
CALEA
CAPPS II
Censorship
Copyright Law
Digital Rights Management (DRM)
DMCA
Domain names
E-voting
File-sharing
Filtering
FTAA
Intellectual Property
International

E-voting Lobby Days
EFF15
File sharing
Free Speech
Intellectual Property
Misc.
Patents
Privacy
Standards/Architecture
Trusted Computing
USA PATRIOT
WIPO

## Get Email



Enter your email address to get posts by email:



## RSS Feeds

ones dictating what we can and cannot do in the privacy of our own homes with the equipment and content we have lawfully purchased. Left unchecked, they will continue using our own computers against us to enforce their will and whims over our personal freedoms and behavior.

Entertainment companies often complain that computer users refuse to respect their intellectual property rights. Yet tools like Sony's rootkit refuse to respect our own personal property and privacy rights. Such hypocrisy should not stand.

**Note**: According to Princeton University CS Prof. Ed Felten, if you're using a recent version of Windows, you can protect yourself against this type of software, and some other security risks, by disabling autorun.

**UPDATE:** Calling the rootkit a "security risk," Symantec has just released a new removal tool that targets the risk. Professor Ed Felten has also posted a Sony DRM Customer Survival Kit with tools for figuring out whether you've been infected with the rootkit, how to disable it, how to disable the DRM software altogether, etc.

Posted by Jason Schultz at 10:01 AM | Permalink | Technorati

Internet governance
ISP legalities
Licensing/UCITA
Linking
Patents
Pending legislation
Privacy
Public records/FOIA
Reverse engineering
RFID
Spam
States
Surveillance
USA PATRIOT Act
Wireless
WIPO
EFF en Español
» Recursos e información de EFF en Español.

Home | About EFF | Cases | Press Room | DeepLinks | Action Center | Join EFF | Privacy Policy | EFF RSS Feeds