# Exhibit 6

 

| About EFF | Cases | Press Room | DeepLinks | Action Center | Join EFF | Sitemap \| Calendar |

# Search DeepLinks

[                    ]
[ Search DeepLinks ]

# Archives

March 2006
February 2006
January 2006
December 2005
November 2005
October 2005
September 2005
August 2005
July 2005
June 2005
May 2005
April 2005
March 2005
February 2005
January 2005
December 2004
November 2004
October 2004
September 2004
August 2004
July 2004
June 2004
May 2004
April 2004
March 2004

# DeepLinks Topics

Announcements
CALEA
Cell Tracking
Digital Television
DRM
E-voting

# Deep Links
**NOTEWORTHY NEWS FROM AROUND THE INTERNET**

« Law Clinic Power: Homedepotsucks.com keeps domain | Main | Now the Legalese Rootkit: Sony-BMG's EULA »

## Are You Infected by Sony-BMG's Rootkit?

### November 09, 2005

As we've mentioned before, Sony-BMG has been using copy-protection technology called XCP in its recent CDs. You insert your CD into your Windows PC, click "agree" in the pop up window, and the CD automatically installs software that uses rootkit techniques to cloak itself from you. Sony-BMG has released a "patch" that supposedly "uncloaks" the XCP software, but it creates new problems.

But how do you know whether you've been infected? It turns out Sony-BMG has deployed XCP on a number of titles, in variety of musical genres, on several of its wholly-owned labels.

EFF has confirmed the presence of XCP on the following titles (each has a data session, easily read on a Macintosh, that includes a file called "VERSION.DAT" that announces what version of XCP it is using). If you have one of these CDs, and you have a Windows PC (Macs are totally immune, as usual), you may have caught the XCP bug.

Trey Anastasio, *Shine* (Columbia)
Celine Dion, *On ne Change Pas* (Epic)
Neil Diamond, *12 Songs* (Columbia)
Our Lady Peace, *Healthy in Paranoid Times* (Columbia)
Chris Botti, *To Love Again* (Columbia)
Van Zant, *Get Right with the Man* (Columbia)
Switchfoot, *Nothing is Sound* (Columbia)
The Coral, *The Invisible Invasion* (Columbia)
Acceptance, *Phantoms* (Columbia)
Susie Suh, *Susie Suh* (Epic)
Amerie, *Touch* (Columbia)
Life of Agony, *Broken Valley* (Epic)
Horace Silver Quintet, *Silver's Blue* (Epic Legacy)
Gerry Mulligan, *Jeru* (Columbia Legacy)
Dexter Gordon, *Manhattan Symphonie* (Columbia Legacy)
The Bad Plus, *Suspicious Activity* (Columbia)
The Dead 60s, *The Dead 60s* (Epic)
Dion, *The Essential Dion* (Columbia Legacy)
Natasha Bedingfield, *Unwritten* (Epic)
Ricky Martin, *Life* (Columbia) (labeled as XCP, but, oddly, our disc

Search eff.org
[ Enter search terms ]

[ Search EFF ]

» About EFF's search

Contents
miniLinks
Awards
EFF Victories
EFF White Papers
EFFector

**Subscribe to EFFector!**
[our free email newsletter]

Email:
[                ]

Zip / Postal Code
*(optional)*
[                ]

[ Subscribe ]

» EFFector Archive

Topics
Anonymity
Biometrics
Bloggers' Rights
Broadcast Flag
CALEA
CAPPS II
Censorship
Copyright Law
Digital Rights Management (DRM)
DMCA
Domain names
E-voting
File-sharing
Filtering
FTAA
Intellectual Property
International
Internet governance

E-voting Lobby Days
EFF15
File sharing
Free Speech
Intellectual Property
Misc.
Patents
Privacy
Standards/Architecture
Trusted Computing
USA PATRIOT
WIPO

# Get Email

Enter your email address to get posts by email:



# RSS Feeds

had no protection)

Several other Sony-BMG CDs are protected with a different copy-protection technology, sourced from SunnComm, including:

My Morning Jacket, *Z*
Santana, *All That I Am*
Sarah McLachlan, *Bloom Remix Album*

This is not a complete list. So how do you recognize other XCP-laden CDs in the wild?

Tip-off #1: on the front of the CD, at the left-most edge, in the transparent "spine", you'll see "CONTENT PROTECTED" along with the IFPI copy-protection logo. A few photos make this clearer.



Tip-off #2: on the back of the CD, on the bottom or right side, there will be a "Compatible with" disclosure box. Along with compatibility information, the box also includes a URL where you can get help. The URL has a telltale admission buried in it: cp.sonybmg.com/xcp. That lets you know that XCP is on this disc (discs protected with SunnComm have a different URL that includes "sunncomm").



If you haven't been infected yet, to protect yourself from XCP in the future, disable "autorun" on your Windows PC. Once you have done so, however, these CDs may not be accessible under Windows unless you have specialized ripping software installed; these CDs are encoded in a way that intentionally confuses standard Windows CD drivers. For a smarter audio grabber for Windows, you may want to consider using Exact Audio Copy, which reportedly can read these CDs if you have turned off autorun and avoided infection by XCP.

Posted by Fred von Lohmann at 12:43 AM | Permalink | Technorati

ISP legalities
Licensing/UCITA
Linking
Patents
Pending legislation
Privacy
Public records/FOIA
Reverse engineering
RFID
Spam
States
Surveillance
USA PATRIOT Act
Wireless
WIPO
EFF en Español
» Recursos e información de EFF en Español.

Home | About EFF | Cases | Press Room | DeepLinks | Action Center | Join EFF | Privacy Policy | EFF RSS Feeds