# Exhibit 7

# Search DeepLinks

Search DeepLinks

# Archives

March 2006
February 2006
January 2006
December 2005
November 2005
October 2005
September 2005
August 2005
July 2005
June 2005
May 2005
April 2005
March 2005
February 2005
January 2005
December 2004
November 2004
October 2004
September 2004
August 2004
July 2004
June 2004
May 2004
April 2004
March 2004

# DeepLinks Topics

Announcements
CALEA
Cell Tracking
Digital Television
DRM
E-voting

Deep Links
NOTEWORTHY NEWS FROM AROUND THE INTERNET

« Are You Infected by Sony-BMG's Rootkit? | Main | Anti-Cell Phone Tracking Judicial Revolution Spreads to New York City »

# Now the Legalese Rootkit: Sony-BMG's EULA

## November 09, 2005

If you thought XCP "rootkit" copy-protection on Sony-BMG CDs was bad, perhaps you'd better read the 3,000 word (!) end-user license agreement (aka "EULA") that comes with all these CDs.

First, a baseline. When you buy a regular CD, you own it. You do not "license" it. You own it outright. You're allowed to do anything with it you like, so long as you don't violate one of the exclusive rights reserved to the copyright owner. So you can play the CD at your next dinner party (copyright owners get no rights over private performances), you can loan it to a friend (thanks to the "first sale" doctrine), or make a copy for use on your iPod (thanks to "fair use"). Every use that falls outside the limited exclusive rights of the copyright owner *belongs to you*, the owner of the CD.

Now compare that baseline with the world according to the Sony-BMG EULA, which applies to any digital copies you make of the music on the CD:

1. **If your house gets burgled, you have to delete all your music from your laptop when you get home.** That's because the EULA says that your rights to any copies terminate as soon as you no longer possess the original CD.

2. **You can't keep your music on any computers at work.** The EULA only gives you the right to put copies on a "personal home computer system owned by you."

3. **If you move out of the country, you have to delete all your music.** The EULA specifically forbids "export" outside the country where you reside.

4. **You must install any and all updates, or else lose the music on your computer.** The EULA immediately terminates if you fail to install any update. No more holding out on those hobble-ware downgrades masquerading as updates.

5. **Sony-BMG can install and use backdoors in the copy**

Search eff.org
Enter search terms
Powered by Google
Search EFF

» About EFF's search

Contents
miniLinks
Awards
EFF Victories
EFF White Papers
EFFector

**Subscribe to EFFector!**
[our free email newsletter]

Email:

Zip / Postal Code (*optional*)

Subscribe!

» EFFector Archive

Topics
Anonymity
Biometrics
Bloggers' Rights
Broadcast Flag
CALEA
CAPPS II
Censorship
Copyright Law
Digital Rights Management (DRM)
DMCA
Domain names
E-voting
File-sharing
Filtering
FTAA
Intellectual Property
International
Internet governance

<table>
<tr><td>

E-voting Lobby Days
EFF15
File sharing
Free Speech
Intellectual Property
Misc.
Patents
Privacy
Standards/Architecture
Trusted Computing
USA PATRIOT
WIPO

# Get Email

Enter your email address to get posts by email:



# RSS Feeds

</td><td>

protection software or media player to "enforce their rights" against you, at any time, without notice. And Sony-BMG disclaims any liability if this "self help" crashes your computer, exposes you to security risks, or any other harm.

6. **The EULA says Sony-BMG will never be liable to you for more than $5.00.** That's right, no matter what happens, you can't even get back what you paid for the CD.

7. **If you file for bankruptcy, you have to delete all the music on your computer.** Seriously.

8. **You have no right to transfer the music on your computer, even along with the original CD.**

9. **Forget about using the music as a soundtrack for your latest family photo slideshow, or mash-ups, or sampling.** The EULA forbids changing, altering, or make derivative works from the music on your computer.

</td><td>

ISP legalities
Licensing/UCITA
Linking
Patents
Pending legislation
Privacy
Public records/FOIA
Reverse engineering
RFID
Spam
States
Surveillance
USA PATRIOT Act
Wireless
WIPO
EFF en Español
» Recursos e información de EFF en Español.

</td></tr>
</table>

So this is what Sony-BMG thinks we should be allowed to do with the music on the CDs that we purchase from them? No word yet about whether Sony-BMG will be offering a "patch" for this legalese rootkit. I'm not holding my breath.

Posted by Fred von Lohmann at 12:24 PM | Permalink | Technorati

Home | About EFF | Cases | Press Room | DeepLinks | Action Center | Join EFF | Privacy Policy | EFF RSS Feeds