# Exhibit 10

# REDACTED

> From: Cindy Cohn <cindy@eff.org>
> Date: November 17, 2005 1:12:39 PM PST
> To: Jeff Cunard <jpcunard@debevoise.com>
> Subject: [SonyDRM-priv] Suncomm uninstaller vulnerability
>
> Dear Jeff,
>
> Fred's out giving a speech this morning so I'm pinch hitting.
>
> In light of our discussions yesterday, in which you asked me to inform
> you as soon as possible if we had discovered any security risks due to
> SunComm's technology, I think you and your clients should look at Ed
> Felten's Freedom to Tinker blog post of a few minutes ago entitled:
> "Not Again! Uninstaller for Other Sony DRM Also Opens Huge Security
> Hole"
>
> http://www.freedom-to-tinker.com/
>
> As we feared, it seems that SunComm's technology, specifically here
> the
> uninstaller, has created security risks for users. We don't know how
> many people this affects, but SunCommm  may since it appears that it
> provides the uninstaller to individuals upon specific request.  We
> note
> that Professor Felten's blog does provide a patch, but that it is
> not a
> full correction for this problem.
>
> We worry that this is only the first security problem found with the
> SunComm technology and that others may follow.  If you haven't already
> seen it, you may want to look at an earlier post on Professor Felten's
> blog discussing the technology generally, entitiled: "Sony Shipping
> Spyware from SunComm, Too," of Saturday November 12.
>
> We are working on a comprehensive letter to you laying out what we
> believe remains to be done to avoid litigation and expect to send it
> shortly.  It will include discussion of SunComm technology.
>
> Cindy
>
>
>
> **********************************************************
> Cindy Cohn                                    ---- Cindy@eff.org
> Legal Director                                ---- www.eff.org
> Electronic Frontier Foundation

> 454 Shotwell Street
> San Francisco, CA 94110
> (415) 436-9333 x108
> (415) 436-9993 (fax)
>
> _____
> SonyDRM-priv mailing list
> SonyDRM-priv@eff.org
> https://falcon.eff.org/mailman/listinfo/sonydrm-priv
>



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Cindy Cohn                      ---- Cindy@eff.org
Legal Director                  ---- www.eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333 x108
(415) 436-9993 (fax)