Exhibit 17



**From:** Cindy Cohn <cindy@eff.org>
**To:** Jeffrey P. Cunard <jpcunard@debevoise.com>
**Date:** 11/30/2005 5:27:25 PM
**Subject:** [SonyDRM-priv] Fwd: Security Vulnerability: Delay on public release

Dear Jeff,

I've checked with my co-counsel and we are willing to wait until the close of business EST tomorrow (Thu, December 1) before releasing information to the public about the existence of the security vulnerability in the MediaMax software that we wrote you about earlier today. As I confirmed on the phone, the initial public notification we have agreed to delay is not intended to provide the details of the vulnerability to the public, but rather to notify the public that a vulnerability exists without giving sufficient information to allow a malicious person to create an exploit to take advantage of it.

We will, however, immediately notify the major antivirus companies. We understand that as a matter of practice they do not publicize such information. We believe that this will give them a chance to start considering possible remedial steps immediately, something we believe is in the public interest.

Note that this agreement only pertains to the publicity about the fact of the security flaw and does not change our position about seeking the TRO next week in the event that SonyBMG fails to take the steps outlined in my letter of earlier today.

Cindy

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Cindy Cohn                                    ---- Cindy@eff.org
Legal Director                                ---- www.eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333 x108
(415) 436-9993 (fax)

---

SonyDRM-priv mailing list
SonyDRM-priv@eff.org
https://falcon.eff.org/mailman/listinfo/sonydrm-priv