Exhibit 18

**REDACTED**

> From: "Cunard, Jeffrey P." <jpcunard@debevoise.com>
> Date: November 30, 2005 5:38:47 PM PST
> To: "Cindy Cohn" <cindy@eff.org>
> Subject: RE: Security Vulnerability: Delay on public release
>
> Thank you, Cindy. I appreciate the opportunity to talk with my client
> about the issues that you have raised before you go public with the
> information.
>
> Jeff
>
> -----Original Message-----
> From: Cindy Cohn [mailto:cindy@eff.org]
> Sent: Wednesday, November 30, 2005 8:27 PM
> To: Cunard, Jeffrey P.
> Subject: Fwd: Security Vulnerability: Delay on public release
>
>
> Dear Jeff,
>
> I've checked with my co-counsel and we are willing to wait until the
> close of business EST tomorrow (Thu, December 1) before releasing
> information to the public about the existence of the security
> vulnerability in the MediaMax software that we wrote you about earlier
> today. As I confirmed on the phone, the initial public notification we
> have agreed to delay is not intended to provide the details of the
> vulnerability to the public, but rather to notify the public that a
> vulnerability exists without giving sufficient information to allow a
> malicious person to create an exploit to take advantage of it.
>
> We will, however, immediately notify the major antivirus companies. We
> understand that as a matter of practice they do not publicize such
> information. We believe that this will give them a chance to start
> considering possible remedial steps immediately, something we believe
> is in the public interest.
>
> Note that this agreement only pertains to the publicity about the fact
> of the security flaw and does not change our position about seeking the
> TRO next week in the event that SonyBMG fails to take the steps
> outlined in my letter of earlier today.
>
> Cindy
>
>
> ***********************************************************
> Cindy Cohn                                       --- Cindy@eff.org
> Legal Director                                   --- www.eff.org

```
> Electronic Frontier Foundation
> 454 Shotwell Street
> San Francisco, CA 94110
> (415) 436-9333 x108
> (415) 436-9993 (fax)
>
>
>
```

**REDACTED**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Cindy Cohn  ---- Cindy@eff.org
Legal Director  ---- www.eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333 x108
(415) 436-9993 (fax)

---

SonyDRM-priv mailing list
SonyDRM-priv@eff.org
https://falcon.eff.org/mailman/listinfo/sonydrm-priv