Exhibit 20

# REDACTED

> From: "Cunard, Jeffrey P." <jpcunard@debevoise.com>
> Date: December 1, 2005 11:24:46 AM PST
> To: "Cindy Cohn" <cindy@eff.org>
> Subject: RE: Security Vulnerability: Delay on public release
>
> Cindy:
>
> Really, thanks for the call. This was very, very helpful to the
> client.
> Please extend our gratitude to iSEC as well. You know that I was
> serious when I asked for you to tell us about security issues.
>
> My cell is: 202-415-5783. I will be in class, but will step out to
> take
> the call.
>
> Thanks again, and also for the exceptionally kind words at the end of
> the call about Bruce and myself. You know we feel likewise about our
> relationship with EFF.
>
> Jeff
>
> -----Original Message-----
> From: Cindy Cohn [mailto:cindy@eff.org]
> Sent: Wednesday, November 30, 2005 8:27 PM
> To: Cunard, Jeffrey P.
> Subject: Fwd: Security Vulnerability: Delay on public release
>
>
> Dear Jeff,
>
> I've checked with my co-counsel and we are willing to wait until the
> close of business EST tomorrow (Thu, December 1) before releasing
> information to the public about the existence of the security
> vulnerability in the MediaMax software that we wrote you about earlier
> today. As I confirmed on the phone, the initial public
> notification we
> have agreed to delay is not intended to provide the details of the
> vulnerability to the public, but rather to notify the public that a
> vulnerability exists without giving sufficient information to allow a
> malicious person to create an exploit to take advantage of it.
>
> We will, however, immediately notify the major antivirus
> companies. We
> understand that as a matter of practice they do not publicize such
> information. We believe that this will give them a chance to start



REDACTED

> considering possible remedial steps immediately, something we believe
> is in the public interest.
>
> Note that this agreement only pertains to the publicity about the fact
> of the security flaw and does not change our position about seeking
> the
> TRO next week in the event that SonyBMG fails to take the steps
> outlined in my letter of earlier today.
>
> Cindy
>
>
> ********************************************************
> Cindy Cohn                                        ---- Cindy@eff.org
> Legal Director                                    ---- www.eff.org
> Electronic Frontier Foundation
> 454 Shotwell Street
> San Francisco, CA 94110
> (415) 436-9333 x108
> (415) 436-9993 (fax)
>
>

********************************************************
Cindy Cohn                                        ---- Cindy@eff.org
Legal Director                                    ---- www.eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333 x108
(415) 436-9993 (fax)