Exhibit 22

# REDACTED

> From: "Cunard, Jeffrey P." <jpcunard@debevoise.com>
> Date: December 3, 2005 10:44:33 AM PST
> To: "Kurt Opsahl" <kurt@eff.org>
> Cc: "Corynne McSherry" <corynne@eff.org>, "Cindy Cohn" <cindy@eff.org>
> Subject: RE: sony security question
>
> Thank you Kurt.
>
> Sony BMG is indeed happy to make the patch available to iSEC for
> review
> and testing.  Please let us know to where it should be sent (it is a 5
> MB zip file).  In the meantime, we will check NGS' availability for a
> follow up call with iSEC.
>
> It should be understood that Sony BMG is providing iSEC and EFF with
> this patch in advance of public release on the basis of the following:
> 1) the patch is being made available for the purpose of review and
> testing; 2) the patch may not be distributed or used for any other
> purpose; 3) neither iSEC nor EFF will make public the results of the
> testing and review of the patch prior to its public release by Sony
> BMG
> and/or SunnComm; and 4) iSEC will provide its comments on the patch,
> based on its testing and review, to Sony BMG and its consultants.
> Please confirm that these conditions are agreeable to iSEC and EFF.
>
> We look forward to hearing from you.
>
> Jeff
>
> -----Original Message-----
> From: Kurt Opsahl [mailto:kurt@eff.org]
> Sent: Saturday, December 03, 2005 5:40 AM
> To: Cunard, Jeffrey P.
> Cc: Corynne McSherry; Cindy Cohn
> Subject: Re: sony security question
>
>
> Jeff --
>
> After checking with iSec, we'd be happy to arrange a conversation with
> NGS, but believe it would be most fruitful to do so after iSec has had
> the opportunity to review and test the patch.  That way, everyone
> could
> best understand how the patch is intended to resolve the security
> vulnerability. Please let me know if that can be arranged, and what
> NGS' availability is.

>
> best regards,
>
> Kurt
>
> On Dec 2, 2005, at 4:44 PM, Cunard, Jeffrey P. wrote:
>
> Kurt:
>
> Thanks for the email. I was traveling this afternoon, back from
> Cambridge.
>
> I'm sorry that the iSEC people were not available to talk to the Sony
> BMG consultants today and won't be able to talk over the weekend.
> As I
> explained to Corynne earlier today, the Sony BMG consultants didn't
> have
> any "questions," as such, for iSEC. Rather, with EFF having
> identified
> the problem, the consultants wanted to talk with iSEC about the
> solution
> - a patch - including whether it adequately addressed the scenario
> that
> iSEC described. They had been eager for the iSEC views.
>
> The good news is that a patch has now been developed and is undergoing
> final testing. If iSEC would like to talk with the consultants about
> the patch (and any related issues), we will work to make that
> happen at
> once. In the meantime, Sony BMG and SunnComm propose to release the
> patch as soon as they are satisfied it does the trick.
>
> Finally, yes, the Sony BMG consultants are NSG.
>
> Jeff
> -----Original Message-----
> From: Kurt Opsahl [mailto:kurt@eff.org]
> Sent: Friday, December 02, 2005 6:12 PM
> To: Corynne McSherry
> Cc: Cunard, Jeffrey P.; Cindy Cohn
> Subject: Re: sony security question
>
>
> Jeff --
>
> Just wanted to check in to see when we might expect the emailed
> list of
> questions. The London-based security firm wouldn't happen to be NGS
> (Next Generation Security)?
>
> Looking forward to hearing from you,
>
> Kurt
>
> -------------------------------
> Kurt Opsahl, kurt@eff.org

REDACTED

> Staff Attorney, Electronic Frontier Foundation  http://www.eff.org/
> ph: 415.436.9333 x 106 \\  fx: 415.436.9993
>
> On Dec 2, 2005, at 11:46 AM, Corynne McSherry wrote:
>
> Hi again Jeff,
>
> Thanks for your call. It looks like Isec Partners' schedule is very
> tight today and this weekend, so a call will be a challenge.  Let me
> suggest that we proceed this way:  Please ask your client's security
> consultant to put together a list of questions they have and send
> it by
> email.  If it turns out email won't suffice, we'll see if we can
> coordinate a phone call.
>
> Please have your consultant forward the email questions to Kurt
> Opsahl--he'll be coordinating from here.
>
> Regards,
> Corynne
>
> --
> Corynne McSherry
> Staff Attorney
> Electronic Frontier Foundation
> 454 Shotwell Street, San Francisco, CA  94110
> corynne@eff.org
> tel: 415-436-9333 x 122 // fax: 415-436-9993
>
> On Dec 2, 2005, at 10:51 AM, Corynne McSherry wrote:
>
>> Dear Jeff-
>>
>> Regarding Sony's request to have Isec Partners confer directly with
>> Sony's outside security folks in London--Can you give me a better
>> sense of what Sony's security folks would like to know?  It's not
>> clear to us what questions they might have that aren't answered in
>> the
>
>> write up Isec prepared.  Based on that writeup, they should have no
>> difficulty replicating the problem described.
>>
>> Thanks,
>> Corynne
>>
>>
>> --
>> Corynne McSherry
>> Staff Attorney
>> Electronic Frontier Foundation
>> 454 Shotwell Street, San Francisco, CA  94110
>> corynne@eff.org
>> tel: 415-436-9333 x 122 // fax: 415-436-9993
>>
>
>

REDACTED

<100>

>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Cindy Cohn                              ---- Cindy@eff.org
Legal Director                          ---- www.eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333 x108
(415) 436-9993 (fax)

