Exhibit 24

From: EFF Press <press@eff.org>
Subject: [E-S] EFF: SunnComm Makes Security Update Available To Address Recently Discovered Vulnerability On Its MediaMax Version 5 Content Protection So[ftware
Date: December 6, 2005 3:31:16 PM PST
To: presslist@eff.org
Reply-To: press@eff.org

Electronic Frontier Foundation Media Release

For Immediate Release: Tuesday, December 06, 2005

Contact:

Kurt Opsahl
 Staff Attorney
 Electronic Frontier Foundation
 kurt@eff.org
 +1 415 436 9333 x106

Cory Shields
 Sony BMG
 +1 212-833-4647

John McKay
Sony BMG
 +1 212-833-5520

SunnComm Makes Security Update Available To Address Recently Discovered Vulnerability On Its MediaMax Version 5 Content Protection Software, Which Is Included On Certain SONY BMG CDs

San Francisco, CA and New York, NY - The Electronic Frontier Foundation (EFF) and SONY BMG Music Entertainment (SONY BMG) said today that SunnComm is making available a software update to address a security vulnerability with its MediaMax Version 5 content protection software on certain SONY BMG compact discs (CDs). The vulnerability was discovered by the security firm iSEC Partners after EFF requested an examination of the SunnComm software.

"We're pleased that SONY BMG responded quickly and responsibly when we drew their attention to this security problem," said EFF staff attorney Kurt Opsahl. "Consumers should take immediate steps to protect their computers."

"We're grateful to EFF and iSEC for bringing this to our attention," said Thomas Hesse, president, Global Digital Business, SONY BMG. "We believe that the availability of the update coupled with our campaign to notify customers will appropriately address the CDs with MediaMax Version 5 in the market."

SunnComm as well as independent software security firm NGS Software have determined that the security vulnerability is fully addressed by the update. NGS Director Robert Horton said, "After carefully researching the security vulnerability presented to us by SONY BMG, we have determined that it is not uncommon and, importantly, it is easily fixed by applying a software update."

The security vulnerability on SunnComm MediaMax Version 5 software differs from that reported in early November on

First4Internet XCP software contained on certain SONY BMG
CDs.  A full list of the 27 SunnComm MediaMax Version 5
titles is included in the link below.  Consumers can
download the software update that is designed to address
this security vulnerability from SunnComm's and Sony BMG's
websites at:
http://www.sunncomm.com/support/updates/update.asp and
http://www.sonybmg.com/mediamax.

The security issue involves a file folder installed on
users' computers by the MediaMax software that could allow
malicious third parties who have localized, lower-privilege
access to gain control over a consumer's computer running
the Windows operating system.

SONY BMG will notify consumers about this vulnerability and
the update through the banner functionality included on the
player, as well as through an internet-based advertising
campaign.  The update is also being provided to major
software and Internet security companies.  EFF and SONY BMG
urge all consumers who receive notice to download and
install the patch immediately.

In accordance with standard information security practices,
EFF and iSEC delayed public disclosure of the details of
the exploit to provide SunnComm the opportunity to develop
an update.

Full list of titles affected:
http://www.sonybmg.com/mediamax/titles.html

Links to patch:
http://www.sunncomm.com/support/updates/update.asp
http://www.sonybmg.com/mediamax

iSEC Partners report on the vulnerability:
http://www.eff.org/IP/DRM/Sony-BMG/MediaMaxVulnerabilityReport.pdf

iSEC Partners:
http://www.isecpartners.com/

NGS:
http://www.ngssoftware.com

For this release:
http://www.eff.org/news/archives/2005_12.php#004234

About EFF

The Electronic Frontier Foundation is the leading civil
liberties organization working to protect rights in the
digital world. Founded in 1990, EFF actively encourages and
challenges industry and government to support free
expression and privacy online. EFF is a member-supported
organization and maintains one of the most linked-to
websites in the world at http://www.eff.org/


About SONY BMG MUSIC ENTERTAINMENT

SONY BMG MUSIC ENTERTAINMENT is a global recorded music joint venture
with a roster of current artists that includes a broad array of both
local artists and international superstars, as well as a vast catalog

that comprises some of the most important recordings in history. SONY BMG is 50% owned by Bertelsmann A.G. and 50% owned by Sony Corporation of America.

-end-

---

presslist mailing list
https://falcon.eff.org/mailman/listinfo/presslist