Exhibit 25



REDACTED

> From: "Paul Singer" <paul.singer@oag.state.tx.us>
> Date: December 21, 2005 11:48:17 AM PST
> To: <cindy@eff.org>
> Cc: <kurt@eff.org>
> Subject: Re: EFF: SunnComm Makes Security Update Available To
> Address Recently    Discovered Vulnerability On Its Me
>
> Hi Cindy - sorry for the delay in getting back to you, but thought
> you'd be interested in the fact that we amended our lawsuit today.
> Information on the amended suit, as well as a copy, can be found on
> our website:
>
> http://www.oag.state.tx.us/oagNews/release.php?id=1370
>
> Hope you're doing well. I'd be interested in touching base with
> you to hear how your discussions with Sony BMG are going.
>
>
> Paul Singer
> Assistant Attorney General
> Consumer Protection and Public Health Division
> Office of the Texas Attorney General
> P.O. Box 12548
> Austin, Texas 78711
> (512) 936-1791 (telephone)
> (512) 473-8301 (facsimile)
> paul.singer@oag.state.tx.us (e-mail)
>
>>>> Cindy Cohn <cindy@eff.org> 12/7/2005 8:31 PM >>>
> Hi Paul,
>
> I wanted to make sure that you saw this. We believe that this flaw in
> the SunnComm CDs is likely to be the tip of the iceberg. Already some
> researchers have discovered a variant of this flaw that will force
> Sony
> to issue yet another patch, likely tomorrow.
>
> When you get a moment, we'd love to hear where you are with your
> action. We've been in pretty significant discussions with Sony BMG.
>
> Cindy
>
> Begin forwarded message:
>
>> From: EFF Press <press@eff.org>

\>\> Date: December 6, 2005 3:31:16 PM PST
\>\> To: presslist@eff.org
\>\> Subject: [E-S] EFF: SunnComm Makes Security Update Available To
\>\> Address Recently     Discovered Vulnerability On Its MediaMax Version 5
\>\> Content Protection    So[ftware
\>\> Reply-To: press@eff.org
\>\>
\>\> Electronic Frontier Foundation Media Release
\>\>
\>\> For Immediate Release: Tuesday, December 06, 2005
\>\>
\>\> Contact:
\>\>
\>\> Kurt Opsahl
\>\>    Staff Attorney
\>\>    Electronic Frontier Foundation
\>\>    kurt@eff.org
\>\>    +1 415 436 9333 x106
\>\>
\>\> Cory Shields
\>\>    Sony BMG
\>\>    +1 212-833-4647
\>\>
\>\> John McKay
\>\> Sony BMG
\>\>    +1 212-833-5520
\>\>
\>\> SunnComm Makes Security Update Available To Address
\>\> Recently Discovered Vulnerability On Its MediaMax Version 5
\>\> Content Protection Software, Which Is Included On Certain
\>\> SONY BMG CDs
\>\>
\>\> San Francisco, CA and New York, NY - The Electronic
\>\> Frontier Foundation (EFF) and SONY BMG Music Entertainment
\>\> (SONY BMG) said today that SunnComm is making available a
\>\> software update to address a security vulnerability with
\>\> its MediaMax Version 5 content protection software on
\>\> certain SONY BMG compact discs (CDs).  The vulnerability
\>\> was discovered by the security firm iSEC Partners after EFF
\>\> requested an examination of the SunnComm software.
\>\>
\>\> "We're pleased that SONY BMG responded quickly and
\>\> responsibly when we drew their attention to this security
\>\> problem," said EFF staff attorney Kurt Opsahl.  "Consumers
\>\> should take immediate steps to protect their computers."
\>\>
\>\> "We're grateful to EFF and iSEC for bringing this to our
\>\> attention," said Thomas Hesse, president, Global Digital
\>\> Business, SONY BMG. "We believe that the availability of
\>\> the update coupled with our campaign to notify customers
\>\> will appropriately address the CDs with MediaMax Version 5
\>\> in the market."
\>\>
\>\> SunnComm as well as independent software security firm NGS
\>\> Software have determined that the security vulnerability is
\>\> fully addressed by the update. NGS Director Robert Horton

REDACTED

>> said, "After carefully researching the security
>> vulnerability presented to us by SONY BMG, we have
>> determined that it is not uncommon and, importantly, it is
>> easily fixed by applying a software update."
>>
>> The security vulnerability on SunnComm MediaMax Version 5
>> software differs from that reported in early November on
>> First4Internet XCP software contained on certain SONY BMG
>> CDs.  A full list of the 27 SunnComm MediaMax Version 5
>> titles is included in the link below.  Consumers can
>> download the software update that is designed to address
>> this security vulnerability from SunnComm's and Sony BMG's
>> websites at:
>> http://www.sunncomm.com/support/updates/update.asp and
>> http://www.sonybmg.com/mediamax.
>>
>> The security issue involves a file folder installed on
>> users' computers by the MediaMax software that could allow
>> malicious third parties who have localized, lower-privilege
>> access to gain control over a consumer's computer running
>> the Windows operating system.
>>
>> SONY BMG will notify consumers about this vulnerability and
>> the update through the banner functionality included on the
>> player, as well as through an internet-based advertising
>> campaign.  The update is also being provided to major
>> software and Internet security companies.  EFF and SONY BMG
>> urge all consumers who receive notice to download and
>> install the patch immediately.
>>
>> In accordance with standard information security practices,
>> EFF and iSEC delayed public disclosure of the details of
>> the exploit to provide SunnComm the opportunity to develop
>> an update.
>>
>> Full list of titles affected:
>> http://www.sonybmg.com/mediamax/titles.html
>>
>> Links to patch:
>> http://www.sunncomm.com/support/updates/update.asp
>> http://www.sonybmg.com/mediamax
>>
>> iSEC Partners report on the vulnerability:
>> http://www.eff.org/IP/DRM/Sony-BMG/MediaMaxVulnerabilityReport.pdf
>>
>> iSEC Partners:
>> http://www.isecpartners.com/
>>
>> NGS:
>> http://www.ngssoftware.com
>>
>> For this release:
>> http://www.eff.org/news/archives/2005_12.php#004234
>>
>> About EFF
>>

REDACTED

```
>> The Electronic Frontier Foundation is the leading civil
>> liberties organization working to protect rights in the
>> digital world. Founded in 1990, EFF actively encourages and
>> challenges industry and government to support free
>> expression and privacy online. EFF is a member-supported
>> organization and maintains one of the most linked-to
>> websites in the world at http://www.eff.org/
>>
>>
>> About SONY BMG MUSIC ENTERTAINMENT
>>
>> SONY BMG MUSIC ENTERTAINMENT is a global recorded music joint venture
>> with a roster of current artists that includes a broad array of both
>> local artists and international superstars, as well as a vast catalog
>> that comprises some of the most important recordings in history. SONY
>> BMG is 50% owned by Bertelsmann A.G. and 50% owned by Sony
>> Corporation
>> of America.
>>
>>
>>    -end-
>>
>> _____
>> presslist mailing list
>> https://falcon.eff.org/mailman/listinfo/presslist
>>
>>
> *********************************************************
> Cindy Cohn                           ---- Cindy@eff.org
> Legal Director                       ---- www.eff.org
> Electronic Frontier Foundation
> 454 Shotwell Street
> San Francisco, CA 94110
> (415) 436-9333 x108
> (415) 436-9993 (fax)
>
```

REDACTED

*********************************************************
Cindy Cohn                           ---- Cindy@eff.org
Legal Director                       ---- www.eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333 x108
(415) 436-9993 (fax)