# Exhibit 26

**REDACTED**

> From: Cindy Cohn <cindy@eff.org>
> Date: December 30, 2005 8:00:43 AM PST
> To: Paul Singer <paul.singer@oag.state.tx.us>
> Subject: [SonyDRM-priv] Final version of the class action settlement
>
> Hi Paul,
>
> Here's the final version of the settlement agreement.  Now that this
> is public, we'd love to talk with you about what more we think should
> be done.  We'll all be back in the office starting on Tuesday, Jan 3,
> but I can arrange to talk earlier if that would help you.
>
> http://www.girardgibbs.com/sonysettlementagreement.pdf
>
> By the way, below is EFF's public statement. We have limitations on
> what we can say in the press under the agreement, but we made sure
> that the agreement does not hinder our ability to freely consult with
> you or any other governmental regulatory authorities.
>
> Cindy
>
>> EFF and Sony BMG Reach Preliminary Settlement over Flawed DRM
>>
>> "The proposed settlement will provide significant benefits for
>> consumers who bought the flawed CDs," said EFF Legal Director Cindy
>> Cohn. "Under the terms, those consumers will get what they thought
>> they were buying--music that will play on their computers without
>> restriction or security risk.  EFF is continuing discussions with
>> Sony BMG, however, and believes that there is more they can do to
>> protect music lovers in the future."
>>
>> "Sony agreed to stop production of these flawed and ineffective DRM
>> technologies," noted EFF Staff Attorney Kurt Opsahl. "We hope that
>> other record labels will learn from Sony's hard experience and
>> focus more on the carrot of quality music and less on the stick of
>> copy protection."
>>
>> Electronic Frontier Foundation (EFF) joined in this preliminary
>> settlement agreement with Sony BMG this week to settle several
>> class action lawsuits filed due to Sony's use of flawed and
>> overreaching computer program in millions of music CDs sold to the
>> public.  The proposed terms of settlement have been presented to
>> the court for preliminary approval and will likely be considered in
>> a hearing set for January 6, 2005 in federal court in New York City.
>>
>

> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
> Cindy Cohn               ---- Cindy@eff.org
> Legal Director           ---- www.eff.org
> Electronic Frontier Foundation
> 454 Shotwell Street
> San Francisco, CA 94110
> (415) 436-9333 x108
> (415) 436-9993 (fax)
>
>
> _____
> SonyDRM-priv mailing list
> SonyDRM-priv@eff.org
> https://falcon.eff.org/mailman/listinfo/sonydrm-priv

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Cindy Cohn               ---- Cindy@eff.org
Legal Director           ---- www.eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333 x108
(415) 436-9993 (fax)

REDACTED