Case 1:05-cv-09575-NRB   Document 57-28   Filed 04/06/06   Page 1 of 2

# Exhibit 27

**REDACTED**

```
> From: Cindy Cohn <cindy@eff.org>
> Date: January 4, 2006 9:57:25 AM PST
> To: Paul Singer <paul.singer@oag.state.tx.us>
> Subject: [SonyDRM-priv] Sony BMG
>
> Hi Paul,
>
> I hope you had a chance to look at the class action settlement.  We'd
> love to talk to you about what we are hoping the AGs can add to the
> mix for consumers.
>
>
> Cindy
> **********************************************************
> Cindy Cohn                         ---- Cindy@eff.org
> Legal Director                     ---- www.eff.org
> Electronic Frontier Foundation
> 454 Shotwell Street
> San Francisco, CA 94110
> (415) 436-9333 x108
> (415) 436-9993 (fax)
>
>
> _____
> SonyDRM-priv mailing list
> SonyDRM-priv@eff.org
> https://falcon.eff.org/mailman/listinfo/sonydrm-priv
```

**********************************************************
Cindy Cohn                         ---- Cindy@eff.org
Legal Director                     ---- www.eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333 x108
(415) 436-9993 (fax)