Exhibit 29

 G R E E N  ■  W E L L I N G  L L P

December 9, 2005

**VIA FACSIMILE**

Elizabeth C. Pritzker
**GIRARD GIBBS & DE BARTOLOMEO LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Facsimile: (415) 981-4846

Scott A. Kamber
**KAMBER & ASSOCIATES, LLC**
19 Fulton Street, Suite 400
New York, NY 10038
Facsimile: (212) 202-6364

Re:   **Sony BMG**

Dear Elizabeth and Scott:

    I write in the hope of advancing our goal of working together with your firms in connection with litigating and potentially settling the Sony BMG litigation. As we discussed in our telephone call, yesterday, it recently became clear to us that Sony BMG has been negotiating with plaintiffs' counsel in these actions on two separate tracks. One track of discussions is led by your firms and the other track of discussions is led by our two firms. In our separate conversations with Sony BMG and its counsel yesterday and with your two firms, we expressed our desire that negotiations toward settling these actions continue on a single track that involve all four of our firms. After considering the matter, Sony BMG indicated to us that it would be acceptable to them to continue negotiations in that manner. When we suggested this to you and Scott, however, our impression was that you rejected that suggestion out of hand. It was not clear to us why you made that choice.

    After you rejected proceeding on a coordinated track, Sony BMG's counsel confirmed to us in an email that they had communicated to Scott Kamber that, "Sony BMG has no objection to EFF's seeing the draft of the settlement agreement that has been discussed with Scott and his group." Rather than produce a copy of the document for EFF and our co-counsel to consider in reaching a settlement that addresses all the issues raised in these actions, you offered only to allow EFF to travel to your office during a limited window of time this afternoon to "present" the settlement to them. Again, you appear to have rejected all reasonable entreaties to allow meaningful participation of EFF, its co-counsel and our clients in the settlement process by the restrictions you are putting on the handling of the documentation.

    As you know, more national cases continue to be filed. It is in the interest of our clients, the Court, and the public to resolve these matters in a cooperative fashion. Accordingly, I reiterate our request that you reconsider your opposition to including our firms in the settlement

Elizabeth C. Pritzker
Scott A. Kamber
**Re: Sony BMG**
December 9, 2005
Page 2

negotiations and the leadership structure of this case, as well as to request copies of the current settlement documentation drafts. Thank you for your courtesies in this matter.

> Yours very truly,
>
> GREEN ▪ WELLING LLP
> A Limited Liability Partnership
>
> *[signature]*
>
> Robert S. Green

RSG/lrc
cc:   Cindy Cohn
      Bruce P. Keller
      Jeff P. Cunard
      Jeffrey S. Jacobson

Writer's Direct E-Mail
rsg@classcounsel.com