# Exhibit 30

**From:** Cindy Cohn <cindy@eff.org>
**To:** "Elizabeth C. Pritzker" <ecp@girardgibbs.com>
**Date:** 12/11/2005 12:05:24 PM
**Subject:** Re: [SonyDRM-priv] A Monday meeting



I disagree. I never agreed that we would only view the documents with
you looking over our shoulder. I agreed that a meeting was a good idea
(I still think it is) but not on your ridiculous terms.

Look, I've been polite here because that is how I believe law should be
practiced even in the face of the insults that you have been hurling at
us. We remain willing to work with you because it only serves Sony BMG
to have us fighting each other and that is not in the best interest of
the class. But do not interpret my politeness and willingness to try to
figure out how to make this work as some sort of concession that we
accept your view of the world as solely determined by the fact that you
and Mr. Kamber ran to court 9 days after filing your complaint, got an
order signed without telling the court the whole story and rushed into
settlement discussions with SonyBMG before the facts were developed. We
do not.

Again, I would like to invite you to join us in negotiations with Sony
about how to provide appropriate relief for the entire class, both XCP
and MediaMax and on all of the appropriate legal claims. We're willing
to let you sit beside us at the table as equals. You are the ones
insisting on an unreasonable structure. That must change.

Cindy

On Dec 11, 2005, at 9:09 AM, Elizabeth C. Pritzker wrote:

> This is not what we discussed.  Robert's earlier fax, which conditions
> EFF's cooperation upon a change in the court-ordered litigation
> structure, does not advance the ball.
>
> Elizabeth C. Pritzker
> Girard Gibbs & De Bartolomeo LLP
> 601 California Street, Suite 1400
> San Francisco, CA 94108
> Phone: (415) 981-4800
> Fax: (415) 981-4846
> ecp@girardgibbs.com
> www.girardgibbs.com
>
> This message is intended only for the addressee, and may contain
> information that is privileged or confidential, and exempt from
> disclosure under applicable law. If you are not the intended recipient
> or agent of the intended recipient, you are hereby notified that any
> dissemination, distribution or copying of this communication is
> strictly prohibited; and you are asked to notify us immediately by
> return email, or by telephone at (415) 981-4800. Thank you.
>
>
>
> -----Original Message-----
> From: Cindy Cohn [mailto:cindy@eff.org]

> Sent: Friday, December 09, 2005 3:58 PM
> To: Elizabeth Pritzker
> Subject: Re: A Monday meeting
>
>

REDACTED

> Thanks Elizabeth. If you can send us the settlement papers over the
> weekend, we'd be happy to meet on Monday.  But we haven't changed from
> our position that we need to see the papers before we can have a
> meaningful discussion.
>
> Begin forwarded message:
>
> > From: "Elizabeth C. Pritzker" <ecp@girardgibbs.com>
> > Date: December 9, 2005 3:15:53 PM PST
> > To: 'Cindy Cohn' <cindy@eff.org>
> > Subject: A Monday meeting
> >
> > Cindy:
> >
> > Please let me know as soon as you can if your team wants to have a
> > Monday meeting in our offices, as we discussed by phone today.  We
> can
> > provide the refreshments:  just let me know if it's going to be
> > breakfast or lunch -- or both.  We have a hearing in federal court in
> > the afternoon, so our strong preference is for a morning meeting,
> > perhaps starting at 9:30 or 10:00.  We have to conclude by 2:00 in
> any
> > event.
> >
> > I need to be out of the office as of 3:30 pm today.  I think you have
> > my cell phone number if you need to reach me, directly, before
> > Monday.  Otherwise, I will look for an email reply.  Thanks.
> >
> <unknown.gif>
> > Elizabeth C. Pritzker
> > Girard Gibbs & De Bartolomeo LLP
> > 601 California Street, Suite 1400
> > San Francisco, CA 94108
> >  Phone: (415) 981-4800
> >  Fax: (415) 981-4846
> >  ecp@girardgibbs.com
> >  www.girardgibbs.com
> >
> > This message is intended only for the addressee, and may contain
> > information that is privileged or confidential, and exempt from
> > disclosure under applicable law. If you are not the intended
> recipient
> > or agent of the intended recipient, you are hereby notified that any
> > dissemination, distribution or copying of this communication is
> > strictly prohibited; and you are asked to notify us immediately by
> > return email, or by telephone at (415) 981-4800. Thank you.
> >
> <image001.gif>
> ********************************************************
> Cindy Cohn                              ---- Cindy@eff.org
> Legal Director                          ---- www.eff.org

> Electronic Frontier Foundation
> 454 Shotwell Street
> San Francisco, CA 94110
> (415) 436-9333 x108
> (415) 436-9993 (fax)
> _____

**REDACTED**

> SonyDRM-priv mailing list
> SonyDRM-priv@eff.org
> https://falcon.eff.org/mailman/listinfo/sonydrm-priv
>
> ********************************************************
> Cindy Cohn                    ---- Cindy@eff.org
> Legal Director                ---- www.eff.org
> Electronic Frontier Foundation
> 454 Shotwell Street
> San Francisco, CA 94110
> (415) 436-9333 x108
> (415) 436-9993 (fax)
>
********************************************************
Cindy Cohn                        ---- Cindy@eff.org
Legal Director                    ---- www.eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333 x108
(415) 436-9993 (fax)

_____
SonyDRM-priv mailing list
SonyDRM-priv@eff.org
https://falcon.eff.org/mailman/listinfo/sonydrm-priv