Exhibit 32

REDACTED

> From: "Elizabeth C. Pritzker" <ecp@girardgibbs.com>
> Date: December 20, 2005 9:10:21 AM PST
> To: 'Cindy Cohn' <cindy@eff.org>
> Cc: "'Scott A. Kamber, Esq.'" <skamber@kolaw.com>, Aaron Sheanin
> <AMS@girardgibbs.com>
> Subject: RE: CMC and notice and other docs
>
> Hi Cindy:
>
> As you know, I was traveling from NYC to SF yesterday and did not have
> an opportunity to communicate with you or Scott via email or phone.
>
> As we discussed, my office spent yesterday redrafting the long and
> short form of settlement notice, and proposed claim form. As I am
> just back in the office this morning, I have not had an opportunity to
> review those revisions. I will review them this morning and provide
> copies of those documents to your team this morning, as we agreed.
> Also as we discussed, it is important that you transmit your
> collective comments/revisions to us as quickly as possible, so that we
> continue to work from a single document and finalize things at our
> end.
>
> As discussed on Sunday, our team is very interested in including EFF
> in an ongoing monitoring role. For the reasons we discussed at our
> joint session, we do not think it is appropriate for EFF to be listed
> in the settlement document itself. We are willing to modify the
> settlement agreement to include the phrase "Plaintiffs' Class Counsel
> and/or its designee," where appropriate, in order to accomplishe our
> joint desire to include EFF in future monitoring efforts. Also, as
> discussed, we will enter into a separate agreement that empowers EFF
> to perform future monitoring functions as our designee. This is not
> really Sony's issue, but we understand from our joint session on
> Sunday that Sony has no objection to this approach.
>
> Please forward any suggestions and/or drafts of a banner ad notice to
> us as quickly as possible, if you have that in hand. As we discussed
> yesterday, our team has not yet focused on this task.
>
> Finally, as discussed, we are willing to grant you an additional
> extension of time to challenge the CMO. The prior stipulation that we
> signed came to us from Robert's office. If he could transmit another
> one, we can execute it and get it back to you as quickly as possible.
>
> Elizabeth C. Pritzker

REDACTED

> Girard Gibbs & De Bartolomeo LLP
> 601 California Street, Suite 1400
> San Francisco, CA 94108
> Phone: (415) 981-4800
> Fax: (415) 981-4846
> ecp@girardgibbs.com
> www.girardgibbs.com
>
> This message is intended only for the addressee, and may contain
> information that is privileged or confidential, and exempt from
> disclosure under applicable law. If you are not the intended recipient
> or agent of the intended recipient, you are hereby notified that any
> dissemination, distribution or copying of this communication is
> strictly prohibited; and you are asked to notify us immediately by
> return email, or by telephone at (415) 981-4800. Thank you.
>
> -----Original Message-----
> From: Cindy Cohn [mailto:cindy@eff.org]
> Sent: Tuesday, December 20, 2005 7:56 AM
> To: Elizabeth Pritzker; 'Kamber Esq. Kamber'
> Subject: CMC and notice and other docs
>
> Dear Elizabeth and Scott,
>
> I called Jeff Jacobsen this morning and he told me that the CMC had
> been put over until Friday January 6 at 2:30pm. He said he thought
> that you were going to tell me.
>
> I am also waiting for the draft notice and other documents that we
> discussed yesterday. It looks like I will be flying home this
> afternoon, so please be sure to send those documents to Corynne and
> Robert Green in addition to me, so that we may promptly circulate them
> to our team.
>
> I am hoping we can continue working in the cooperative spirit that
> emerged on Sunday.
>
> Thanks,
>
> Cindy
>
> **********************************************************
> Cindy Cohn                              ---- Cindy@eff.org
> Legal Director                          ---- www.eff.org
> Electronic Frontier Foundation
> 454 Shotwell Street
> San Francisco, CA 94110
> (415) 436-9333 x108
> (415) 436-9993 (fax)
>
**********************************************************
Cindy Cohn                              ---- Cindy@eff.org
Legal Director                          ---- www.eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

(415) 436-9333 x108
(415) 436-9993 (fax)



---

SonyDRM-priv mailing list
SonyDRM-priv@eff.org
https://falcon.eff.org/mailman/listinfo/sonydrm-priv