# Exhibit 36



-----Original Message-----
From: Jacobson, Jeffrey S. [mailto:jsjacobson@debevoise.com]
Sent: Friday, February 03, 2006 12:39 PM
To: Scott A. Kamber, Esq.; Daniel Girard; ecp@girardgibbs.com; Aaron Sheanin; Cindy Cohn; Kurt Opsahl; Robert S. Green; Jenelle W. Welling; Jeff Friedman; Keller, Bruce P.; Cunard, Jeffrey P.
Subject: Judge Buchwald request

Judge Buchwald's clerk just called me to relay the following message:

"Judge Buchwald requests that, if we have not resolved the issues raised in Lerach Coughlin's letter before Monday, all interested parties should be available for a telephone conference with the Court on Monday at noon [eastern time]."

I would propose that we have a group call this afternoon - perhaps at 5PM eastern - to see whether we can resolve EFF's concerns, or whether EFF continues to insist that the issues must be resolved by the Court. We can use my dial-in, which is:

866-365-4406
Passcode 9096479#

We can use the same dial-in for the Monday call with the Court, if one is necessary (and I already have provided the number to Judge Buchwald's clerk.)

Please let me know if you will be free at 5:00 today to have this call.

Thank you.

JJ

_____
SonyDRM-priv mailing list
SonyDRM-priv@eff.org
https://falcon.eff.org/mailman/listinfo/sonydrm-priv