Exhibit 39

Sponsored by
DHS National Cyber Security Division/US-CERT

NIST
National Institute of Standards and Technology

**National Vulnerability Database**
a comprehensive cyber vulnerability resource

National Cyber-Alert System

# Vulnerability Summary CVE-2005-4069

**Original release date:** 12/7/2005
**Last revised:** 12/7/2005
**Source:** US-CERT/NIST

Overview

SunnComm MediaMax DRM 5.0.21.0 assigns insecure permissions to the "SunnComm Shared" directory, which allows local users to gain privileges by modifying programs installed in that directory, such as MMX.exe.

Impact

**CVSS Severity:** 4.9 (Medium)
**Range:** Locally exploitable
**Authentication:** Not required to exploit
**Impact Type:** Provides user account access

References to Advisories, Solutions, and Tools

**External Source:** FRSIRT (disclaimer)
**Name:** ADV-2005-2783
**Type:** Advisory , **Patch Information**
**Hyperlink:** http://www.frsirt.com/english/advisories/2005/2783

**External Source:** SECUNIA (disclaimer)
**Name:** 17933
**Type:** Advisory , **Patch Information**
**Hyperlink:** http://secunia.com/advisories/17933

**External Source:** (disclaimer)
**Hyperlink:** http://www.eff.org/news/archives/2005_12.php#004234

**External Source:** (disclaimer)
**Type:** Advisory
**Hyperlink:** http://www.eff.org/IP/DRM/Sony-BMG/MediaMaxVulnerabilityReport.pdf

**External Source:** BID (disclaimer)
**Name:** 15754
**Hyperlink:** http://www.securityfocus.com/bid/15754

**External Source:** SECTRACK (disclaimer)
**Name:** 1015327
**Hyperlink:** http://securitytracker.com/id?1015327

Vulnerable software and versions

SunnComm, MediaMax DRM, 5.0.21.0

Technical Details

**CVSS Base Score Vector:** (AV:L/AC:L/Au:NR/C:P/I:P/A:P/B:N) (legend)

**Vulnerability Type:** Design Error

**CVE Standard Vulnerability Entry:**
http://cve.mitre.org/cgi-bin/cvename.cgi?name=CVE-2005-4069