Exhibit 40

**Sponsored by**
**DHS National Cyber Security Division/US-CERT**

# National Vulnerability Database
a comprehensive cyber vulnerability resource

**NIST**
National Institute of
Standards and Technology

## National Cyber-Alert System

## Vulnerability Summary CVE-2005-3474

**Original release date:** 11/2/2005
**Last revised:** 11/3/2005
**Source:** US-CERT/NIST

Overview

The aries.sys driver in Sony First4Internet XCP DRM software hides any file, registry key, or process with a name that starts with "$sys$", which allows attackers to hide activities on a system that uses XCP.

Impact

**CVSS Severity:** 5.6 (Medium) Approximated
**Range:** Locally exploitable
**Impact Type:** Provides unauthorized access

References to Advisories, Solutions, and Tools

**External Source:** (disclaimer)
**Hyperlink:** http://www.sysinternals.com/blog/2005/10/sony-rootkits-and-digital-rights.html

**External Source:** SECUNIA (disclaimer)
**Name:** 17408
**Type:** Advisory
**Hyperlink:** http://secunia.com/advisories/17408

**External Source:** OSVDB (disclaimer)
**Name:** 20435
**Hyperlink:** http://www.osvdb.org/20435

**External Source:** SECTRACK (disclaimer)
**Name:** 1015145
**Hyperlink:** http://securitytracker.com/id?1015145

Vulnerable software and versions

Sony, First4Internet XCP Content Management

Technical Details

**CVSS Base Score Vector:** (AV:L/AC:L/Au:NR/C:P/I:C/A:P/B:N) Approximated (legend)

**Vulnerability Type:** Design Error

**CVE Standard Vulnerability Entry:**
http://cve.mitre.org/cgi-bin/cvename.cgi?name=CVE-2005-3474