Exhibit 43

Time Detail Report for Sony NY 050236-00001 and Sony CA 050222-00001
Proforma numbers 6032 and 6033
From Inception to 03/27/2006

| Timekeeper Name | ID | Work Date | Time Description | Hours | Amount | Time Stat | Batch Date | Timecard Index No. |
|---|---|---|---|---|---|---|---|---|
| FRIEDMAN, JEFFREY D. | 1467 | 11/3/2005 | Fact investigation; mtg re same | 4.75 | 2,018.75 | B | 1/10/2006 | 3276604 |
| KATHREIN, REED R. | 518 | 11/4/2005 | Review case w/JDF; conf potential client; fact investigation. | 4.00 | 2,300.00 | B | 11/22/2005 | 3225132 |
| FRIEDMAN, JEFFREY D. | 1467 | 11/4/2005 | Fact investigation; mtg re same w/RRK | 2.25 | 956.25 | B | 1/10/2006 | 3276608 |
| FRIEDMAN, JEFFREY D. | 1467 | 11/7/2005 | Fact investigation; research re experts. | 2.50 | 1,062.50 | B | 1/10/2006 | 3276614 |
| FRIEDMAN, JEFFREY D. | 1467 | 11/9/2005 | Legal research re applicable statutes, causes of action. | 3.50 | 1,487.50 | B | 1/10/2006 | 3276619 |
| KATHREIN, REED R. | 518 | 11/11/2005 | Factual investigation re complaint. | 1.50 | 862.50 | B | 11/22/2005 | 3225193 |
| STEIN, JONATHAN | 1204 | 11/11/2005 | Review press releases and news articles regarding new consumer case. Emails with co-counsel. | 0.75 | 356.25 | B | 12/6/2005 | 3235820 |
| FRIEDMAN, JEFFREY D. | 1467 | 11/11/2005 | Fact investigation and legal research re complaint. | 4.50 | 1,912.50 | B | 1/10/2006 | 3276625 |
| KATHREIN, REED R. | 518 | 11/14/2005 | Review articles and technology reports; email to partners re case status. | 2.50 | 1,437.50 | B | 11/22/2005 | 3225194 |
| KATHREIN, REED R. | 518 | 11/15/2005 | TC client re case | 2.00 | 1,150.00 | B | 11/22/2005 | 3225195 |
| KATHREIN, REED R. | 518 | 11/15/2005 | Review facts; disc case w/partners; TC Mautner re case status | 3.00 | 1,725.00 | B | 11/22/2005 | 3225197 |
| FRIEDMAN, JEFFREY D. | 1467 | 11/15/2005 | Client mtg; fact research; legal research re filing complaint. | 4.25 | 1,806.25 | B | 1/10/2006 | 3276630 |
| KATHREIN, REED R. | 518 | 11/16/2005 | Factual investigation; review cpts; Confer w/JDF. | 2.00 | 1,150.00 | B | 11/22/2005 | 3225198 |
| FRIEDMAN, JEFFREY D. | 1467 | 11/16/2005 | Review cpts; litig search results re factual research; confer w/RRK. | 1.75 | 743.75 | B | 1/10/2006 | 3276635 |
| KATHREIN, REED R. | 518 | 11/17/2005 | TC Mautner; conf client; attn facts and investigation; TC Robert Green; review cpts; TC JJS | 6.00 | 3,450.00 | B | 11/22/2005 | 3225189 |
| ROTHMAN, ROBERT | 1205 | 11/17/2005 | E-mail and t/c with R. Kathrein; e-mail with R. Green re filing of complaint, case status. | 0.75 | 318.75 | B | 12/5/2005 | 3228842 |
| FRIEDMAN, JEFFREY D. | 1467 | 11/17/2005 | Review/comment on cpt | 1.25 | 531.25 | B | 1/10/2006 | 3276740 |
| KATHREIN, REED R. | 518 | 11/18/2005 | Review cpt; TC Rothman, JDF; corres Green re filing strategy. | 4.00 | 2,300.00 | B | 11/22/2005 | 3225204 |
| ROTHMAN, ROBERT | 1205 | 11/18/2005 | T/c with RRK, JDE; review e-mail re: status. | 0.25 | 106.25 | B | 12/5/2005 | 3228914 |
| FRIEDMAN, JEFFREY D. | 1467 | 11/18/2005 | Review cpt; mtg re case strategy w/Rothman, RRK. | 2.75 | 1,168.75 | B | 1/10/2006 | 3276744 |
| KATHREIN, REED R. | 518 | 11/20/2005 | Review cpt; corres team re edits/strategy. | 2.00 | 1,150.00 | B | 12/2/2005 | 3229491 |
| KATHREIN, REED R. | 518 | 11/21/2005 | Attn cpt; corres w/team re edits/strategy. | 3.00 | 1,725.00 | B | 12/2/2005 | 3229494 |
| KATHREIN, REED R. | 518 | 11/22/2005 | Attn issues and fed cpt; TC pltf. | 4.00 | 2,300.00 | B | 12/2/2005 | 3229495 |
| FRIEDMAN, JEFFREY D. | 1467 | 11/24/2005 | Review corres re case strategy | 1.25 | 531.25 | B | 1/10/2006 | 3276748 |
| KATHREIN, REED R. | 518 | 11/28/2005 | Attn strategy and review comm'n; confer w/JDF re strategy. | 2.00 | 1,150.00 | B | 12/2/2005 | 3229501 |
| FRIEDMAN, JEFFREY D. | 1467 | 11/28/2005 | Mtg re strategy w/RRK; attn strategy and emails re same. | 2.00 | 850.00 | B | 1/10/2006 | 3276750 |
| FRIEDMAN, JEFFREY D. | 1467 | 11/29/2005 | factual investigation; corres re strategy; confer w/co-counsel re same. | 1.75 | 743.75 | B | 1/10/2006 | 3276753 |
| KATHREIN, REED R. | 518 | 11/30/2005 | Provide inserts for NY cpt on class and CFAA issues | 6.00 | 3,450.00 | B | 12/2/2005 | 3229508 |
| FRIEDMAN, JEFFREY D. | 1467 | 11/30/2005 | Mtg re case strategy; factual investigation; legal research re comp. | 3.25 | 1,381.25 | B | 1/10/2006 | 3276756 |
| SCARLETT, SHANA E. | 1465 | 12/1/2005 | Review cpt and prelim inj; CC w/C. McSherry re same | 1.00 | 325.00 | B | 12/6/2005 | 3235218 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/1/2005 | Mtg re MDL; review and edit pldgs | 1.75 | 743.75 | B | 1/25/2006 | 3281110 |
