Exhibit 44

| Code | Description | Date | Narrative | Name | Amount | Status | Index |
|---|---|---|---|---|---|---|---|
| Cost Detail Report for Sony NY 050236-00001 and Sony CA 050222-00001 | | | | | | | |
| Pro forma numbers 6032 and 6033 | | | | | | | |
| From Inception to 03/27/2006 | | | | | | | |
| L0111 | Local Meals | 12/2/2005 | Local Meals - Payment to: WAITERS ON WHEELS INC | SCARLETT, SHANA E. | 9.67 | B | 3029093 |
| L0111 | Local Meals | 12/5/2005 | Local Meals - Payment to: WAITERS ON WHEELS INC | SCARLETT, SHANA E. | 11.28 | B | 3029135 |
| L0111 | Local Meals | 12/7/2005 | Local Meals - Payment to: WAITERS ON WHEELS INC | KATHREIN, REED R. | 10.96 | B | 3029178 |
| L0111 | Local Meals | 12/7/2005 | Local Meals - Payment to: WAITERS ON WHEELS INC | SCARLETT, SHANA E. | 10.96 | B | 3029180 |
| L0111 | Local Meals | 12/8/2005 | Local Meals - Payment to: WAITERS ON WHEELS INC | SCARLETT, SHANA E. | 13.43 | B | 3029219 |
| L0111 | Local Meals | 12/8/2005 | (SONY CA) Local Meals - Payment to: WAITERS ON WHEELS INC | KATHREIN, REED R. | 18.05 | B | 3029226 |
| L0111 | Local Meals | 12/12/2005 | Local Meals - Payment to: WAITERS ON WHEELS INC | SHEPPARD, CYNTHIA | 13.80 | B | 3029247 |
| L0111 | Local Meals | 12/12/2005 | Local Meals - Payment to: WAITERS ON WHEELS INC | KATHREIN, REED R. | 14.01 | B | 3029262 |
| L0111 | Local Meals | 12/12/2005 | Local Meals - Payment to: WAITERS ON WHEELS INC | HEINZ, KAREN R. | 20.59 | B | 3029271 |
| L0111 | Local Meals | 12/15/2005 | Local Meals - Payment to: WAITERS ON WHEELS INC | COKER, AMY M. | 12.72 | B | 3029308 |
| L0111 | Local Meals | 1/18/2006 | Local Meals - Payment to: BISTRO BURGER 2 | COKER, AMY M. | 8.87 | B | 3049385 |
| L0111 | Local Meals | 1/18/2006 | Local Meals - Payment to: WAITERS ON WHEELS INC | SCHNEIDER, DIANA | 12.12 | B | 3049479 |
| L0111 | Local Meals | 1/18/2006 | Local Meals - Payment to: PANDA INN | CAMERON, SARAH M. | 10.93 | B | 3049745 |
| L0111 | Local Meals | 2/2/2006 | Local Meals - Payment to: PETTY CASH CUSTODIAN | PONIATOWSKA, MARZENA | 7.90 | B | 3091530 |
| L0111 | Local Meals | 2/7/2006 | Local Meals - Payment to: WAITERS ON WHEELS INC | FRIEDMAN, JEFFREY D. | 13.17 | B | 3078161 |
| L0111 | Local Meals | 2/14/2006 | Local Meals - Payment to: PANDA INN | CAMERON, SARAH M. | 9.76 | B | 3076299 |
| L0111 | Local Meals | 2/27/2006 | Local Meals - Payment to: PLAZA DELI | CAMERON, SARAH M. | 7.25 | B | 3081392 |
| L0111 | Local Meals | 3/2/2006 | Local Meals - Payment to: WAITERS ON WHEELS INC | HEINZ, KAREN R. | 16.65 | B | 3104010 |
| L0112 | Out of Town Meals | 1/12/2006 | 12/17-18/05 SETTLEMENT NEGOTIATIONS WITH DEFENDANTS NEW YORK, NY Out of Town Meals - Payment to: JEFFREY D FRIEDMAN | FRIEDMAN, JEFFREY D. | 155.99 | B | 3046250 |
| L0112 | Out of Town Meals | 2/27/2006 | 02/27/06 CONFERENCE WITH CLASS COUNSEL LUNCHEON SAN FRANCISCO, CA Out of Town Meals - Payment to: REED R. KATHREIN | KATHREIN, REED R. | 70.00 | B | 3081267 |
