EXHIBIT A

# Aram A. Sinnreich

**Key Skills**   Music, Media and Technology Research/Analysis. Writing. Public Speaking. Strategic Business Evaluation. Project Management. Business Development.

## Professional Experience

**Radar Research, LLC**                                          June 2005 - Present
*Co-Founder and Managing Partner*
- Custom research and consulting for media and technology clients including Sony Pictures, The Online Publishers Association and The Norman Lear Center
- Maintained high press visibility as a music and media expert, with regular appearances in *The Wall Street Journal,* NPR, *Rolling Stone, Newsweek, LA Times,* and other top-tier media outlets
- Spoke at industry conferences and events, such as Music 2.0 and OMMA Hollywood
- Appeared as an expert witness in lawsuits including the Sony/BMG rootkit suit

**USC Annenberg School for Communication**                        August 2002 - Present
*Doctoral Fellow and Lecturer*
- Designed and taught upper-level undergraduate courses, including "Music as Communication"
- Produced prize-winning research on music, technology, subcultures and social networks
- Presented at major academic conferences, such as International Communication Association
- Published academic research on music and media in books and journals
- Recipient of prestigious Provost's Fellowship

**Sinnreich Media Research**                                     August 2002 - May 2005
*Founder and President*
- Custom research and consulting for clients including RealNetworks and Grokster
- Maintained high press visibility as a music and media expert, with regular appearances in *Billboard, Variety, Rolling Stone,* ABC, and other top-tier media outlets
- Appeared as an expert witness in lawsuits including the Grokster Supreme Court P2P case

**Jupiter Research**                                            February 1997 - July 2002
*Senior Analyst*
- Produced syndicated research on media and technology and provided custom strategic consulting for senior executives at nearly ever major entertainment, software and Web company
- Launched and managed Music and Regulation/Policy research divisions
- Maintained high press visibility as a music and media expert, with regular appearances in top-tier television, print and radio news outlets including CBS (with Bryant Gumbel), ABC (with Peter Jennings), CNN, MTV, *The Wall Street Journal*, *The New York Times*, and *Billboard*.
- Organized, keynoted and/or spoke at dozens of industry conferences and events, including Plug.In, Billboard Summits, SXSW, NARM, CMJ, and Midem.

## Academic Publications

Sinnreich, A. (under review). Mash it up!: Hearing a new musical form as an aesthetic resistance movement. In *Television and New Media.*

Sinnreich, A. & Monge, P. M. (under review). The Role of Enforced Structural Holes in Independent Radio Promotion. In *The Journal of Broadcasting & Electronic Media.*

Sinnreich, A. & Gluck, M. (2006). Music and fashion: the balancing act between creativity and control. In *Ready to Share: Fashion and the Ownership of Creativity.* Los Angeles: Norman Lear Center Press.

Sinnreich, A. (2005). All that jazz was: remembering the mainstream avant-garde. *American Quarterly, 57*(2)

## Academic Conferences

Sinnreich, A. (2005). Conference co-organizer and featured presenter. Annenberg Center Social Software in the Academy Workshop. Los Angeles, 2005.

Sinnreich, A., Chib, A., & Gilbert, J. (2005). Modeling information equality: A real world approach. INSNA Sunbelt Social Networks Conference, Redondo Beach, 2005.

Sinnreich, A. (2004). Mash it up!: Hearing a new musical form as an aesthetic resistance movement. National Communication Association, Chicago, 2004. Award Winner: Top Paper

Sinnreich, A., Chib, A., & Gilbert, J. (2004). Modeling information equality: Social and media latency effects on information diffusion. National Communication Association, Chicago, 2004.

Sinnreich, A. & Monge, P. M. (2004). The role of enforced structural holes in independent radio promotion. International Communication Association, New Orleans, 2004.

Sinnreich, A., Chib, A., & Gilbert, J. (2004). Modeling information equality: Social and media latency effects on information diffusion. Telecommunications Policy and Research Conference, Virginia, 2004. Award Winner: Top Paper

Sinnreich, A. (2003). An institution worth preserving: The battle over Barbershop and the Black public sphere. Global Fusion Conference, Austin, 2003. Award Winner (Student Paper Competition)

Sinnreich, A. (2003). Featured workshop panelist: "Indies in the digital age". UCLA EGSO Conference on The Music Industry. Los Angeles, 2003

## Education

**University of Southern California**
**Annenberg School for Communication**
- PhD in Communication, 2007 (anticipated)
- MA in Communication, 2005

**Columbia University School of Journalism**
- MS in Journalism, 2000

**Wesleyan University**
- BA in English and Music, 1994

## Other Experience

**Journalist**
Over the last decade, I have written freelance journalism, including features, business analysis, music reviews and restaurant reviews for a variety of publications. These include *The New York Times, Billboard, Time Out New York, American Quarterly,* and World Radio.

**Musician/Composer**
My interest in music springs from my own deep involvement with it. Over the years, I have served as bassist, guitarist, vocalist and/or composer for artists and groups including seminal ska-punk band Agent 99 (Shanachie Records), dancehall reggae queen Ari-Up (former lead singer of The Slits), NYC neo-soul band Brave New Girl, jazz quartet MK4, and LA dub-and-bass band Dubistry. Songs I have composed have appeared on numerous compilations and soundtracks, including episodes of MTV's *Daria* and *Life as You Know It,* the winning entry in the 2005 Audi film festival.

## Awards and Honors

- Voted one of *InformationWeek*'s top fifteen "Innovators and Influencers" and profiled alongside the CEOs of Accenture, Handspring and JetBlue.
- Voted one of the "50 Most Important People in Streaming," *Streaming Magazine.*
- Voted one of the "15 Digital Music Industry Leaders," *Digital Music Weekly*.
- Numerous "best research" awards at major academic conferences