EXHIBIT A

## LAWRENCE E. FELDMAN & ASSOCIATES

LAWRENCE E. FELDMAN

LAWRENCE E. FELDMAN graduated cum laude from Dickinson College in 1974, and Boston College Law School in 1978. He is a member of the bars of the Pennsylvania Supreme Court, the United States District Court for the Eastern District of Pennsylvania, the Massachusetts Supreme Judicial Court and the United States District Court for the District of Massachusetts.

Mr. Feldman practiced in the Boston area from 1979 to 1980 as associate in-house counsel with Walter E. Heller & Company, a Fortune 500 company. From 1980 to 1982, he was an associate with the Philadelphia firm of Kramer & Salus, a firm specializing in civil and class action litigation. Since 1982, he has been in private practice first with Needle and Feldman, and then under his own name. Mr. Feldman has been involved in a number of large class actions, including *In Re First Pennsylvania Securities Litigation*, No. 80-1643 (E.D. Pa.); *Bergman v. Sanders*, No. 79-3662 (E.D.Pa.); *In re Eastern Sugar Antitrust Litigation*, 697 F.2d 524 (E.D.Pa. 1983)($35 million dollar settlement); *Eisenberg v. Gagnon*, (E.D.Pa.): *In re VMS Funds Securities Litigation* ($100 million settlement); *U.S. Healthcare Securities Litigation* ($5 million settlement); *National Media Securities Litigation*, ($2.7 million settlement); *In re Centocor Securities Litigation* ($18 million dollar settlement); *In re Coleco* (1987) *Sherin v. Commodore*, 1987 U.S. Lexis 9698 (E.D. Pa.1987); *Grasty v. Amalgamated Local* 80 IBEW (3rd Cir). Mr. Feldman was also the chief negotiator in *Curley v. Cumberland Farms*, which resulted in a $10 million settlement ($6.5 million settlement after a Chapter 11 filing).

Mr. Feldman recently served as lead counsel in *In re Gateway 2000, Inc.*, No. 96-08-SD-01659 (Phila. Ct. of Common Pleas, 1996) and *Novacheck v. CIGNA* (C.D. Cal. 95-3566). He currently serves as counsel for the plaintiffs in *Moore v. American Federation Television & Radio Artists* (N.D. GA, Atlanta 1993); and *Chambers v. Time Warner*, C.A. No. 00-2839 (JSR) (groundbreaking litigation asserting digital distribution rights for legendary musicians). Other class actions in which Mr. Feldman is involved include *Solomon v. Mass Mutual* (Phila. Cty. Ct. Common Pleas, 1996); *PaineWebber R&D Partners, L.P. & Petrisko v. Centocor, Inc.*, No. 96C-04-194 (WTQ) (Superior Ct. Del.); *Hurwitz v. Dow Corning, Inc.* (MDL Docket No. 94-P-14264-S); *Hecht v. Medaphis Corporation*, No. L-12691-96 (Superior Court of N.J., Essex City); *Alten v. Security Connecticut*, (Phila. Ct. of Common Pleas, 1997); *Feinberg v. Toshiba* (N.J. Super. 2000); and *In re CD MAP Antitrust Litigation* (D.C. Maine, 2000). He has also served in *In Re Diet Drug Litigation*, on the steering committee of the Pennsylvania certified class action for medical monitoring in connection with litigation concerning the diet drug Fen-Phen.

Mr. Feldman has lectured on entertainment, copyright and trademark litigation at Temple University. He has also represented well-known entertainers and companies in the music industry.

ROSEANN E. WEISBLATT

ROSEANN E. WEISBLATT received her Bachelor of Science degree from Thomas Jefferson University of Allied Health Sciences in 1981 and earned her law degree at the Temple University School of Law in 1994. She was a Legal Intern to the Hon. William H. Lederer, Pennsylvania Commonwealth Court (1992). Ms. Weisblatt is admitted to the state bars of Pennsylvania, New Jersey, the Eastern District of Pennsylvania and the Third Circuit Court of Appeals. She is a member of the Philadelphia Bar Association, Montgomery County Bar Association, Pennsylvania Trial Lawyers Association and serves as adjunct faculty in the Paralegal Studies Program at Manor Junior College.

Ms. Weisblatt has participated in a number of class actions, including In re PaineWebber Limited Partnerships Litigation (S.D. N.Y.); Hagen v. America Online (Sup.Ct. CA 1995); Solomon v. Mass Mutual (Phila. Cty. Ct. Common Pleas, 1996); *Alten v. Security Connecticut*, (Phila. Cty. Ct. of Common Pleas, 1997); *In re Gateway 2000* (Phila.Cty. Ct. Common Pleas 1996); *Moore v. American Federation Television & Radio Artists* (N.D.GA, Atlanta Div.1993). Ms. Weisblatt has also played a key role in the litigation and settlement of several Medical malpractice and intellectual property lawsuits.

STEVEN G. TYSON

STEVEN G. TYSON received his Bachelor of Arts degree from Eastern College in 1990 and earned his law degree at the Temple University School of Law in 1998. Mr. Tyson is admitted to the state bars of Pennsylvania and New Jersey, to the District of New Jersey, and to the Eastern District of Pennsylvania.

Since March of 1999 when he joined the Firm, Mr. Tyson has been extensively involved in the Fen-Phen products liability class action and numerous individual product liability actions. Mr. Tyson also represents famous musicians in various trademark and contract matters, and successfully defended a production company in the second ever ICANN Internet domain name dispute.