UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SONY BMG CD TECHNOLOGIES LITIGATION | Civil Action No. 1:05-cv-09575-NRB <br><br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | DECLARATION OF IRA P. ROTHKEN, ESQ. FILED ON BEHALF OF ROTHKEN LAW FIRM LLP IN SUPPORT OF RICCIUTI GROUP'S MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES |

I, Ira P. Rothken, Esq., declare as follows:

1. I am the managing partner and member of the Rothken Law Firm LLP. I am submitting this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action and the reimbursement of expenses incurred by my firm in the course of this litigation.

2. This firm is counsel of record for plaintiff LAURA KLEMM.

3. The identification and background of my firm and practice, taken from our web site at www.techfirm.com, is attached hereto as Exhibit A.

4. A detailed description of contemporaneous time records, including the date, hours expended and the nature of work done related to the facts and issues in this case is attached hereto as Exhibit B.

5. The total number of hours spent on this litigation by my firm is 29.1 hours. The total lodestar amount for attorney time based on the firm's current rates is $425/hour. The hourly rates shown below are my usual and customary rates for cases like this one. A breakdown of the lodestar is as follows:

### INCEPTION THROUGH MARCH 29th, 2006

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Ira P. Rothken | P | 29.1 | 425/hr | $12,367.50 |
| | | | | |
| **TOTAL:** | | **29.1** | **425/hr** | **$12,367.50** |

(P) Partner
(A) Associate
(PL) Paralegal
(CA) Contract Attorney
or (OC) Of Counsel

6. My firm incurred a total of **$748 dollars in unreimbursed expenses** in connection with the prosecution of this litigation. They are for fax and filing and related filing fees for the

- 1 -

complaint via One Legal, courier services, service of process, scanning and copying and for online legal research using Lexis, Westlaw, Online Library Research and others. These vendors included: Disclosure, Inc., Dow Jones Interactive, Dow Jones & Co., Inc., Lexis Nexis, CDA Investment Technologies, Pacer Service Center, West Publishing Corporation, and other online services. These databases were used to obtain access to information regarding the legal and technical issues in the case and defendant and to do media searches related to this case and related issues. The charges for these vendors vary depending upon the type of services requested.

7. The expenses incurred pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, electronic reports, and check records and are an accurate record of the expenses incurred.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. Executed this 29th day of March, 2006, at Novato, California.



Ira P. Rothken, Esq.

**Exhibit "A"**

Ira P. Rothken began the Northern California based Rothken Law Firm (www.techfirm.com) in 1993 and the firm has evolved to emphasize complex consumer, class action, and high technology related litigation. The firm has been involved in a number of groundbreaking high technology cases requiring the blend of both technical and legal skills including being appointed co-lead settlement class counsel in a nationwide consumer privacy lawsuit brought against DoubleClick (which nationwide class action settlement was approved by this Court) in *In re DoubleClick,* bringing suit against a Music CD Recording Company to prevent their Digital Rights Management scheme from violating consumer privacy rights similar to this case in *DeLise v. Sunncomm et al*, bringing suit on behalf of consumers against Microsoft and others related to their software "EULA" policies and shrinkwrap policies in *Baker v. Microsoft et al*, and defending the rights of consumers to use their ReplayTV devices (digital video recorders) in *Newmark v. Turner (the ReplayTV case)*.

Mr. Rothken has appeared as a guest legal expert on television, in seminars, and radio, including CNN (internet privacy), NBC (internet copyright), CBS (internet privacy), CNET radio (internet copyright and privacy), and Court TV (multiple appearances for internet gambling issues and copyright issues), and has been quoted in numerous publications including legal newsletters, newspapers (Wall Street Journal, Newsday, NY Times), magazines, and law review articles. Mr. Rothken has given legal seminars in conjunction with the Practicing Law Institute, Sedona Conference, and the Recorder legal newspaper on numerous Internet law related topics including Internet Privacy and Copyright issues.

**Exhibit "B"**

# Time Card Listing

Run Time : Mar-29-2006

## *Rothken Law Firm*

Original   Amounts From: 11/1/2005   To: 3/29/2006

| Date | Status | Activity | Timekeeper | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| Item Name | | | | | | |
| Description | | | | | | |
| Start/Stop Times | | | | | | |

### *Sony*

#### *Sony/DRMClassAction*

| Date | Status | Activity | Timekeeper | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/3/2006 | Open | A100-Activities | Ira Rothken | 0.500 | 425.00 | 212.50 |

Reviewed status of the cases;

| 1/5/2006 | Open | A100-Activities | Ira Rothken | 1.500 | 425.00 | 637.50 |
|---|---|---|---|---|---|---|

