UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- x
In re SONY BMG CD TECHNOLOGIES   : Civil Action No. 1:05-cv-09575-NRB
LITIGATION

<u>CLASS ACTION</u>

This Document Relates To:         DECLARATION OF CINDY A. COHN
                                  FILED ON BEHALF OF ELECTRONIC
   ALL ACTIONS.                   FRONTIER FOUNDATION IN SUPPORT
                              x   OF RICCIUTI GROUP'S MOTION FOR
----------------------------------------- AWARD OF ATTORNEYS' FEES AND
                                  REIMBURSEMENT OF EXPENSES

I, CINDY A. COHN, declare as follows:

1. I am Legal Director of the Electronic Frontier Foundation. am submitting this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action and the reimbursement of expenses incurred by my firm in the course of this litigation.

2. This firm is counsel of record for plaintiffs Tom Ricciuti, Yvonne Ricciuti, Mary Schumacher, Robert Hull, Joseph Halpin, Edwin Bonner, and Erin Melcon.

3. The identification and background of my organization and its lawyers is attached hereto as Exhibit A.

4. A detailed description of contemporaneous time records, including the date, hours expended and the nature of work done is attached hereto as Exhibit B.

5. The total number of hours spent on this litigation by my firm is 1018.6. The total lodestar amount for attorney/paralegal time based on the firm's current rates is $418,385.00. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

### INCEPTION THROUGH MARCH 27, 2006

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Cindy A. Cohn | | 379 | $500 | $189,500.00 |
| Kurt Opsahl | | 288.75 | $425 | $108,281.25 |
| Corynne McSherry | | 271.1 | $375 | $101,662.50 |
| Fred von Lohmann | | 13 | $450 | $5,850.00 |
| Jason Schultz | | 17 | $375 | $6,375.00 |
| Allison Navone | (PL) | 49.75 | $135 | $6,716.25 |
| TOTAL: | | 1018.6. | | $418,385.00 |

(P) Partner
(A) Associate
(PL) Paralegal
(CA) Contract Attorney
or (OC) Of Counsel

6. My firm incurred a total of $43,545.07 in unreimbursed expenses in connection with the prosecution of this litigation. They are broken down as follows:

### EXPENSES

From Inception to March 27, 2006

| DISBURSEMENT | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $5,145.07 |
| Experts/Consultants/Investigators | $38,400.00 |
| **TOTAL:** | **$43,545.07** |

7. A true and correct copy of a detailed description of expenses incurred by EFF pertaining to this case is attached hereto as Exhibit C. The expenses incurred pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers and check records and are an accurate record of the expenses incurred.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. Executed this 6th day of April, 2006, at San Francisco, California.

CINDY A. COHN

T:\UsersSF\ShanaS\Sony NY\Settlement\cohn individual.doc