EXHIBIT A

| About EFF | Cases | Press Room | DeepLinks | Action Center | Join EFF | | Sitemap \| Calendar |

> Home        > About

# About EFF

From the Internet to the iPod, technologies are transforming our society and empowering us as speakers, citizens, creators, and consumers. When our freedoms in the networked world come under attack, the Electronic Frontier Foundation (EFF) is the first line of defense. EFF broke new ground when it was founded in 1990 — well before the Internet was on most people's radar — and continues to confront cutting-edge issues defending free speech, privacy, innovation, and consumer rights today. From the beginning, EFF has championed the public interest in every critical battle affecting digital rights.

Blending the expertise of lawyers, policy analysts, activists, and technologists, EFF achieves significant victories on behalf of consumers and the general public. EFF fights for freedom primarily in the courts, bringing and defending lawsuits even when that means taking on the US government or large corporations. By mobilizing more than 50,000 concerned citizens through our Action Center, EFF beats back bad legislation. In addition to advising policymakers, EFF educates the press and public. Sometimes just defending technologies isn't enough, so EFF also supports the development of freedom-enhancing inventions.

EFF is a donor-funded nonprofit and depends on your support to continue successfully defending your digital rights. Litigation is particularly expensive; because two-thirds of our budget comes from individual donors, every contribution is critical to helping EFF fight —and win—more cases.

**For information on donating to EFF, see**
http://www.eff.org/support/

**Learn about significant EFF court victories**
http://www.eff.org/legal/victories/

**Learn more about EFF's founding**
http://www.eff.org/about/history.php

**Learn more about current hot cases:**

» Sony BMG Litigation
» AT&T Class Action
» Cell Phone Tracking Cases
» Apple v. Does

**Learn more about EFF campaigns, projects, and issues:**

File Sharing
Bloggers' Rights
Intellectual Property

## Contact and Staff Information

» Contact Us
» Board of Directors
» Staff List
» Advisory Board
» Volunteer, Intern, and Employment Opportunities
» How to Support the Electronic Frontier Foundation

**Search eff.org**

[Enter search terms]

Powered by Google

[Search EFF]

» About EFF's search

Contents
miniLinks
Awards
EFF Victories
EFF White Papers
EFFector

**Subscribe to EFFector!**
[our free email newsletter]

Email:
[   ]

Zip / Postal Code (*optional*)
[   ]

[Subscribe!]

» EFFector Archive

Topics
Anonymity
Biometrics
Bloggers' Rights
Broadcast Flag
CALEA
CAPPS II
Censorship
Copyright Law
Digital Rights Management (DRM)
DMCA
Domain names
E-voting
File-sharing
Filtering
FTAA
Intellectual Property
International
Internet governance

Tor

**Support EFF's efforts through our Action Center**:

http://action.eff.org

To stay up to date on EFF issues, subscribe to our EFFector newsletter, or check out our weblogs, Deep Links and miniLinks.

ISP legalities
Licensing/UCITA
Linking
Patents
Pending legislation
Privacy
Public records/FOIA
Reverse engineering
RFID
Spam
Surveillance
USA PATRIOT Act
Wireless
WIPO
EFF en Español
» Recursos e información de EFF en Español.

Home | About EFF | Cases | Press Room | DeepLinks | Action Center | Join EFF | Privacy Policy | EFF RSS Feeds



| About EFF | Cases | Press Room | DeepLinks | Action Center | Join EFF | | Sitemap | Calendar |

> Home    > About    > Staff

**Board of Directors** | **Staff** | **Policy Fellows** | **Advisory Board** | **Interns**

jump to: [Kevin Bankston - Staff Attorney ▼]

**Staff**

[gpg key] bankston@eff.org
+1 415 436 9333 x126 **Kevin Bankston**
*Staff Attorney*