| SCARLETT, SHANA E. | 1465 | 12/2/2005 | Research prelim inj; TC w/A. Sharma and C. McSherry re same | 5.00 | 1,625.00 | B | 12/7/2005 | 3236688 |
| ROTHMAN, ROBERT | 1205 | 12/2/2005 | Review complaint; revise complaint; arrange for filing. | 3.50 | 1,487.50 | B | 1/11/2006 | 3277373 |
| STADELMANN, KELLY | 30786 | 12/2/2005 | Prepare new complaint for filing in SDNY | 4.00 | 980.00 | B | 1/13/2006 | 3278638 |
| SCARLETT, SHANA E. | 1465 | 12/3/2005 | Edit/research mtn for preliminary inj., RJN and pltfs' decls | 4.00 | 1,300.00 | B | 12/7/2005 | 3236691 |
| SCARLETT, SHANA E. | 1465 | 12/4/2005 | Draft/research/edit mtn for prelim inj, RJN, pltfs' decls | 9.00 | 2,925.00 | B | 12/7/2005 | 3236692 |
| SCARLETT, SHANA E. | 1465 | 12/5/2005 | TC w/R. Green, RRK re settlemt; CC w/litig team re same; conf w/JDF and RRK re same; edit resp to settlemt proposal | 6.25 | 2,031.25 | B | 12/7/2005 | 3236694 |
| SCARLETT, SHANA E. | 1465 | 12/5/2005 | Draft/edit RJN ISO prelim inj | 0.50 | 162.50 | B | 12/7/2005 | 3236696 |
| KATHREIN, REED R. | 518 | 12/5/2005 | Conf call w/EFF and def counsel; TC JJS; OC SES and JDF; review proposal | 5.00 | 2,875.00 | B | 12/22/2005 | 3245565 |
| ROTHMAN, ROBERT | 1205 | 12/5/2005 | Review e-mail re case investigation | 0.25 | 106.25 | B | 1/11/2006 | 3277384 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/5/2005 | Review corres; mtg re same | 1.75 | 743.75 | B | 1/25/2006 | 3281112 |
| SCARLETT, SHANA E. | 1465 | 12/6/2005 | t/c counsel re Sony strategy; revise ltr to defs | 3.00 | 975.00 | B | 12/22/2005 | 3245276 |
| KATHREIN, REED R. | 518 | 12/6/2005 | TC counsel; attn strategy; review options re settlemt; TC Cal and New Mexico counsel | 6.00 | 3,450.00 | B | 12/22/2005 | 3245571 |
| ROTHMAN, ROBERT | 1205 | 12/6/2005 | Review e-mail from Jacobson; review ECF filings. | 0.50 | 212.50 | B | 1/11/2006 | 3277392 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/6/2005 | Mtg re settlement investigations, MDL; review corres, pldgs | 3.25 | 1,381.25 | B | 1/25/2006 | 3281118 |
| WOO, JACKIE | 30798 | 12/7/2005 | Download and print documents on docket of Michaelson v. Sony (S.D.N.Y. Case No. 05-09575) and deliver copies to attorneys; organize case file | 2.00 | 430.00 | B | 12/21/2005 | 3244891 |
| SCARLETT, SHANA E. | 1465 | 12/7/2005 | CC w/co-counsel re strategy; review prelim inj; edit/review cpt | 5.00 | 1,625.00 | B | 12/22/2005 | 3245280 |
| KATHREIN, REED R. | 518 | 12/7/2005 | Attn MDL papers; strategy; conf all attys; attn Buchhold's rules | 6.00 | 3,450.00 | B | 12/22/2005 | 3245575 |
| ROTHMAN, ROBERT | 1205 | 12/7/2005 | Review letter from Jacobson; review e-mails; participate in conference call; review e-mail re case investigation. | 2.75 | 1,168.75 | B | 1/11/2006 | 3277401 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/7/2005 | Conf call re litig status; review corres; coord counsel; legal research | 2.25 | 956.25 | B | 1/25/2006 | 3281939 |
| WOO, JACKIE | 30798 | 12/8/2005 | Check PACER for other cases filed against Sony BMG and check docket in Michaelson v. Sony for new documents filed; print class action complaint filed by the New York office; organize case file; read complaint | 3.00 | 645.00 | B | 12/21/2005 | 3244893 |

| Timekeeper Name | ID | Work Date | Time Description | Hours | Amount | Time Stat | Batch Date | Timecard Index No. |
|---|---|---|---|---|---|---|---|---|
| SCARLETT, SHANA E. | 1465 | 12/8/2005 | Draft MDL petition | 4.00 | 1,300.00 | B | 12/22/2005 | 3245281 |
| SCARLETT, SHANA E. | 1465 | 12/8/2005 | CC re strategy w/pltfs' counsel | 2.00 | 650.00 | B | 12/22/2005 | 3245282 |
| KATHREIN, REED R. | 518 | 12/8/2005 | Attn strategy issues; conf counsel re legal strategy; attn cpt filed; attn Buchwald's rules | 4.00 | 2,300.00 | B | 12/22/2005 | 3245578 |
| ROTHMAN, ROBERT | 1205 | 12/8/2005 | Prepare for and participate in telephone conference with plaintiffs' counsel. | 2.25 | 956.25 | B | 1/11/2006 | 3277411 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/8/2005 | Prep for conf call; conf call re legal strategy. | 2.25 | 956.25 | B | 1/25/2006 | 3281945 |
| ROELEN, SCOTT R. | 60035 | 12/9/2005 | New case work-up. | 3.00 | 645.00 | B | 12/14/2005 | 3241875 |
| SCARLETT, SHANA E. | 1465 | 12/9/2005 | Draft petition for MDL | 1.00 | 325.00 | B | 12/22/2005 | 3245284 |
| KATHREIN, REED R. | 518 | 12/9/2005 | Attn strategy; conf attys; re same. | 4.00 | 2,300.00 | B | 12/22/2005 | 3245581 |