| L0113 | Local Transportation | 12/31/2005 | Local Transportation - Payment to: SPECK CAB CO INC CAB SERVS SF FOR DEC 05 | COKER, AMY M. | 15.75 | B | 3055046 |
| L0113 | Local Transportation | 12/31/2005 | Local Transportation - Payment to: SPECK CAB CO INC CAB SERVS SF FOR DEC 05 | PRYOR, DAMON | 37.55 | B | 3055047 |
| L0114 | Out of Town Transportation | 12/16/2005 | (JEFFERY FRIEDMAN) CONTINENTAL AIRLINES FROM SAN FRANCISCO TO NEWARK TO SAN FRANCISCO 12/17/05 TO 12/18/05 FIRST CLASS/BUSINESS Out of Town Transportation - Payment to: AMERICAN EXPRESS | FRIEDMAN, JEFFREY D. | 1,406.90 | B | 3070123 |
| L0114 | Out of Town Transportation | 12/21/2005 | (JEFFERY FRIEDMAN) CAR SERVICE NEW YORK 12/17/05 Out of Town Transportation - Payment to: AMERICAN EXPRESS | FRIEDMAN, JEFFREY D. | 157.16 | B | 3070127 |
| L0114 | Out of Town Transportation | 12/22/2005 | (JEFFERY FRIEDMAN) CAR SERVICE NEW YORK 12/18/05 Out of Town Transportation - Payment to: AMERICAN EXPRESS | KATHREIN, REED R. | 157.52 | B | 3070128 |
| L0114 | Out of Town Transportation | 1/7/2006 | LIRR - HEARING Out of Town Transportation - Payment to: AMERICAN EXPRESS | ROTHMAN, ROBERT | 16.00 | B | 3060179 |
| L0114 | Out of Town Transportation | 1/12/2006 | 12/17-18/05 SETTLEMENT NEGOTIATIONS W/ DEFENDANTS NEW YORK, NY. Out of Town Transportation - Payment to: JEFFREY D FRIEDMAN | FRIEDMAN, JEFFREY D. | 601.39 | B | 3046249 |
| L0114 | Out of Town Transportation | 1/18/2006 | (JEFFREY LAWRENCE) CONTINENTAL AIRLINES FROM SAN FRANCISCO TO NEWARK 1/25/06 BUSINESS CLASS Out of Town Transportation - Payment to: AMERICAN EXPRESS | FRIEDMAN, JEFFREY D. | 609.30 | B | 3091703 |
| L0114 | Out of Town Transportation | 1/25/2006 | 12/17/05 AIR HTL LIMOS Out of Town Transportation - Payment to: AMBASSADOR TRAVEL | FRIEDMAN, JEFFREY D. | 15.00 | B | 3054330 |
| L0114 | Out of Town Transportation | 1/31/2006 | 01/01/06 AIR HTL. Out of Town Transportation - Payment to: AMBASSADOR TRAVEL | VISITOR | 15.00 | B | 3059682 |
| L0114 | Out of Town Transportation | 1/31/2006 | (JEFFREY FRIEDMAN) CAR SERVICE NEW YORK 1/25/06 Out of Town Transportation - Payment to: AMERICAN EXPRESS | FRIEDMAN, JEFFREY D. | 159.10 | B | 3091716 |
| L0211 | In-House Photocopy | 12/5/2005 | In-House Photocopy | NIELSEN, LEE A. | 32.00 | B | 3027441 |
| L0211 | In-House Photocopy | 12/7/2005 | In-House Photocopy | NIELSEN, LEE A. | 27.75 | B | 3027456 |
| L0211 | In-House Photocopy | 12/7/2005 | In-House Photocopy | NIELSEN, LEE A. | 7.00 | B | 3027457 |
| L0211 | In-House Photocopy | 12/8/2005 | In-House Photocopy | WOOD, GREG A. | 8.25 | B | 3019286 |
| L0211 | In-House Photocopy | 12/8/2005 | In-House Photocopy | WOOD, GREG A. | 0.50 | B | 3019287 |
| L0211 | In-House Photocopy | 12/15/2005 | In-House Photocopy | COLINA, PILAR | 20.25 | B | 3024419 |
| L0211 | In-House Photocopy | 12/15/2005 | In-House Photocopy | MINOR, JONATHAN | 3.00 | B | 3024420 |
| L0211 | In-House Photocopy | 12/15/2005 | In-House Photocopy | COLINA, PILAR | 26.75 | B | 3024430 |