Reviewed details of draft settlement; Online research;

| 12/30/2005 | Open | A100-Activities | Ira Rothken | 0.800 | 425.00 | 340.00 |
|---|---|---|---|---|---|---|

Conference with Cindy Cohn of EFF regarding settlement issues and related procedures;

| 12/30/2005 | Open | A100-Activities | Ira Rothken | 0.800 | 425.00 | 340.00 |
|---|---|---|---|---|---|---|

Reviewed MDL notice and filed via fax an appearance in MDL proceedings;

| 12/27/2005 | Open | A100-Activities | Ira Rothken | 1.000 | 425.00 | 425.00 |
|---|---|---|---|---|---|---|

Reviewed MDL Motion; Reviewed MDL procedures;

| 12/9/2005 | Open | A100-Activities | Ira Rothken | 1.000 | 425.00 | 425.00 |
|---|---|---|---|---|---|---|

Reviewed online dockets; Drafted notice of related cases;

| 12/9/2005 | Open | A100-Activities | Ira Rothken | 2.300 | 425.00 | 977.50 |
|---|---|---|---|---|---|---|

Finalized class action complaint and filed it in Federal Court in the Northern District of California; Coordinated the service of process and coordiante with Robert Green;

| 12/8/2005 | Open | A100-Activities | Ira Rothken | 0.500 | 425.00 | 212.50 |
|---|---|---|---|---|---|---|

Online research related to media issues, technical issues, and other case filings;

| 12/8/2005 | Open | A100-Activities | Ira Rothken | 1.000 | 425.00 | 425.00 |
|---|---|---|---|---|---|---|

File review; Legal research; Communicated with Cindy Cohn of EFF regarding our support for EFF case leadership along with Robert Green as co-lead counsel under Rule 23g factors;

| 12/7/2005 | Open | A100-Activities | Ira Rothken | 4.000 | 425.00 | 1,700.00 |
|---|---|---|---|---|---|---|

Reviewed client materials and performed some tests with CDs; Legal and technical research related to the Rootkit issue;

| Date | Status | Activity | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/2/2005 | Open | A100-Activities | Ira Rothken | 1.000 | 425.00 | 425.00 |
| | | Conference call with EFF staff attorneys regarding overall case strategy and related issues; | | | | |
| 12/2/2005 | Open | A100-Activities | Ira Rothken | 1.800 | 425.00 | 765.00 |
| | | File review; drafted outline for class action complaint; Drafted additional claims for relief; | | | | |
| 11/28/2005 | Open | A100-Activities | Ira Rothken | 0.800 | 425.00 | 340.00 |
| | | File review; Pacer print out review; Provided a recommended procedural strategy to Cindy Cohn of EFF related to the case including the need to get into Federal Court and likely MDL issues in the horizon; | | | | |
| 11/14/2005 | Open | A100-Activities | Ira Rothken | 1.500 | 425.00 | 637.50 |
| | | Reviewed archive; File review; Provided copy of the Sunncomm DRM complaint and settlement agreement to Cindy Cohn of EFF for use in the Sony class action case; | | | | |
| 11/12/2005 | Open | A100-Activities | Ira Rothken | 0.300 | 425.00 | 127.50 |
| | | File review; Communicated via e-mail with Cindy Cohn of EFF the need to send Sony et al a "Daimler" catalyst letter; | | | | |
| 11/12/2005 | Open | A100-Activities | Ira Rothken | 0.500 | 425.00 | 212.50 |
| | | Communicated with Cindy Cohn of EFF about bringing claims against Sony et al regarding DRM and Rootkit issues; Discussed checklist for complaint; | | | | |
| 11/3/2005 | Open | A100-Activities | Ira Rothken | 4.500 | 425.00 | 1,912.50 |
| | | Reviewed Russinovich Sony Rootkit analysis; Reviewed past legal research regarding DRM in the Sunncomm matter; Reviewed prior settlement agreement with Sunncomm; Reviewed causes of action for class action against Sony et al; Reviewed consumer complaints; | | | | |
| 11/2/2005 | Open | A100-Activities | Ira Rothken | 5.300 | 425.00 | 2,252.50 |
| | | Evaluated Russinovich Sony Rootkit analysis and complaints regarding Sony DRM and related "Rootkit" issues; Researched technical issues; Reviewed legal research; Drafted checklist for DRM complaint against Sony et al; | | | | |

|  | Total for Sony/DRMClassAction | 29.100 | 12,367.50 |
|---|---|---|---|
|  | Total for Sony | 29.100 | 12,367.50 |
|  | Grand Total | 29.100 | 12,367.50 |