Kevin Bankston, a staff attorney specializing in free speech and privacy law, was the Electronic Frontier Foundation's Equal Justice Works/Bruce J. Ennis Fellow for 2003-05. His fellowship project focused on the impact of post-9/11 anti-terrorism laws and surveillance initiatives on online privacy and free expression. Before joining EFF, Kevin was the Justice William J. Brennan First Amendment Fellow for the American Civil Liberties Union in New York City. At the ACLU, Kevin litigated Internet-related free speech cases, including First Amendment challenges to both the Digital Millennium Copyright Act (Edelman v. N2H2, Inc.) and a federal statute regulating Internet speech in public libraries (American Library Association v. U.S.). Kevin received his J.D. in 2001 from the University of Southern California Law Center, and received his undergraduate degree from the University of Texas in Austin.

katina@eff.org
+1 415 436 9333 x129 **Katina Bishop**
*Development Associate*

Katina Bishop is one of EFF's "oldest" current employees; she joined the organization in January 2000. As EFF's Program Coordinator, Katina works on the development team, producing education and outreach events, assisting with various aspects of development, and organizing community forums that bring EFF issues and campaigns to the local community. She also produces/writes animated film shorts to accompany EFF campaigns. She has scripted a boxing match between Barney the purple dinosaur and Wil Wheaton, written and recorded a parody of the Mickey Mouse song, and coordinated musicians, jugglers and unicyclists while producing EFF's annual music festival, all in the name of online freedom and democracy. Previously, she worked as a staff writer and educator for Girltech, a company supporting girls' involvement in the world of technology. Katina is also a musician, writer and educator. She received her BA in Literature from Scripps College, and is currently an MFA candidate in English and Fiction at Mills College. Should you ever call the EFF office, you will hear her singing when you are put on hold.

ren@eff.org
+1 416 628 0777 **Ren Bucholz**
*Policy Coordinator, Americas*

**Search eff.org**
[Enter search terms]
Powered by Google
[Search EFF]

» About EFF's search

**Contents**
miniLinks
Awards
EFF Victories
EFF White Papers
EFFector

**Subscribe to EFFector!**
[our free email newsletter]

Email:
[        ]

Zip / Postal Code (*optional*)
[        ]

[Subscribe!]

» EFFector Archive

**Topics**
Anonymity
Biometrics
Bloggers' Rights
Broadcast Flag
CALEA
CAPPS II
Censorship
Copyright Law
Digital Rights Management (DRM)
DMCA
Domain names
E-voting
File-sharing
Filtering
FTAA
Intellectual Property
International

Ren Bucholz is based in Toronto, Ontario, where he works on international policy issues. His primary focus is on Canada and South America, but he occasionally finds himself in other places as well. Before EFF, Ren managed a noncommercial radio station and worked for one of the first Internet broadcasters. He has also helped start a [political action committee](#) that works on many of EFF's issues and a [monthly social night for copyfighters](#). Ren majored in journalism at the University of Colorado at Boulder, where he graduated with honors. He once won an important wager by correctly defining the word "narcolepsy."

[andrea@eff.org](mailto:andrea@eff.org)
+1 415 436 9333 x109 **Andrea Chiang**
*Office Manager & Bookkeeper*

Andrea Chiang is the Bookkeeper and Office Manager for Electronic Frontier Foundation. She came to EFF with years of experience in accounting. Before joining EFF, she was an Airline Accounts Specialist for MSAS Cargo International for 8 years. Before that, she was a Bookkeeper for Spectrel Int'l Corp. Andrea has an A.S. in Finance from [City College of San Francisco](#) and an undergraduate degree in Accounting from [San Francisco State University](#).