| ROTHMAN, ROBERT | 1205 | 12/9/2005 | Review e-mail; conference re: service; T/C with Jacobson; conference call; draft and revise letter. | 2.75 | 1,168.75 | B | 1/11/2006 | 3277415 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/9/2005 | Review corres; conf call re legal strategy, settlement. | 1.75 | 743.75 | B | 1/25/2006 | 3281949 |
| ROTHMAN, ROBERT | 1205 | 12/10/2005 | Revise letter; review e-mail re case investigation/legal strategy. | 1.25 | 531.25 | B | 1/11/2006 | 3277422 |
| SCARLETT, SHANA E. | 1465 | 12/11/2005 | Edit MDL petition | 0.75 | 243.75 | B | 12/22/2005 | 3245286 |
| ROTHMAN, ROBERT | 1205 | 12/11/2005 | E-mail re: MDL papers; review revised letter. | 1.25 | 531.25 | B | 1/11/2006 | 3277424 |
| WOO, JACKIE | 30798 | 12/12/2005 | Check PACER for other cases filed against Sony BMG and check docket in Michaelson v. Sony for new documents filed; organize case file | 0.50 | 107.50 | B | 12/21/2005 | 3244899 |
| BELFRY, ALLANA | 30795 | 12/12/2005 | MDL petition | 2.00 | 430.00 | B | 12/22/2005 | 3245268 |
| SCARLETT, SHANA E. | 1465 | 12/12/2005 | Prep petition for MDL | 2.00 | 650.00 | B | 12/22/2005 | 3245288 |
| KATHREIN, REED R. | 518 | 12/12/2005 | TC Nick Kolunich re related case; conf counsel re settlement and related cases; attn settlement terms | 3.00 | 1,725.00 | B | 12/22/2005 | 3245583 |
| ROTHMAN, ROBERT | 1205 | 12/12/2005 | Revise letter to court; numerous e-mails to counsel re strategy and filing of complaint. | 3.25 | 1,381.25 | B | 1/11/2006 | 3277437 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/12/2005 | Review corres; mtg re legal strategy, settlement. | 1.25 | 531.25 | B | 1/25/2006 | 3281954 |
| WOO, JACKIE | 30798 | 12/13/2005 | Check PACER for other cases filed against Sony BMG and check docket in Michaelson v. Sony for new documents filed; organize case file | 0.25 | 53.75 | B | 12/21/2005 | 3244905 |
| KATHREIN, REED R. | 518 | 12/13/2005 | Attn MDL papers, TC court in Washington, conf call, Sony TRO issues | 5.00 | 2,875.00 | B | 12/22/2005 | 3245736 |
| ROTHMAN, ROBERT | 1205 | 12/13/2005 | Participate in conference call; review and revise letter to court; review draft agreement; T/C with Jacobson. | 2.50 | 1,062.50 | B | 1/11/2006 | 3277443 |
| WOO, JACKIE | 30798 | 12/14/2005 | Check PACER for other cases filed against Sony BMG and check docket in Michaelson v. Sony for new documents filed | 0.25 | 53.75 | B | 12/21/2005 | 3244906 |
| SCARLETT, SHANA E. | 1465 | 12/14/2005 | CC w/co-counsel re legal strategy. | 0.50 | 162.50 | B | 12/22/2005 | 3245294 |
| ROTHMAN, ROBERT | 1205 | 12/14/2005 | E-mail re: settlement negotiations. | 0.25 | 106.25 | B | 1/11/2006 | 3277454 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/14/2005 | Review/edit settlement agt; conf call | 4.75 | 2,018.75 | B | 1/25/2006 | 3281962 |
| WOO, JACKIE | 30798 | 12/15/2005 | Check PACER for other cases filed against Sony BMG and check docket in Michaelson v. Sony for new documents filed; print and route documents from another case filed against Sony BMG | 0.50 | 107.50 | B | 12/21/2005 | 3244911 |
| SCARLETT, SHANA E. | 1465 | 12/15/2005 | Draft notice of tag-along action | 3.00 | 975.00 | B | 12/22/2005 | 3245296 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/15/2005 | Review corres; draft settlemt agt; mtg re same. | 2.00 | 850.00 | B | 1/25/2006 | 3281967 |
| WOO, JACKIE | 30798 | 12/16/2005 | Check PACER for other cases filed against Sony BMG and check docket in Michaelson v. Sony for new documents filed; organize case file | 1.50 | 322.50 | B | 12/21/2005 | 3244915 |
| KATHREIN, REED R. | 518 | 12/16/2005 | TC counsel re Sony negotiations; attn settlemt terms | 2.00 | 1,150.00 | B | 12/22/2005 | 3245744 |
| ROTHMAN, ROBERT | 1205 | 12/16/2005 | Review e-mail re litigation strategy, settlement. | 0.50 | 212.50 | B | 1/11/2006 | 3277479 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/16/2005 | Review corres and settlemt terms | 2.00 | 850.00 | B | 1/25/2006 | 3281972 |
| ROTHMAN, ROBERT | 1205 | 12/17/2005 | Review e-mail re settlement and litigation strategy. | 0.25 | 106.25 | B | 1/11/2006 | 3277481 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/17/2005 | Review settlement materials; outline issues; prep for mtg | 4.25 | 1,806.25 | B | 1/25/2006 | 3281975 |
| KATHREIN, REED R. | 518 | 12/18/2005 | Review pldgs other courts | 2.00 | 1,150.00 | B | 12/22/2005 | 3245747 |
| ROTHMAN, ROBERT | 1205 | 12/18/2005 | Review e-mail re litigation strategy. | 0.25 | 106.25 | B | 1/11/2006 | 3277482 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/18/2005 | Attend settlement negotiations | 8.25 | 3,506.25 | B | 1/25/2006 | 3281977 |
| KATHREIN, REED R. | 518 | 12/19/2005 | TC JDF re settlemt negotiations; review email corres | 2.00 | 1,150.00 | B | 12/22/2005 | 3245749 |