| Code | Description | Date | Narrative | Name | Amount | Status | Index |
|---|---|---|---|---|---|---|---|
| L0211 | In-House Photocopy | 12/19/2005 | In-House Photocopy | COLINA, PILAR | 0.50 | B | 3026484 |
| L0211 | In-House Photocopy | 12/21/2005 | In-House Photocopy | MINOR, JONATHAN | 2.00 | B | 3028812 |
| L0211 | In-House Photocopy | 12/29/2005 | In-House Photocopy | MINOR, JONATHAN | 59.00 | B | 3037321 |
| L0211 | In-House Photocopy | 12/30/2005 | In-House Photocopy | MINOR, JONATHAN | 3.00 | B | 3042228 |
| L0211 | In-House Photocopy | 1/4/2006 | In-House Photocopy | MEDEIROS, MARCY | 0.25 | B | 3042273 |
| L0211 | In-House Photocopy | 1/4/2006 | In-House Photocopy | MEDEIROS, MARCY | 9.25 | B | 3042274 |
| L0211 | In-House Photocopy | 1/4/2006 | In-House Photocopy | MEDEIROS, MARCY | 314.75 | B | 3042277 |
| L0211 | In-House Photocopy | 1/5/2006 | In-House Photocopy | MEDEIROS, MARCY | 0.50 | B | 3042276 |
| L0211 | In-House Photocopy | 1/10/2006 | In-House Photocopy | WOO, JACKIE | 1.25 | B | 3045077 |
| L0211 | In-House Photocopy | 2/2/2006 | In-House Photocopy | WOO, JACKIE | 8.00 | B | 3068062 |
| L0211 | In-House Photocopy | 2/7/2006 | In-House Photocopy | WOO, JACKIE | 0.75 | B | 3068267 |
| L0211 | In-House Photocopy | 2/7/2006 | In-House Photocopy | WOO, JACKIE | 3.75 | B | 3068268 |
| L0211 | In-House Photocopy | 2/7/2006 | In-House Photocopy | WOO, JACKIE | 1.00 | B | 3068269 |
| L0211 | In-House Photocopy | 3/6/2006 | In-House Photocopy | CULLEN, TRACY | 16.00 | B | 3089215 |
| L0211 | In-House Photocopy | 3/7/2006 | In-House Photocopy | WOO, JACKIE | 0.75 | B | 3089216 |
| L0211 | In-House Photocopy | 3/7/2006 | In-House Photocopy | WOO, JACKIE | 45.00 | B | 3089217 |
| L0211 | In-House Photocopy | 3/7/2006 | In-House Photocopy | WOO, JACKIE | 0.50 | B | 3089219 |
| L0211 | In-House Photocopy | 3/7/2006 | In-House Photocopy | WOO, JACKIE | 0.25 | B | 3089220 |
| L0211 | In-House Photocopy | 3/7/2006 | In-House Photocopy | WOO, JACKIE | 0.25 | B | 3089221 |
| L0211 | In-House Photocopy | 3/13/2006 | In-House Photocopy | SCARLETT, SHANA E. | 58.50 | B | 3094089 |
| L0211 | In-House Photocopy | 3/21/2006 | In-House Photocopy | MINOR, JONATHAN | 2.00 | B | 3102714 |
| L0211 | In-House Photocopy | 3/23/2006 | In-House Photocopy | MINOR, JONATHAN | 12.50 | B | 3105141 |
| L0211 | In-House Photocopy | 3/29/2006 | In-House Photocopy | MINOR, JONATHAN | 7.00 | B | 3112833 |
| L0211 | In-House Photocopy | 3/30/2006 | In-House Photocopy | SCARLETT, SHANA E. | 7.50 | B | 3113834 |
| L0215 | Outside Photocopy | 1/10/2006 | Outside Photocopy - Payment to: IRMA HERRON COMPLAINT COPY COST | STADELMANN, KELLY | 45.75 | B | 3057639 |
| L0215 | Outside Photocopy | 1/11/2006 | Outside Photocopy - Payment to: SOUTHERN DISTRICT REPORTER PC (040241 TRICO MARINE) Class Action/Legal Notices - Payment to: GILARDI & CO LLC PROF SERVS FROM 8/30/05-1/2/06 COPIES OF ORIGINAL TRANSCRIPT | ROTHMAN, ROBERT | 117.15 | B | 3057005 |