[[gpg key](#)] [cindy@eff.org](mailto:cindy@eff.org)
+1 415 436 9333 x108 **Cindy Cohn**
*Legal Director*

Cindy Cohn is the Legal Director for the Electronic Frontier Foundation. She is responsible for overseeing the EFF's overall legal strategy. Cindy first became involved with EFF over seven years ago, when EFF asked her to serve as the lead attorney in [Bernstein v. Dept. of Justice](#), the successful federal court challenge to the U.S. export restrictions on cryptography. That case was the first to hold that source code was protected expression and subject to protection under the [First Amendment](#). Cindy is a graduate of the [University of Michigan Law School](#). She did her undergraduate studies at the [University of Iowa](#) and the [London School of Economics](#). For ten years prior to joining EFF, she was a civil litigator in private practice handling Internet-related cases, including domain name disputes, suits arising from unsolicited commercial e-mail (also known as spam), and challenges to government efforts to gather information from Internet Service Providers about their customers. Before starting private practice, she worked for a year at the [United Nations Centre for Human Rights](#) in Geneva, Switzerland. In 1997, as a result of her work on the Bernstein case, Ms. Cohn was named as one of the "Lawyers of the Year" by *California Lawyer* magazine.    [[more...](#)]

[gwen@eff.org](mailto:gwen@eff.org)
+1 415 436 9333 x110 **Gwen Hinze**
*International Affairs Director*

Gwen Hinze is a Staff Attorney with the Electronic Frontier Foundation, specializing in intellectual property and Internet regulation policy issues. She has worked on various EFF cases involving the impact of copyright law on technology and freedom of expression online, including [Newmark v. Turner](#) (EFF's action on behalf of owners of ReplayTV digital video recorders) and [MGM v. Grokster](#) (Morpheus peer to peer software) cases. Before joining EFF, Gwen worked at the [Federal Court of Australia](#), and with the Australian government in public policy and litigation.

Internet governance
ISP legalities
Licensing/UCITA
Linking
Patents
Pending legislation
Privacy
Public records/FOIA
Reverse engineering
RFID
Spam
Surveillance
USA PATRIOT Act
Wireless
WIPO
EFF en Español
» Recursos e información de EFF en Español.

Prior to that, she practiced in M&A, capital markets, and infrastructure law at the international Australian law firm, Allens Arthur Robinson. Gwen holds a Bachelor of Laws with Honors and a Bachelor of Arts with Honors from Australia's Monash University.

rebecca@eff.org
+1 415 436 9333 x 125 **Rebecca Jeschke**
*Media Coordinator*

Rebecca Jeschke is EFF's Media Relations Coordinator. Before joining EFF, she worked in television and Internet news for more than ten years, including stints as an Internet producer for CBS 5 in San Francisco and as a senior supervising producer for TechTV. She has also been a travel guide editor, an English teacher in the Dominican Republic, and a worker on a "slime line" gutting fish in Alaska. Rebecca has a Bachelor of Arts in English and American Literature and Language from Harvard University.

corynne@eff.org
+1 415 436 9333 x 122 **Corynne McSherry**
*Staff Attorney*

Corynne McSherry is Staff Attorney at EFF, specializing in intellectual property and contract issues. Prior to joining EFF, Corynne was a civil litigator at the law firm of Bingham McCutchen, LLP. Corynne has a B.A. from the University of California at Santa Cruz, a Ph.D from the University of California at San Diego, and a J.D. from Stanford Law School. While in law school, Corynne published *Who Owns Academic Work?: Battling for Control of Intellectual Property* (Harvard University Press, 2001).

le@eff.org
+1 415 436 9333 x105 **elly millican**
*Webmaster*

As EFF's webmaster, elly maintains and oversees the vast chaotic content legacy known as eff.org, as well as caring for EFF's other smaller websites and online initiatives. Ten years in the www industry have left her as a self proclaimed "web generalist," and as such she can be found doing all manner of www related geekery: PHP, CSS, interface and visual design, and more. When she is not geeking out, she is usually enjoying some combination of naps, trees, coffee, long walks around San Francisco, and cats.