| WOO, JACKIE | 30798 | 12/19/2005 | Check PACER for other cases filed against Sony BMG and check docket in Michaelson v. Sony for new documents filed; search for cases against Sony BMG in L.A. Superior Court | 3.50 | 752.50 | B | 12/23/2005 | 3246077 |
| ROTHMAN, ROBERT | 1205 | 12/19/2005 | Review e-mail; conference re: settlement discussions; review agreements. | 1.50 | 637.50 | B | 1/11/2006 | 3277485 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/19/2005 | Review corres; conf call w/co-counsel re settlement negotiations. | 2.00 | 850.00 | B | 1/25/2006 | 3281981 |
| KATHREIN, REED R. | 518 | 12/20/2005 | Review settlemt terms; strategy; c/c re settlement w/co-counsel. | 3.00 | 1,725.00 | B | 12/22/2005 | 3245750 |
| WOO, JACKIE | 30798 | 12/20/2005 | Check PACER for other cases filed against Sony BMG and check docket in Michaelson v. Sony for new documents filed; print complaints of cases filed in the LA superior court against Sony and deliver copies to Jeff Friedman; e-mail contact information of attorneys for plaintiffs in Ponting v. Sony BMG (C.D. Cal.); call and e-mail First Legal Support to request copy of complaint in Burke v. Sony BMG; e-mail Burke v. Sony complaint to Jeff Friedman | 2.00 | 430.00 | B | 12/23/2005 | 3246082 |
| ROTHMAN, ROBERT | 1205 | 12/20/2005 | Review e-mail; review settlement; review stipulation. | 0.75 | 318.75 | B | 1/11/2006 | 3277493 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/20/2005 | Review pldgs; conf call re settlemt w/co-counsel. | 3.00 | 1,275.00 | B | 1/25/2006 | 3281985 |

| Timekeeper Name | ID | Work Date | Time Description | Hours | Amount | Time Stat | Batch Date | Timecard Index No. |
|---|---|---|---|---|---|---|---|---|
| WOO, JACKIE | 30798 | 12/21/2005 | Check PACER for other cases filed against Sony BMG and check docket in Michaelson v. Sony for new documents filed; e-mail First Legal Support to request copy of complaint in Ponting v. Sony BMG (C.D. Cal.) | 0.50 | 107.50 | B | 12/23/2005 | 3246087 |
| ROTHMAN, ROBERT | 1205 | 12/21/2005 | Review drafts and documents filed in court; review e-mail re litigation strategy. | 0.75 | 318.75 | B | 1/11/2006 | 3277496 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/21/2005 | Review settlemt mat'ls; notice; mtg re same | 3.25 | 1,381.25 | B | 1/25/2006 | 3281987 |
| WOO, JACKIE | 30798 | 12/22/2005 | Check PACER for other cases filed against Sony BMG and check docket in Michaelson v. Sony for new documents filed; speak to Jeff Friedman and Kristen Weiland about adding Lauren Klem to amended certificate of service for MDL filing; print dockets and documents relating to other cases against Sony BMG and route documents | 1.00 | 215.00 | B | 12/23/2005 | 3246092 |
| ROTHMAN, ROBERT | 1205 | 12/22/2005 | Review e-mail re settlement participation, draft settlement agreements. | 0.50 | 212.50 | B | 1/11/2006 | 3277505 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/22/2005 | Review settlemt matters and mtg-related thereto | 2.75 | 1,168.75 | B | 1/25/2006 | 3281993 |
| WOO, JACKIE | 30798 | 12/23/2005 | Check PACER for other cases filed against Sony BMG and check docket in Michaelson v. Sony for new documents filed; print and route docket of another case filed against Sony BMG | 0.50 | 107.50 | B | 12/23/2005 | 3246096 |
| ROTHMAN, ROBERT | 1205 | 12/23/2005 | Review e-mail re litigation strategy. | 0.50 | 212.50 | B | 1/11/2006 | 3277513 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/23/2005 | Conf call re settlemt and MDL | 2.00 | 850.00 | B | 1/25/2006 | 3281996 |
| ROTHMAN, ROBERT | 1205 | 12/24/2005 | Review e-mail re legal strategy and settlement negotiations. | 0.50 | 212.50 | B | 1/11/2006 | 3277517 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/24/2005 | Attend to settlemt terms | 1.50 | 637.50 | B | 1/25/2006 | 3281999 |
| ROTHMAN, ROBERT | 1205 | 12/26/2005 | Review e-mail re: settlement. | 1.25 | 531.25 | B | 1/11/2006 | 3277518 |
| WOO, JACKIE | 30798 | 12/27/2005 | Check PACER for other cases filed against Sony BMG and check docket in Michaelson v. Sony for new documents filed; print and route docket of another case filed against Sony BMG | 0.50 | 107.50 | B | 1/3/2006 | 3247759 |
| ROTHMAN, ROBERT | 1205 | 12/27/2005 | Review settlement e-mail. | 0.75 | 318.75 | B | 1/11/2006 | 3277522 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/27/2005 | Attend to settlemt terms | 1.25 | 531.25 | B | 1/25/2006 | 3282000 |