| L0215 | Outside Photocopy | 1/11/2006 | Reversal from Void Check Number: 29203 Bank ID: AP1 Voucher ID: 1046240 Vendor: SOUTHERN DISTRICT REPORTER PC | ROTHMAN, ROBERT | (117.15) | B | 3072725 |
| L0411 | In House Telephone | 11/20/2005 | 11/20/05 CINGULAR MONTHLY BILLING. . In House Telephone | KATHREIN, REED R. | 19.23 | B | 3037590 |
| L0411 | In House Telephone | 12/19/2005 | Cingular Wireless Date: 12/19/05 In House Telephone | KATHREIN, REED R. | 37.75 | B | 3096155 |
| L0411 | In House Telephone | 1/19/2006 | Cingular Wireless Date: 01/19/06 In House Telephone | KATHREIN, REED R. | 36.56 | B | 3096161 |
| L0414 | In House Fax | 12/11/2005 | In House Fax | SCARLETT, SHANA E. | 2.00 | B | 3019986 |
| L0414 | In House Fax | 12/15/2005 | In House Fax SF Incoming faxes December 2005 | MINOR, JONATHAN | 3.00 | B | 3037653 |
| L0414 | In House Fax | 12/15/2005 | In House Fax SF Incoming faxes December 2005 | MINOR, JONATHAN | 37.00 | B | 3037660 |
| L0414 | In House Fax | 12/20/2005 | In House Fax SF Incoming Faxes December 2005 | MINOR, JONATHAN | 1.00 | B | 3037733 |
| L0414 | In House Fax | 12/27/2005 | In House Fax SF Incoming faxes December 2005 | MINOR, JONATHAN | 59.00 | B | 3037979 |
| L0414 | In House Fax | 12/27/2005 | In House Fax SF Incoming faxes December 2005 | MINOR, JONATHAN | 3.00 | B | 3037984 |
| L0414 | In House Fax | 1/11/2006 | In House Fax | WOOD, GREG A. | 16.00 | B | 3046075 |
| L0414 | In House Fax | 2/2/2006 | In House Fax | MINOR, JONATHAN | 3.00 | B | 3068068 |
| L0414 | In House Fax | 2/2/2006 | In House Fax | MINOR, JONATHAN | 3.00 | B | 3068069 |
| L0414 | In House Fax | 2/2/2006 | In House Fax | MINOR, JONATHAN | 3.00 | B | 3068070 |
| L0414 | In House Fax | 2/2/2006 | In House Fax | MINOR, JONATHAN | 3.00 | B | 3068071 |
| L0414 | In House Fax | 2/2/2006 | In House Fax | MINOR, JONATHAN | 3.00 | B | 3068072 |
| L0414 | In House Fax | 2/7/2006 | In House Fax | MINOR, JONATHAN | 3.00 | B | 3068063 |
| L0414 | In House Fax | 2/7/2006 | In House Fax | MINOR, JONATHAN | 3.00 | B | 3068064 |
| L0414 | In House Fax | 2/7/2006 | In House Fax | MINOR, JONATHAN | 3.00 | B | 3068065 |
| L0414 | In House Fax | 2/7/2006 | In House Fax | MINOR, JONATHAN | 3.00 | B | 3068066 |
| L0414 | In House Fax | 2/7/2006 | In House Fax | MINOR, JONATHAN | 3.00 | B | 3068067 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089197 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089198 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089199 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089200 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089201 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089202 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089203 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089204 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089205 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089206 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089207 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089208 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089209 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089210 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089211 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089212 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089213 |