nicole@eff.org
+1 415 436 9333 x120 **Nicole Nguyen**
*Membership Coordinator*

Nicole Nguyen is the EFF's Membership Coordinator. Before joining us she worked as Program Representative for University of California, Berkeley's Haas School of Business, and as Senior International Assignment Consultant for Cendant Mobility. She has a Bachelor of Arts in Economics and a minor in Political Science (with emphasis in International Relations) from University of California, Irvine. Nicole loves to travel, especially to places where she can find asian food. Lots of asian food.

danny@eff.org
+1 415 436 9333 x 121 **Danny O'Brien**

*Activism Coordinator*

[Danny O'Brien](#) is the Activist Coordinator for the EFF. His job is to help our membership in making their voice heard: in government and regulatory circles, in the marketplace, and with the wider public. Danny has documented and fought for digital rights in the UK for over a decade, where he also assisted in building tools of open democracy like [Fax Your MP](#). He co-edits the award-winning [NTK](#) newsletter, has written and presented science and travel shows for the BBC, performed a solo show about the Net in the London's West End, and once successfully lobbied a cockney London pub to join Richard M. Stallman in a spontaneous demonstration of Bulgarian folk dance.

[[gpg key](#)] [kurt@eff.org](#)
+1 415 436 9333 x106 **Kurt Opsahl**
*Staff Attorney*

Kurt Opsahl is a Staff Attorney with the Electronic Frontier Foundation focusing on civil liberties, free speech and privacy law. Before joining EFF, Opsahl worked at [Perkins Coie](#), where he represented technology clients with respect to intellectual property, privacy, defamation, and other online liability matters, including working on [Kelly v. Arribasoft](#), [MGM v. Grokster](#) and [CoStar v. LoopNet](#). For his work responding to government subpoenas, Opsahl is proud to have been called a "rabid dog" by the Department of Justice. Prior to Perkins, Opsahl was a research fellow to Professor Pamela Samuelson at the [U.C. Berkeley School of Information Management & Systems](#). Opsahl received his law degree from [Boalt Hall](#), and undergraduate degree from [U.C. Santa Cruz](#). Opsahl co-authored "[Electronic Media and Privacy Law Handbook](#)".

[[gpg key](#)] [chris@eff.org](#)
+1 415 436 9333 x124 **Chris Palmer**
*Technology Manager*
Prior to EFF, Chris worked as a systems administrator and software programmer for ISPs and web application development shops in Minneapolis and San Francisco. He holds a BA degree in Linguistics from the University of Minnesota.

[[gpg key](#)] [seth@eff.org](#)
+1 415 436 9333 x107 **Seth Schoen**
*Staff Technologist*

Seth Schoen created the position of EFF Staff Technologist, helping other technologists understand the civil liberties implications of their work, EFF staff better understand the underlying technology related to EFF's legal work, and the public understand what the technology products they use really do. Schoen comes to EFF from Linuxcare, where he worked for two years as a senior consultant. While at Linuxcare, Schoen helped create the [Linuxcare Bootable Business Card CD-ROM](#). Prior to Linuxcare, Schoen worked at AtreNet, the [National Energy Research Scientific Computing Center](#) at [Lawrence Berkeley National Laboratory](#), and Toronto Dominion Bank. Schoen attended the [University of California at Berkeley](#) with a Chancellor's Scholarship.

[jason@eff.org](#)
+1 415 436 9333 x112 **Jason Schultz**
*Staff Attorney*

Jason Schultz is a Staff Attorney specializing in intellectual property and reverse engineering. He currently leads EFF's Patent Busting Project. Prior to joining EFF, Schultz worked at the law firm of Fish & Richardson P.C., where he spent most of his time invalidating software patents and defending open source developers in law suits. While at F&R, he co-authored an amicus brief on behalf of the Internet Archive, Prelinger Archives, and Project Gutenberg in support of Eric Eldred's challenge to the Sonny Bono Copyright Term Extension Act. Prior to F&R, Schultz served as a law clerk to the Honorable D. Lowell Jensen and as a legal intern to the Honorable Ronald M. Whyte, both in the Northern District of California federal court system. During law school, Schultz served as Managing Editor of the Berkeley Technology Law Journal and helped found the Samuelson Clinic, the first legal clinic in the country to focus on high tech policy issues and the public interest. Schultz also has undergraduate degrees in Public Policy and Women's Studies from Duke University. Jason maintains a personal blog at lawgeek.net.