| WOO, JACKIE | 30798 | 12/28/2005 | Check PACER for other cases filed against Sony BMG and check docket in Michaelson v. Sony for new documents filed; print and route docket of another case filed against Sony BMG | 0.50 | 107.50 | B | 1/3/2006 | 3247761 |
| ROTHMAN, ROBERT | 1205 | 12/28/2005 | Review e-mails from co-counselre litigation strategy. | 0.50 | 212.50 | B | 1/11/2006 | 3277532 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/28/2005 | Attend to settlemt terms | 2.00 | 850.00 | B | 1/25/2006 | 3282002 |
| WOOD, GREG A. | 60135 | 12/29/2005 | Call & e-mail class members re case status. | 2.00 | 430.00 | B | 12/30/2005 | 3247745 |
| WOOD, GREG A. | 60135 | 12/29/2005 | Call & e-mail class members | 2.00 | 430.00 | B | 12/30/2005 | 3247746 |
| ROTHMAN, ROBERT | 1205 | 12/29/2005 | Review e-mail re: negotiation. | 0.75 | 318.75 | B | 1/11/2006 | 3277535 |
| WOO, JACKIE | 30798 | 12/30/2005 | Print and route new documents filed in Michaelson v. Sony BMG; check PACER for other cases filed against Sony BMG and route dockets and complaints of such cases found | 3.00 | 645.00 | B | 1/3/2006 | 3247766 |
| ROTHMAN, ROBERT | 1205 | 12/30/2005 | Review e-mail from co-counsel re negotions and litigation strategy. | 0.50 | 212.50 | B | 1/11/2006 | 3277544 |
| FRIEDMAN, JEFFREY D. | 1467 | 12/30/2005 | Attend to settlemt terms | 2.00 | 850.00 | B | 1/25/2006 | 3282004 |
| KATHREIN, REED R. | 518 | 1/2/2006 | Attn status, review corres | 1.00 | 575.00 | B | 1/12/2006 | 3277930 |
| ROTHMAN, ROBERT | 1205 | 1/2/2006 | Review e-mail re negotiations and litigation strategy. | 0.50 | 212.50 | B | 1/26/2006 | 3281930 |
| KATHREIN, REED R. | 518 | 1/3/2006 | C/c w/litigation team. confer w/OC SES re status and strategy re further relif and AGs | 2.00 | 1,150.00 | B | 1/12/2006 | 3277939 |
| WOO, JACKIE | 30798 | 1/3/2006 | Search PACER for other cases against Sony BMG; print and route docket of case against Sony BMG; check docket of Michaelson v. Sony for new documents filed; organize case file | 2.50 | 537.50 | B | 1/12/2006 | 3277979 |
| SCARLETT, SHANA E. | 1465 | 1/3/2006 | CC w/litig team re MDL, strategy, settlemt; confer w/RRK re strategy | 1.50 | 487.50 | B | 1/17/2006 | 3279152 |
| ROTHMAN, ROBERT | 1205 | 1/3/2006 | E-mail re: settlement; participate in telephone conference re strategy. | 2.00 | 850.00 | B | 1/26/2006 | 3281956 |
| KATHREIN, REED R. | 518 | 1/4/2006 | Attn prelim approval plan | 1.00 | 575.00 | B | 1/12/2006 | 3277948 |
| WOO, JACKIE | 30798 | 1/4/2006 | Search PACER for other cases against Sony BMG; check docket of Michaelson v. Sony for new documents filed; organize case file | 1.00 | 215.00 | B | 1/12/2006 | 3277984 |
| RIVA, GABRIELA H. | 30675 | 1/4/2006 | Answer emails and help locate secy help for filing | 0.25 | 61.25 | B | 1/12/2006 | 3278035 |
| SCARLETT, SHANA E. | 1465 | 1/4/2006 | Draft/edit MDL filing | 1.00 | 325.00 | B | 1/17/2006 | 3279160 |
| ROTHMAN, ROBERT | 1205 | 1/4/2006 | E-mail with co-counsel. | 0.50 | 212.50 | B | 1/26/2006 | 3282006 |
| FRIEDMAN, JEFFREY D. | 1467 | 1/4/2006 | c/c w/co-counsel to provide info re settlemt terms; review settlement agreement; disc issue re hrg and notice provision. | 1.25 | 531.25 | B | 3/23/2006 | 3315161 |
| WOO, JACKIE | 30798 | 1/5/2006 | Search PACER for other cases against Sony BMG; check docket of Michaelson v. Sony for new documents filed | 1.00 | 215.00 | B | 1/12/2006 | 3277986 |
| ROTHMAN, ROBERT | 1205 | 1/5/2006 | Review e-mail. | 0.50 | 212.50 | B | 1/26/2006 | 3282013 |
| WOO, JACKIE | 30798 | 1/6/2006 | Search PACER for other cases against Sony BMG; check docket of Michaelson v. Sony for new documents filed | 0.50 | 107.50 | B | 1/12/2006 | 3277991 |
| ROTHMAN, ROBERT | 1205 | 1/6/2006 | Prepare for and attend preliminary approval hearing; e-mail re: hearing. | 7.75 | 3,293.75 | B | 1/26/2006 | 3282022 |
| ROTHMAN, ROBERT | 1205 | 1/7/2006 | E-mail re: preliminary approval. | 0.25 | 106.25 | B | 1/26/2006 | 3282025 |

| Timekeeper Name | ID | Work Date | Time Description | Hours | Amount | Time Stat | Batch Date | Timecard Index No. |
|---|---|---|---|---|---|---|---|---|
| ROTHMAN, ROBERT | 1205 | 1/8/2006 | E-mail re: preliminary approval. | 0.25 | 106.25 | B | 1/26/2006 | 3282026 |
| WOO, JACKIE | 30798 | 1/9/2006 | Search PACER for other cases against Sony BMG; check docket of Michaelson v. Sony for new documents filed | 1.00 | 215.00 | B | 1/17/2006 | 3278785 |
| ROTHMAN, ROBERT | 1205 | 1/9/2006 | Review transcript; e-mail to co-counsel; review e-mail. | 0.50 | 212.50 | B | 1/26/2006 | 3282030 |
| WOO, JACKIE | 30798 | 1/10/2006 | Search PACER for other cases against Sony BMG; check docket of Michaelson v. Sony for new documents filed and route new documents; e-mail articles about Sony BMG settlement to attorneys | 2.00 | 430.00 | B | 1/17/2006 | 3278794 |