| L0414 | In House Fax | 3/7/2006 | In House Fax | MINOR, JONATHAN | 7.00 | B | 3089214 |
| L0414 | In House Fax | 3/20/2006 | In House Fax San Francisco Incoming Faxes March 2006 | MINOR, JONATHAN | 2.00 | B | 3112295 |
| L0414 | In House Fax | 3/20/2006 | In House Fax San Francisco Incoming Faxes March 2006 | MINOR, JONATHAN | 5.00 | B | 3112319 |
| L0414 | In House Fax | 3/30/2006 | In House Fax | MINOR, JONATHAN | 2.00 | B | 3113835 |
| L0511 | Messenger/Fed-Ex/UPS | 12/12/2005 | Messenger/Fed-Ex/UPS | BROCKMAN, NICHOLAS | 20.14 | B | 3030835 |
| L0511 | Messenger/Fed-Ex/UPS | 12/16/2005 | Messenger/Fed-Ex/UPS | SCARLETT, SHANA E. | 17.50 | B | 3042275 |

| Code | Description | Date | Narrative | Name | Amount | Status | Index |
|---|---|---|---|---|---|---|---|
| L0511 | Messenger/Fed-Ex/UPS | 12/19/2005 | Messenger/Fed-Ex/UPS | WEILAND, KRISTEN | 11.41 | B | 3046097 |
| L0511 | Messenger/Fed-Ex/UPS | 2/28/2006 | Messenger/Fed-Ex/UPS | STADELMANN, KELLY | 12.29 | B | 3089218 |
| L0511 | Messenger/Fed-Ex/UPS | 3/1/2006 | Messenger/Fed-Ex/UPS COURIER SHIPMENT #852768560184 TO JACKIE WOO, LE RACH COUGHLIN ET AL, SAN FRANCISCO, CA, US , INV OICE #: 338517090 , FEDEX USER:  JACKIE WOO | WOO, JACKIE | 7.48 | B | 3098535 |
| L0511 | Messenger/Fed-Ex/UPS | 3/6/2006 | Messenger/Fed-Ex/UPS COURIER SHIPMENT #852768559927 TO JUDICIAL PANEL ON MULTIDISTRIC, WASHINGTON, DC, US , INVOICE # : 338517090 , FEDEX USER:  JACKIE WOOD | WOO, JACKIE | 11.44 | B | 3098537 |
| L0511 | Messenger/Fed-Ex/UPS | 3/6/2006 | Messenger/Fed-Ex/UPS COURIER SHIPMENT #852768559949 TO KELLY STADELMA NN, LERACH COUGHLIN ET AL, MELVILLE, NY, US , IN VOICE #: 338517090 , FEDEX USER:  JACKIE WOO | WOO, JACKIE | 11.44 | B | 3098538 |
| L0511 | Messenger/Fed-Ex/UPS | 3/7/2006 | Messenger/Fed-Ex/UPS COURIER SHIPMENT #852768559905 TO CLERK OF THE P ANEL, JUDICIAL PANEL ON MULTIDISTRIC, WASHINGTON , DC, US , INVOICE #:  338517090 , FEDEX USER: JACKIE WOO | WOO, JACKIE | 11.44 | B | 3098536 |
| L0511 | Messenger/Fed-Ex/UPS | 3/8/2006 | Messenger/Fed-Ex/UPS COURIER SHIPMENT #1ZA6533A0191490709 TO Lerach C oughlin Stoi, jamey light, NEW YORK, NY, US, INV OICE #00000A6533A106 | STADELMANN, KELLY | 8.90 | B | 3094907 |
| L0511 | Messenger/Fed-Ex/UPS | 3/10/2006 | Messenger/Fed-Ex/UPS COURIER SHIPMENT #790352119232 TO Mike Keating, Keating & Walker, NEW YORK CITY, NY, US , INVOIC E #: 339796118 , FEDEX USER:  Janis Dingman | CONTRERAS, La REINA | 22.38 | B | 3105140 |
| L0611 | Filing Fees | 12/2/2005 | Filing Fees - Payment to: CLERK OF THE COURT FILING FEES | GONZALES, DAWN | 250.00 | B | 3053259 |