derek@eff.org
+1 415 436 9333 x128 **Derek Slater**
*Activist*

Derek Slater is an Activist. He helps craft and communicate EFF's message through its newsletter and website. Having interned for EFF twice before, Derek joined the staff after graduating from Harvard College in January 2006. He was the first undergraduate to be named a student fellow at the Berkman Center for Internet and Society at Harvard Law School, where he co-authored several papers about digital media and copyright law. Derek has also interned for Creative Commons and the Samuelson Clinic for Law, Technology, and Public Policy. Along with writing for EFF's blog, he tracks developments in digital media at his blog, A Copyfighter's Musings.

ssteele@eff.org
+1 415 436 9333 x103 **Shari Steele**
*Executive Director & President*

Prior to becoming EFF's Executive Director in 2000, Shari served as EFF's Legal Director for eight years. She is also co-founder of Bridges.org, a nonprofit working to ensure sound technology policy in developing nations. She has spoken widely on civil liberties law in newly emerging technologies, including on the CBS *Evening News*, C-SPAN's *Washington Journal*, *The Today Show*, CNN, the BBC, and National Public Radio. As EFF's Legal Director, she advised the NTIA on hate crimes in telecommunications, the U.S. Sentencing Commission on sentencing guidelines for the Computer Fraud and Abuse Act and the No Electronic Theft Act, and the National Research Council on U.S. encryption policy. She has spoken about Internet law as part of the Smithsonian Institution's lecture series on the Internet, the ABA's TechWorld Conference, the *National Law Journal*'s annual Computer Law Conference, and the National Forum for Women Corporate Counsel. A graduate of Widener University School of Law, Shari later served as a teaching fellow at Georgetown University Law Center, where she earned an LL.M. degree in Advocacy. Ms. Steele also holds a Master of Science degree in Instructional Media from West Chester University.

[pgp key] gsutter@eff.org
+1 415 436 9333 x114 **Gregory Sutter**
*Systems Administrator*

While not solar sailing, communing with dolphins or scaling Olympus Mons, Greg graces the EFF office with his nearly boundless obsolete computer knowledge.

lee@eff.org
+1 415 436 9333 x102 **Lee Tien**
*Senior Staff Attorney (Privacy, Free Expression & Freedom of Information)*

Lee Tien is a Senior Staff Attorney with the Electronic Frontier Foundation, specializing in free speech law, including intersections with intellectual property law and privacy law. Before joining EFF, Lee was a sole practitioner specializing in Freedom of Information Act (FOIA) litigation. Mr. Tien has published articles on children's sexuality and information technology, anonymity, surveillance, and the First Amendment status of publishing computer software. Lee received his undergraduate degree in psychology from Stanford University, where he was very active in journalism at the *Stanford Daily*. After working as a news reporter at the *Tacoma News Tribune* for a year, Lee went to law school at Boalt Hall, University of California at Berkeley. Lee also did graduate work in the Program in Jurisprudence and Social Policy at UC-Berkeley.

fred@eff.org
+1 415 436 9333 x123 **Fred von Lohmann**
*Senior Staff Attorney (Fair Use & Intellectual Property)*