| WOO, JACKIE | 30798 | 1/11/2006 | Check PACER for new cases filed against Sony BMG; check docket of Michaelson v. Sony in the S.D.N.Y. for new documents filed | 0.25 | 53.75 | B | 1/17/2006 | 3278798 |
| WOO, JACKIE | 30798 | 1/12/2006 | E-mail Shana Scarlett about need for checking PACER and docket for Michaelson v. Sony | 0.25 | 53.75 | B | 1/17/2006 | 3278800 |
| ROTHMAN, ROBERT | 1205 | 1/12/2006 | Review e-mail; T/C with J. Friedman re approval hearing. | 0.50 | 212.50 | B | 1/26/2006 | 3282047 |
| FRIEDMAN, JEFFREY D. | 1467 | 1/12/2006 | Review/comment on issues re FAQ disc w/defs; t/c w/R. Rothman re approval hearing. | 1.25 | 531.25 | B | 3/23/2006 | 3315174 |
| FRIEDMAN, JEFFREY D. | 1467 | 1/16/2006 | Review Suncomm info re Mediamax; security article and info | 1.50 | 637.50 | B | 3/23/2006 | 3315178 |
| FRIEDMAN, JEFFREY D. | 1467 | 1/17/2006 | Review class notice; email re mtg w/defs; disc notices w/co-counsel | 1.25 | 531.25 | B | 3/23/2006 | 3315180 |
| WOO, JACKIE | 30798 | 1/18/2006 | Org pldgs file | 0.25 | 53.75 | B | 1/27/2006 | 3283015 |
| FRIEDMAN, JEFFREY D. | 1467 | 1/18/2006 | Review CAFA provisions. | 2.25 | 956.25 | B | 3/23/2006 | 3315183 |
| FRIEDMAN, JEFFREY D. | 1467 | 1/19/2006 | Review banners; comment renotice; analyze CAFA | 1.75 | 743.75 | B | 3/23/2006 | 3315187 |
| KATHREIN, REED R. | 518 | 1/23/2006 | Attn Sony settlemt issues. | 2.00 | 1,150.00 | B | 2/8/2006 | 3291623 |
| FRIEDMAN, JEFFREY D. | 1467 | 1/25/2006 | Review cases re fee app | 2.50 | 1,062.50 | B | 3/23/2006 | 3315195 |
| FRIEDMAN, JEFFREY D. | 1467 | 1/26/2006 | Meet w/def counsel re fees | 1.25 | 531.25 | B | 3/23/2006 | 3315198 |
| KATHREIN, REED R. | 518 | 1/30/2006 | OC JDF re fee issues and final approval; claim process | 1.00 | 575.00 | B | 2/8/2006 | 3291641 |
| ROTHMAN, ROBERT | 1205 | 1/30/2006 | T/C with J. Friedman; conference call with co-counsel re fees, final approval notice and claims. | 1.75 | 743.75 | B | 2/9/2006 | 3292777 |
| FRIEDMAN, JEFFREY D. | 1467 | 1/30/2006 | Conf w/co-counsel and RRK re case update fees; notice issues | 1.25 | 531.25 | B | 3/23/2006 | 3315202 |
| KATHREIN, REED R. | 518 | 1/31/2006 | c/c with JDF, co-counsel re amendmts to settlemt; call Don | 2.00 | 1,150.00 | B | 2/8/2006 | 3291648 |
| ROTHMAN, ROBERT | 1205 | 1/31/2006 | Review e-mail; T/C with Friedman, Kathrein, et al. | 0.75 | 318.75 | B | 2/9/2006 | 3292784 |
| FRIEDMAN, JEFFREY D. | 1467 | 1/31/2006 | Disc w/co-counsel unauth amendmt by defs and class counsel; analyze settlemt agt | 2.25 | 956.25 | B | 3/23/2006 | 3315205 |
| SCARLETT, SHANA E. | 1465 | 2/1/2006 | CC w/co-counsel re amendmts to settlement; conf w/JDF re same; edit ltr to court same; review motion and original agreement. | 5.25 | 1,706.25 | B | 2/8/2006 | 3291518 |
| KATHREIN, REED R. | 518 | 2/1/2006 | Conf re ltr by defs and Girard Group; call Girard; conf call EFF; review ltr to court | 4.00 | 2,300.00 | B | 2/8/2006 | 3291654 |
| ROTHMAN, ROBERT | 1205 | 2/1/2006 | T/C re: motion to amend agreement; draft response; review motion and original agreement. | 3.75 | 1,593.75 | B | 3/1/2006 | 3300797 |
| FRIEDMAN, JEFFREY D. | 1467 | 2/1/2006 | Review settlemt agt; legal research; review modif; draft ltr; disc same w/co-counsel & SES. | 3.75 | 1,593.75 | B | 3/23/2006 | 3315206 |
| WOO, JACKIE | 30798 | 2/2/2006 | Discuss notice of stay with Shana Scarlett; e-mail Wheels of Justice copy of notice of stay and submit request for delivery of document to judge and for filing of document | 1.00 | 215.00 | B | 2/6/2006 | 3290392 |
| WOO, JACKIE | 30798 | 2/2/2006 | E-mail paralegals in New York office about preparing pro hac applications; draft pro hac motions for Shana Scarlett, Jeff Friedman and Reed Kathrein; request new caption from Cori Sweat; prepare request for certificates of good standing from the California State Bar for SES, JDF and RRK | 4.25 | 913.75 | B | 2/6/2006 | 3290394 |
| SCARLETT, SHANA E. | 1465 | 2/2/2006 | TC w/Judge Kuhl's clerk; email to co-counsel; ltr to all counsel re same: confer w/RRK and co-counsel re same. | 1.00 | 325.00 | B | 2/8/2006 | 3291521 |
| KATHREIN, REED R. | 518 | 2/2/2006 | Attn ltr to court; conf SES | 2.00 | 1,150.00 | B | 2/8/2006 | 3291660 |
| ROTHMAN, ROBERT | 1205 | 2/2/2006 | Review and revise letter to court for pre-motion conference; T/C with J. Jacobson; participate in telephone conferences; review responsive letter from Sony. | 5.50 | 2,337.50 | B | 3/1/2006 | 3300836 |
| STADELMANN, KELLY | 30786 | 2/2/2006 | File pro hac vice motions | 1.50 | 367.50 | B | 3/15/2006 | 3310153 |