| L0611 | Filing Fees | 2/2/2006 | Filing Fees - Payment to: STATE BAR OF CALIFORNIA CERT OF GOOD STANDING FOR SHANA SCARLETT | SCARLETT, SHANA E. | 25.00 | B | 3060518 |
| L0611 | Filing Fees | 2/2/2006 | Filing Fees - Payment to: STATE BAR OF CALIFORNIA CERT OF GOOD STANDING FOR JEFF FRIEDMAN | FRIEDMAN, JEFFREY D. | 25.00 | B | 3060519 |
| L0611 | Filing Fees | 2/2/2006 | Filing Fees - Payment to: STATE BAR OF CALIFORNIA CERT OF GOOD STANDING FOR REED KATHREIN | KATHREIN, REED R. | 25.00 | B | 3060520 |
| L0613 | Attorney Service Fee | 12/13/2005 | Attorney Service Fee - Payment to: WHEELS OF JUSTICE INC 12/13/05 44 PGS. @ $.50/PG. | WEILAND, KRISTEN | 57.00 | B | 3071578 |
| L0613 | Attorney Service Fee | 12/13/2005 | Attorney Service Fee - Payment to: WHEELS OF JUSTICE INC 12/13/05 35 PGS. @ $.50/PG. | WEILAND, KRISTEN | 52.50 | B | 3071579 |
| L0613 | Attorney Service Fee | 12/15/2005 | Attorney Service Fee - Payment to: WHEELS OF JUSTICE INC 12/27/05 11 PAGES WERE OBTAINED AND E-MAILED | WEILAND, KRISTEN | 121.00 | B | 3071577 |
| L0613 | Attorney Service Fee | 12/31/2005 | Attorney Service Fee - Payment to: U S LEGAL MANAGEMENT SERVICES INC. COURT SERVS | WOO, JACKIE | 95.00 | B | 3060380 |
| L0613 | Attorney Service Fee | 1/31/2006 | Attorney Service Fee - Payment to: ACCURINT - ACCOUNT # 1260894 ACCT#1260894 JAN 06 | BRANDON, KELLEY T. | 29.05 | B | 3078520 |
| L0814 | In-House Legal Research | 12/1/2005 | 12/01/05 - 12/31/05 PACER SERVICE CENTER . In-House Legal Research | HANEY, CARLA | 0.16 | B | 3061590 |
| L0814 | In-House Legal Research | 12/1/2005 | 12/01/05 - 12/31/05 PACER SERVICE CENTER . In-House Legal Research | BULL, MARGARITA A. | 1.68 | B | 3061594 |
| L0814 | In-House Legal Research | 12/1/2005 | 12/01/05 - 12/31/05 PACER SERVICE CENTER . In-House Legal Research | BULL, MARGARITA A. | 2.08 | B | 3061595 |
| L0814 | In-House Legal Research | 12/1/2005 | 12/01/05 - 12/31/05 PACER SERVICE CENTER . In-House Legal Research | BULL, MARGARITA A. | 64.88 | B | 3061789 |
| L0814 | In-House Legal Research | 12/1/2005 | 12/01/05 - 12/31/05 PACER SERVICE CENTER . In-House Legal Research | BULL, MARGARITA A. | 2.48 | B | 3061790 |
| L0814 | In-House Legal Research | 12/8/2005 | In-House Legal Research | CONTRERAS, La REINA | 2.97 | B | 3047079 |
| L0814 | In-House Legal Research | 12/8/2005 | 12/01/05 FACTIVA ( LEXIS NEXIS ) In-House Legal Research | WILHELMY, DAVID E. | 2,670.76 | B | 3057699 |
| L0814 | In-House Legal Research | 12/8/2005 | 12/01/05 FACTIVE  (FACTIVA ) In-House Legal Research | WILHELMY, DAVID E. | 7.07 | B | 3057700 |
| L0814 | In-House Legal Research | 12/8/2005 | In-House Legal Research | SCARLETT, SHANA E. | 7.96 | B | 3068261 |
| L0814 | In-House Legal Research | 12/12/2005 | In-House Legal Research | CONTRERAS, La REINA | 28.89 | B | 3047947 |
| L0814 | In-House Legal Research | 12/12/2005 | In-House Legal Research | SCARLETT, SHANA E. | 14.75 | B | 3068262 |
| L0814 | In-House Legal Research | 12/12/2005 | In-House Legal Research | SCARLETT, SHANA E. | 27.43 | B | 3068263 |