Fred von Lohmann is a senior staff attorney with the Electronic Frontier Foundation, specializing in intellectual property matters. In that role, he has represented programmers, technology innovators, and individuals in a variety of copyright and trademark litigation. He is also involved in EFF's efforts to educate policy-makers regarding the proper balance between intellectual property protection and the public interest in fair use, free expression, and innovation. Before joining EFF, Fred was a visiting researcher with the Berkeley Center for Law and Technology and an associate with the international law firm of Morrison & Foerster LLP. He has appeared on CNN, CNBC, ABC's Good Morning America, and Fox News O'Reilly Factor and has been widely quoted in a variety of national publications. Fred has an A.B. from Stanford University and a J.D. from Stanford Law School.     [more...]

barak@eff.org
+1 415 436 9333 x117 **Barak Weinstein**
*Legal Secretary*

Barak Weinstein is EFF's Legal Secretary. He brings to the office years of experience in firms representing employees and unions in labor relations and prison inmates in due process and civil rights claims. In his spare time, Barak enjoys music production, and has recorded rock bands, rap acts and second-engineered Grammy-nominated country songs. He has a B.A. in History from Grinnell College.

mattz@eff.org
+1 415 436 9333 x127 **Matt Zimmerman**
*Staff Attorney*

Matt Zimmerman is a Staff Attorney specializing in electronic voting issues. For the 2004 election, he coordinated a team of nationwide legal volunteers who responded to election-day problems with e-voting technology for the non-partisan Election Protection Coalition. He currently heads EFF's efforts to push for regulatory reform, coordinate nationwide e-voting litigation and amicus support, and evaluate emerging voting technology. He is also actively involved in e-voting-related public education efforts. Prior to joining EFF, Zimmerman was Privacy Fellow at the public interest law firm The First Amendment Project where he specialized in privacy and open government issues. Prior to working at The First Amendment Project, Zimmerman worked at the international law firm Morrison & Foerster LLP where he focused on commercial litigation matters, including patent and technology licensing disputes.

biscuit@eff.org
+1 415 436 9333 xARF **Biscuit**
*Office Dog*

Biscuit is a two year old Corgi mix, specializing in ball chasing and stuffed-animal shredding. His duties include playing with interns, looking cute, and occasional tug-of-war with his owner, Staff Attorney Jason Schultz. Adopted from the ARF Shelter in Walnut Creek, California, Biscuit believes dogs play a critical role in the office environment, ensuring that staff members don't take themselves too seriously or forget to relax and have fun every once in a while. Among other projects, Biscuit is currently researching constitutional challenges to various overbroad leash laws and "No Dogs Allowed" policies as well as a critical legal studies article on rethinking the "One Bite" rule. He has written for such publications as E-Canine Policy Week and Cryptobone: The Security Magazine With Teeth.

Fellows

cory@eff.org **Cory Doctorow**
*Fellow*

Former staff member Cory Doctorow is an EFF fellow. He's one of EFF's spokespeople, works on policy research and participates in standards bodies, and works to enlist the support of other organizations in EFF's issues. In a previous life, he was a software entrepreneur, co-founding a company called OpenCola. He is an award-winning science fiction writer, and his first novel, "Down and Out in the Magic Kingdom" was recently published by Tor Books. Another novel and a short story collection are forthcoming in 2003. He is co-editor of the popular weblog Boing Boing and is a frequent contributor to Wired Magazine and the O'Reilly Network. He enjoys googling for interesting facts about long walks on the beach.

jstyre@eff.org
+1 310 839 4114 **James S. Tyre**
*Policy Fellow*

Jim Tyre has been a practicing attorney since 1978, focusing primarily on speech issues. Jim has worked closely with EFF on a wide variety of matters, including Universal City Studios v. Reimerdes, Felten v. RIAA and Auerbach v. ICANN. Jim is a co-founder of The Censorware Project, which has been studying and criticizing censorware since 1997. In 2003, he testified before the Copyright Office, Library of Congress in support of the censorware exemption to the circumvention prohibition of Section 1201(a)(1) of the Digital Millennium Copyright Act. That exemption was one of four granted in the triennial rulemaking proceedings. Jim received his A.B. from Dartmouth College and his J.D. from Loyola Law School Los Angeles.