| WOO, JACKIE | 30798 | 2/3/2006 | Draft notices of motion, motions, and declarations for pro hac vice applications for Reed Kathrein, Shana Scarlett, and Jeff Friedman | 2.50 | 537.50 | B | 2/6/2006 | 3290398 |
| ROTHMAN, ROBERT | 1205 | 2/3/2006 | T/C with chambers; review letter from Girard; draft and revise response re unauthorized amendments to settlement agreement. | 5.00 | 2,125.00 | B | 3/1/2006 | 3300858 |
| FRIEDMAN, JEFFREY D. | 1467 | 2/3/2006 | Review def's and class counsel resp; review/draft resp; disc same re unauth modif; conf call w/defs re same | 3.25 | 1,381.25 | B | 3/23/2006 | 3315213 |
| ROTHMAN, ROBERT | 1205 | 2/4/2006 | Review e-mail; review proposed language re modifications to settlement. | 0.75 | 318.75 | B | 3/1/2006 | 3300871 |
| ROTHMAN, ROBERT | 1205 | 2/5/2006 | E-mail re: conference call to court re modifications to settlement agreement. | 0.25 | 106.25 | B | 3/1/2006 | 3300875 |
| ROTHMAN, ROBERT | 1205 | 2/6/2006 | Review e-mail; prepare for and participate in telephone conference with Court; review e-mail and draft letter re: designation agreement. | 3.25 | 1,381.25 | B | 3/1/2006 | 3300886 |

| Timekeeper Name | ID | Work Date | Time Description | Hours | Amount | Time Stat | Batch Date | Timecard Index No. |
|---|---|---|---|---|---|---|---|---|
| WOO, JACKIE | 30798 | 2/7/2006 | Prepare package containing requests for certificates of good standing for Reed Kathrein, Jeff Friedman, and Shana Scarlett, checks, and pre-paid FedEx envelope to the State Bar of California; call Wheels of Justice to request delivery of package to the State Bar of California | 0.75 | 161.25 | B | 2/13/2006 | 3293933 |
| SCARLETT, SHANA E. | 1465 | 2/7/2006 | Call to ct re hrg; draft ltr to all counsel | 0.25 | 81.25 | B | 2/23/2006 | 3298264 |
| ROTHMAN, ROBERT | 1205 | 2/7/2006 | Numerous e-mails re: language for agreement; conduct legal research re: list price; e-mail with defense counsel. | 1.75 | 743.75 | B | 3/1/2006 | 3300969 |
| FRIEDMAN, JEFFREY D. | 1467 | 2/7/2006 | Review modified settlemt terms; conf call re same | 1.50 | 637.50 | B | 3/23/2006 | 3315217 |
| ROTHMAN, ROBERT | 1205 | 2/8/2006 | E-mail re: settlement administration. | 0.25 | 106.25 | B | 3/1/2006 | 3300996 |
| FRIEDMAN, JEFFREY D. | 1467 | 2/8/2006 | Review draft settlement terms; comment re same. | 0.50 | 212.50 | B | 3/23/2006 | 3315224 |
| WOO, JACKIE | 30798 | 2/9/2006 | E-mail Kelly Stadelman about pro hac applications; review pro hac application documents | 3.00 | 645.00 | B | 2/13/2006 | 3293940 |
| ROTHMAN, ROBERT | 1205 | 2/9/2006 | Review letter from Pritzker; e-mail with co-counsel re strategy. | 0.50 | 212.50 | B | 3/1/2006 | 3301017 |
| FRIEDMAN, JEFFREY D. | 1467 | 2/9/2006 | Review corres re mtn to amend settlemt | 0.25 | 106.25 | B | 3/23/2006 | 3315227 |
| WOO, JACKIE | 30798 | 2/10/2006 | Call State Bar of California to follow up on requests for certificates of good standing | 0.75 | 161.25 | B | 2/13/2006 | 3293945 |
| ROTHMAN, ROBERT | 1205 | 2/11/2006 | Review notice and e-mail re: same | 0.50 | 212.50 | B | 3/1/2006 | 3301074 |
| FRIEDMAN, JEFFREY D. | 1467 | 2/13/2006 | Conf w/co-counsel re case update and strategy. | 1.00 | 425.00 | B | 3/23/2006 | 3315235 |
| ROTHMAN, ROBERT | 1205 | 2/14/2006 | Review letter from Pritzker; e-mail with co-counsel; conference call. | 1.00 | 425.00 | B | 3/1/2006 | 3301095 |
| ROTHMAN, ROBERT | 1205 | 2/15/2006 | Review e-mail. | 0.50 | 212.50 | B | 3/1/2006 | 3301121 |
| KATHREIN, REED R. | 518 | 2/16/2006 | ATtn issues re delegation of monitoring; conf call Rothman and JDF | 2.00 | 1,150.00 | B | 2/23/2006 | 3298368 |
| ROTHMAN, ROBERT | 1205 | 2/16/2006 | Numerous telephone conferences and e-mails re delegation agreement. | 1.50 | 637.50 | B | 3/22/2006 | 3314269 |
| FRIEDMAN, JEFFREY D. | 1467 | 2/16/2006 | Conf re class counsel improper w/holding of desig agt | 0.50 | 212.50 | B | 3/23/2006 | 3315241 |
| ROTHMAN, ROBERT | 1205 | 2/20/2006 | E-mail re: designation agreement; review settlement notice issues | 0.75 | 318.75 | B | 3/22/2006 | 3314294 |
| FRIEDMAN, JEFFREY D. | 1467 | 2/20/2006 | Review/corres re delegatoin agreement; issues re notice | 0.50 | 212.50 | B | 3/23/2006 | 3315247 |
| SCARLETT, SHANA E. | 1465 | 2/21/2006 | Research fiduciary duty of class counsel; TC w/C. McSherry re same | 3.75 | 1,218.75 | B | 2/23/2006 | 3298299 |
| KATHREIN, REED R. | 518 | 2/21/2006 | Conf w/EFF re strategy on settlemt issues | 2.00 | 1,150.00 | B | 3/7/2006 | 3306220 |
| SCARLETT, SHANA E. | 1465 | 2/22/2006 | TC w/all counsel re strategy and settlemt; conf w/RRK, JDF re same | 1.50 | 487.50 | B | 2/23/2006 | 3298300 |