| L0814 | In-House Legal Research | 12/12/2005 | In-House Legal Research | SCARLETT, SHANA E. | 1.42 | B | 3068264 |
| L0814 | In-House Legal Research | 12/15/2005 | In-House Legal Research | SCARLETT, SHANA E. | 12.39 | B | 3068265 |
| L0814 | In-House Legal Research | 12/15/2005 | In-House Legal Research | SCARLETT, SHANA E. | 0.35 | B | 3068266 |
| L0814 | In-House Legal Research | 1/5/2006 | In-House Legal Research | CONTRERAS, La REINA | 7.21 | B | 3089012 |
| L0814 | In-House Legal Research | 1/5/2006 | In-House Legal Research | CONTRERAS, La REINA | 60.63 | B | 3089013 |
| L0814 | In-House Legal Research | 1/5/2006 | In-House Legal Research | CONTRERAS, La REINA | 19.38 | B | 3089014 |
| L0814 | In-House Legal Research | 1/5/2006 | In-House Legal Research | CONTRERAS, La REINA | 30.21 | B | 3089015 |
| L0814 | In-House Legal Research | 1/5/2006 | LEXIS NEXIS/FACTIVA JAN 2006 In-House Legal Research | SCHNEIDER, DIANA | 9.08 | B | 3105335 |
| L0814 | In-House Legal Research | 1/6/2006 | In-House Legal Research | CONTRERAS, La REINA | 49.53 | B | 3089017 |
| L0814 | In-House Legal Research | 1/9/2006 | In-House Legal Research | CONTRERAS, La REINA | 101.98 | B | 3089016 |
| L0814 | In-House Legal Research | 1/9/2006 | In-House Legal Research | CONTRERAS, La REINA | 10.07 | B | 3089021 |

| Code | Description | Date | Narrative | Name | Amount | Status | Index |
|---|---|---|---|---|---|---|---|
| L0814 | In-House Legal Research | 1/10/2006 | In-House Legal Research | CONTRERAS, La REINA | 54.86 | B | 3089022 |
| L0814 | In-House Legal Research | 1/10/2006 | In-House Legal Research | CONTRERAS, La REINA | 9.69 | B | 3089023 |
| L0814 | In-House Legal Research | 1/10/2006 | In-House Legal Research | CONTRERAS, La REINA | 50.34 | B | 3089024 |
| L0814 | In-House Legal Research | 1/11/2006 | In-House Legal Research | CONTRERAS, La REINA | 6.46 | B | 3089018 |
| L0814 | In-House Legal Research | 1/11/2006 | In-House Legal Research | CONTRERAS, La REINA | 92.07 | B | 3089019 |
| L0814 | In-House Legal Research | 1/11/2006 | In-House Legal Research | CONTRERAS, La REINA | 50.34 | B | 3089020 |
| L0814 | In-House Legal Research | 2/21/2006 | In-House Legal Research SERVICE: LAW REVIEWS - SINGLE DOCUMENT RETRIEVAL , QTY: 0, USER : SCARLETT, SHANA | SCARLETT, SHANA E. | 0.30 | B | 3111248 |
| L0814 | In-House Legal Research | 2/21/2006 | In-House Legal Research SERVICE: LEXIS LEGAL SERVICES - DOCUMENT PRINTIN G, QTY: 0, USER : SCARLETT, SHANA | SCARLETT, SHANA E. | 0.35 | B | 3111249 |
| L0814 | In-House Legal Research | 2/21/2006 | In-House Legal Research SERVICE: LEXIS LEGAL SERVICES - SINGLE DOCUMENT RETRIEVAL, QTY: 0, USER : SCARLETT, SHANA | SCARLETT, SHANA E. | 16.47 | B | 3111250 |
| L0814 | In-House Legal Research | 2/21/2006 | In-House Legal Research SERVICE: SHEPARDS SERVICE - LEGAL CITATION SERVI CES, QTY: 0, USER : SCARLETT, SHANA | SCARLETT, SHANA E. | 0.31 | B | 3111251 |