| ROTHMAN, ROBERT | 1205 | 2/22/2006 | Review draft letter to Sony | 0.50 | 212.50 | B | 3/22/2006 | 3314309 |
| FRIEDMAN, JEFFREY D. | 1467 | 2/22/2006 | Corres re notice issues | 0.75 | 318.75 | B | 3/23/2006 | 3315251 |
| FRIEDMAN, JEFFREY D. | 1467 | 2/23/2006 | Corres re notice issues | 0.75 | 318.75 | B | 3/23/2006 | 3315254 |
| KATHREIN, REED R. | 518 | 2/27/2006 | Mtg w/Girard and Pritzger and EFF over delegation; notice issues | 6.00 | 3,450.00 | B | 3/7/2006 | 3306231 |
| STADELMANN, KELLY | 30786 | 2/28/2006 | Draft Pro Hac Vice motions for Green Welling LLP, coordinate filing and service of motions | 2.00 | 490.00 | B | 3/15/2006 | 3310229 |
| ROTHMAN, ROBERT | 1205 | 2/28/2006 | Review letter from Jacobson. | 0.50 | 212.50 | B | 3/22/2006 | 3314391 |
| WOO, JACKIE | 30798 | 3/1/2006 | Org case file | 0.25 | 53.75 | B | 3/8/2006 | 3306414 |
| ROTHMAN, ROBERT | 1205 | 3/1/2006 | Review notes of meeting; review notices. | 0.75 | 318.75 | B | 3/22/2006 | 3314487 |
| FRIEDMAN, JEFFREY D. | 1467 | 3/1/2006 | Review CAFA notices; review notice issues; corres re same | 0.75 | 318.75 | B | 3/23/2006 | 3315262 |
| WOO, JACKIE | 30798 | 3/2/2006 | E-mail attorneys about pro hac applications; proofread and edit pro hac application documents; prepare notice of presentation or oral argument | 2.00 | 430.00 | B | 3/8/2006 | 3306419 |
| WOO, JACKIE | 30798 | 3/3/2006 | Proofread documents for pro hac vice applications; complete notice of presentation or waiver of oral argument for MDL panel | 2.00 | 430.00 | B | 3/8/2006 | 3306423 |
| ROTHMAN, ROBERT | 1205 | 3/3/2006 | Review issues re: banner functionality; review banner notices. | 0.50 | 212.50 | B | 3/22/2006 | 3314557 |
| WOO, JACKIE | 30798 | 3/6/2006 | Send via FedEx attorneys' declarations in support of their pro hac vice applications to Kelly Stadelmann; e-mail documents in support of pro hac vice applications to Kelly Stadelmann; send via FedEx Notice of Presentation or Waiver of Oral Arugment to the MDL judicial panel | 2.00 | 430.00 | B | 3/8/2006 | 3306432 |
| KATHREIN, REED R. | 518 | 3/6/2006 | Attn notice issues; call Girard re same. | 0.50 | 287.50 | B | 3/10/2006 | 3307937 |
| WOO, JACKIE | 30798 | 3/7/2006 | Prepare MDL form for filing and service; e-mail Cori Sweat about adding parties and phone and fax numbers to service list | 4.00 | 860.00 | B | 3/8/2006 | 3306440 |
| KATHREIN, REED R. | 518 | 3/7/2006 | Review email corres re status of Girard comm'ns and notice issues | 1.00 | 575.00 | B | 3/10/2006 | 3307942 |
| ROTHMAN, ROBERT | 1205 | 3/7/2006 | Review e-mail. | 0.25 | 106.25 | B | 3/22/2006 | 3314602 |
| RUDMAN, SAMUEL H. | 1202 | 3/8/2006 | Review of notice of presentment | 0.25 | 137.50 | B | 3/27/2006 | 3315849 |
| ROTHMAN, ROBERT | 1205 | 3/9/2006 | Review e-mail re: draft agreement. | 0.25 | 106.25 | B | 3/22/2006 | 3314626 |
| KATHREIN, REED R. | 518 | 3/13/2006 | TC Cohen re notice issues; corres Girard re settlement. | 1.00 | 575.00 | B | 3/20/2006 | 3312227 |
| ROTHMAN, ROBERT | 1205 | 3/13/2006 | Review e-mails re: banner: notice. | 0.50 | 212.50 | B | 3/22/2006 | 3314651 |
| KATHREIN, REED R. | 518 | 3/14/2006 | Review corres re notice issues | 1.00 | 575.00 | B | 3/23/2006 | 3315297 |
| FRIEDMAN, JEFFREY D. | 1467 | 3/15/2006 | Call w/class counsel re fees | 1.50 | 637.50 | B | 3/23/2006 | 3315276 |
| KATHREIN, REED R. | 518 | 3/15/2006 | Conf Dan Girard, Scott Kamber, JDF re settlemt | 2.00 | 1,150.00 | B | 3/23/2006 | 3315302 |
| FRIEDMAN, JEFFREY D. | 1467 | 3/16/2006 | Review legal research re fee app | 2.50 | 1,062.50 | B | 3/23/2006 | 3315280 |
| FRIEDMAN, JEFFREY D. | 1467 | 3/17/2006 | Reivew legal research re fee app; fact-gathering for app | 4.25 | 1,806.25 | B | 3/23/2006 | 3315282 |
| WOO, JACKIE | 30798 | 3/20/2006 | Org case file | 0.25 | 53.75 | B | 3/27/2006 | 3315924 |

| Timekeeper Name | ID | Work Date | Time Description | Hours | Amount | Time Stat | Batch Date | Timecard Index No. |
|---|---|---|---|---|---|---|---|---|
| FRIEDMAN, JEFFREY D. | 1467 | 3/21/2006 | Prep fee app; legal research; fact gathering for fee application. | 3.25 | 1,381.25 | B | 3/23/2006 | 3315287 |
| KATHREIN, REED R. | 518 | 3/21/2006 | Conf Dan Girard re settlemt issues | 2.00 | 1,150.00 | B | 3/23/2006 | 3315315 |
| WOO, JACKIE | 30798 | 3/22/2006 | Org case file | 0.25 | 53.75 | B | 3/27/2006 | 3315947 |
| WOO, JACKIE | 30798 | 3/24/2006 | Search for 10/26/01 order in Newman v. Carbiner; email WOJ to req copy of order from SDNY | 0.50 | 107.50 | B | 3/27/2006 | 3315957 |
| | | | Total | 454.25 | $ 190,322.50 | | | |