| L1011 | Experts | 03/10/2006-04/03/2006 | Analysis on valuation of settlement terms regarding MP3s, incentive payments, and injunctive relief | | 7,050.00 | B | |
| L1011 | Experts | 4/4/2006 | Professional Services relating to the SONY BMG settlement analysis on extrapolated privacy cost impact. | | 4,725.00 | B | |
| L1011 | Experts | 4/4/2006 | Dr. Steven Bellovin - expert re valuation of settlement terms for security issues | | 600.00 | B | |
| L1511 | Staff Overtime | 12/5/2005 | Staff Overtime-FILE, PHONES, FAX LETTERS FOR REED KATHREIN | COKER, AMY M. | 22.61 | B | 3031430 |
| L1511 | Staff Overtime | 12/6/2005 | Staff Overtime-CREATE NEW CASE NUMBER | YOUNG, DENISE | 17.65 | B | 3031215 |
| L1511 | Staff Overtime | 12/6/2005 | Staff Overtime-FILE, PHONES, FAX LETTERS FOR REED KATHREIN | COKER, AMY M. | 22.61 | B | 3031431 |
| L1511 | Staff Overtime | 12/8/2005 | Staff Overtime-FILE, PHONES, FAX LETTERS FOR REED KATHREIN | COKER, AMY M. | 22.61 | B | 3031432 |
| L1511 | Staff Overtime | 12/12/2005 | Staff Overtime-FILE, PHONES, FAX LETTERS FOR REED KATHREIN | COKER, AMY M. | 22.61 | B | 3031433 |
| L1511 | Staff Overtime | 12/12/2005 | Staff Overtime-MOTION TO TRANSFER AND COORDINATE ALL PRETRIAL PROCEEDINGS | SHEPPARD, CYNTHIA | 26.42 | B | 3053349 |
| L1511 | Staff Overtime | 12/13/2005 | Staff Overtime-FILE, PHONES, FAX LETTERS FOR REED KATHREIN | COKER, AMY M. | 22.61 | B | 3031434 |
| L1511 | Staff Overtime | 12/19/2005 | Staff Overtime-ENTER COMPLAINTS | YOUNG, DENISE | 17.65 | B | 3044284 |
| L1511 | Staff Overtime | 1/6/2006 | Staff Overtime-INDEX PLEADINGS | ASUNCION, MELANIA | 15.07 | B | 3053293 |
| L1511 | Staff Overtime | 1/11/2006 | Staff Overtime-INDEX PLEADINGS | ASUNCION, MELANIA | 15.07 | B | 3053299 |
| L1511 | Staff Overtime | 2/2/2006 | Staff Overtime-FIX DATABASE & LETTER TO ALL COUNSEL OF RECORD | PONIATOWSKA, MARZENA | 17.06 | B | 3074095 |
| L1511 | Staff Overtime | 2/27/2006 | Staff Overtime-INDEX PLEADINGS | CAMERON, SARAH M. | 10.71 | B | 3102030 |
| L1511 | Staff Overtime | 3/1/2006 | Staff Overtime-FORMAT AND REORGANIZE LITIGATION FOLDER AND CORRESPONDENCE FOLDER | GONZALES, DAWN | 23.60 | B | 3094385 |
| | Investigators | 11/16/2005 | Background Research on Potential Defendant | BRANDON, KELLEY T. | 670.00 | B | 3227687 |
| | | 12/15/2005 | Locate company addresses | SCHNEIDER, DIANA | 1,200.00 | B | 3256715 |
| | | 1/3/2006 | Research record labels | SCHNEIDER, DIANA | 900.00 | B | 3303849 |
| | | 1/4/2006 | Research record labels/company info | SCHNEIDER, DIANA | 1,800.00 | B | 3303850 |
| | | 1/5/2006 | Research record labels/company research | SCHNEIDER, DIANA | 1,800.00 | B | 3303853 |
| | | 1/6/2006 | Research record labels/company info | SCHNEIDER, DIANA | 1,200.00 | B | 3303855 |
| | | 1/9/2006 | Research record labels | SCHNEIDER, DIANA | 900.00 | B | 3303856 |
| | | 1/10/2006 | Research record labels/company research | SCHNEIDER, DIANA | 1,200.00 | B | 3303860 |
| | | | | | $ 31,273.62 | | |