EXHIBIT B

**SONY DRM**
EFF Fees and Costs Summary

**TOTAL: $461,930.32**

Fees:

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| Cindy Cohn | 379 | $500/hour | $189,500.00 |
| Kurt Opsahl | 288.75 | 425 | 108,281.25 |
| Corynne McSherry | 271.1 | 375 | 101,662.50 |
| Fred von Lohmann | 13 | 450 | 5,850.00 |
| Jason Schultz | 17 | 375 | 6,375.00 |
| Allison Navone, paralegal | 49.75 | 135 | 6,716.25 |
| | | **SUB-TOTAL** | **$418,385.00** |

Costs:

| | | | | |
|---|---|---|---|---|
| iSec Partners | | | | 34,400.00 |
| Bruce Schneier | | | | 4,000.00 |
| EFF travel and other costs | | | | 5,145.07 |
| | | | ∫**SUB-TOTAL** | **43,545.07** |

**Fees: $418,385.25**

**Costs: $43,545.07**

**EFF Total: $461,930.32**

| Date | Cindy Cohn Sony Time | Hours |
|---|---|---|
| 11/8/05 | Consider solicitation rules; draft blog post and newsletter; call for stories; review XCP EULA; consider litigation strategy | 4.5 |
| 11/10/05 | Consider §17200 cases memo, possible clients | 1.0 |
| 11/11/05 | Consider Penal Code §502 cases, CFAA analysis; telephone call with consultant; send reference materials | 3.0 |
| 11/12/05 | Telephone call with consultant re his findings and declaration; review blog post; legal research re preliminary injunction motion standards | 3.5 |
| 11/13/05 | Consider potential plaintiffs; review open letter to Sony | 1.0 |
| 11/14/05 | Consider potential plaintiffs; consider causes of action | 1.5 |
| 11/15/05 | Telephone call with Mr. Cunard; telephone call with consultant; consider strategy | 2.5 |
| 11/16/05 | Telephone call with Mr. Cunard; draft list of issues to discuss | 1.0 |
| 11/17/05 | Review new demand letter; telephone call with consultant re uninstaller vulnerability; telephone call with Sony to report; draft email to _____ | 4.5 |
| 11/18/05 | Review letter from Sony and consider strategy; consider causes of action and revised complaint | 4.0 |
| 11/19/05 | Consider complaint strategy | 0.5 |
| 11/20/05 | Review and revised complaint; draft press release and website | 4.0 |
| 11/21/05 | Finalize complaint; revise p.r. and website; respond to media; review Texas case | 7.0 |
| 11/22/05 | Consider strategy re New York case, preliminary injunction | 3.0 |
| 11/23/05 | TT with TX AG's office.  TT co-counsel to report | 1.0 |
| 11/24/05 | Consider experts, review Sunncomm response. Review team emails. | 2.0 |
| 11/27/05 | Review early XCP history, response by ATO records, consider case and counsel strategy.  Consider possible MediaMax security problem. | 2.5 |
| 11/28/05 | Consider preliminary injunction.  Review early First4 Internet information, Review Sunncomm settlement.  Consider Canadian issues. Consider MediaMax security problem. Discusss with iSec. | 8.0 |

| Date | Description | Hours |
|---|---|---|
| 11/29/05 | Consider MediaMax vulnerability and strategy. Discuss with consultants. Email with potential experts. Review NY complaint. Track other class actions filed. Review revised PI motion. | 12.0 |
| 11/30/05 | Consider mediaMax vulnerability strategy. Review vulnerability report. Draft letter to Sony re: new MediaMax security problems. Call from Sony re: delay in public release. | 10.0 |
| 12/1/05 | Call with Sony re: new vulnerability. Consider experts and dr emails to potential experts. | 10.0 |
| 12/2/04 | Review PI draft. Consider client issue. | 4.0 |
| 12/5/04 | Consider package of measures from Sony. Discuss with Sony. Discuss with co-counsel. Review XCP uninstaller and seek reverse engineering protection. Draft joint press release. Comment on draft response to Sony. | 10.0 |
| 12/6/05 | Continue to draft joint press release and discuss with Sony. Continue to revise responsive letter to Sony and call with team to discuss. | 10.0 |
| 12/7/05 | Discuss problem in Mediamax fix with experts and Felten. Write to Sony re: recall. Multiple Calls with Sony re: recall and problems. Consider issue re: Kamber/Pritzker class counsel. Discuss with co-counsel. Consider PI strategy. Call with Elizabeth P. | 12.0 |
| 12/8/05 | Call with Kamber/Pritzker class counsel. Consider strategy. Email and call to Sony re: same. Call with cocounsel. Email to Sony re: notice process. Call with Sony re: advertising campaign. Consider letter to court. | 10.0 |
| 12/9/05 | Consider Kamber/Pritzker complaints. Consider new patch and uninstaller with experts. Discussions with Ms. Pritzker about seeing settlement draft and EFF team role. Discussions with Sony re: settlement and seeing draft. Conference call to consider strategy. Review draft of letter to court re: CMO. | 11.0 |
| 12/10/05 | Revise letter to NY court re: CMO. Consider strategy. Continue discussions with Ms. P re settlement. | 8.0 |
| 12/11/05 | Revise letter to NY court. Consider strategy. Discuss strategy with Mr. Rothken and Mr. Baker. | 3.0 |
| 12/12/05 | Telephone calls and emails with Ms. Pritzker re: settlement documents and EFF team role. Consider strategy with co counsel. DR letter to Sony re: settlement options. Revise letter to court re: response to CMO. Discuss Klemm case with Mr. Rothken. | 12.0 |

| | | |
|---|---|---|
| 12/13/05 | Review settlement draft and consider strategy with cocounsel. Discuss settlement with Sony. Consider NY trip. Consider MediaMax additions to settlement and other additions needed. Discuss with cocounsel. | 10.0 |
| 12/14/05 | Consider strategy with co-counsel. Discuss settlement options with Sony BMG counsel over several calls. | 5.0 |
| 12/15/05 | Discuss strategy with Ms. Pritzker. Consider settlement meeting strategy and draft negotiation document. | 4.0 |
| 12/16/06 | Strategy call with cocounsel. Prep for meeting with Sony. Consider potential security people and security response strategy. | 10.0 |
| 12/17/05 | Fly to New York. Prep for meeting with SonyBMG. Review settlement motion documents. | 12.0 |
| 12/18/05 | Settlement meeting with Sony | 16.0 |
| 12/19/05 | Telephone call with Sony re: moving CMC. Call and email with with cocounsel to report meeting and consider strategy. Gather fees. Call with Ms. Pritzker re: next steps. Discuss case with Mr. Baker | 14.0 |
| 12/20/05 | Dr emails re: additional documents for settlement and next steps. Consider strategy. Fly home from NY. Discuss with cocounsel. | 8.0 |
| 12/21/05 | Review Settlement Notice forms. DR email re: banner notice. Review banners used currently for MediaMax 5. | 10,0 |
| 12/22/05 | Call with TX Ag's office. Revise email re: proposed banners. Consider strategy re: Sony and re: Pritzker/Kamber. Consider edits to notices. | 10.0 |
| 12/23/05 | Review Settlement Agreement and draft comments. Call with Pritzker firm re: changes in settlement. Call with Sony re: changes in settlement. Consider strategy. | 10.0 |
| 12/24/05 | Call with Sony re: settlement agreement changes. Consider strategy. | 3.0 |
| 12/25/05 | Consider strategy re: settlement agreement changes. DR email to cocounsel to discuss. | 2.0 |
| 12/26/05 | Call with team re: backsliding. Consider strategy. Review settlement documents. | 3.0 |
| 12/27/05 | Review Final Order and email changes to cocounsel. | 3.0 |
| 12/28/05 | DR email to Sony re: unfinished settlment matters. Consider input from cocounsel and strategy. Consider email from | 3.0 |

| Date | Description | Hours |
|---|---|---|
| | Pritzker. | |
| 12/29/05 | DR email to team evaluating settlement. Respond to press calls and emails and consider strategy. DR statement for website and for press. Review press and blog coverage. | 3.0 |
| 12/30/05 | Respond to press and public calls and emails. Consider strategy. Review press and blog coverage. | 2.0 |
| 1/2/06 | Review press and public responses. Consider next steps. | 2.0 |
| 1/3/05 | Consider strategy with cocounsel. Letter to Sony re; next steps. Letter to Pritzker re: designation document. Plan for EFF website, FAQ, etc. Respond to press calls re: settlement. | 6.0 |
| 1/4/06 | Consider strategy re: meeting with Sony. Plan for trip to New York. Send info to consultant re; banners and landing page. | 5.0 |
| 1/5/06 | Fly to New York. Plan for meeting with Sony, landing page, banners, FAQ DR email to Sony re: meeting issues. Discuss look of banners, etc. with consultant. | 6.0 |
| 1/6/06 | Meeting with Sony BMG. Attend hearing on preliminary approval. Email team with results of hearing. Consider strategy. | 10.0 |
| 1/7/06 | DR email to Sony BMG counsel confirming agreements made in meeting and discussing next steps. DR list of remaining issues. | 6.0 |
| 1/8/06 | Respond to class members about settlement concerns. Update FAQ. | 3.0 |
| 1/9/06 | Continue to respond to class members about settlement concerns. | .5 |
| 1/12/06 | Email and telephone call with Mr. Cunard re Sony BMG's concerns about EFF's FAQ. Draft response | 4.0 |
| 1/13/06 | Review email to Mr. Cunard re: meeting with EFF. | 1.0 |
| 1/17/06 | DR emails re: concerns and suggestions about notice language and review responses from Mr. Jacobsen. Review revised banners from consultant | 3.0 |
| 1/19/06 | Review and comment on revised banners from consultant | 1.0 |
| 1/20/06 | Dr. email to Ms. Pritzker re; delegation agreement. Review corrspondence re: full form notice. | 1.0 |
| 1/30/06 | Email to Mr. Jacobson re: unaddressed notice issues and other things promised by Sony BMG at Jan 5 meeting. Conference call re: Friedman meeting with Sony BMG. | 3.0 |

| Date | Description | Hours |
|---|---|---|
| 1/31/06 | Review email from Mr. Jacobson re: amendment to settlement documents filed without our approval. Consider strategy. Draft response. | 4.0 |
| 2/1/06 | Consider strategy re: amended settlement document. Review and comment on letter to the Court. | 2.0 |
| 2/2/06 | Call with Sony re: objection to court. Consider strategy. Review letter sent by Sony to the court. Review revised banners. Call with Mr. Cunard re: settlement amendment and other issues. | 3.0 |
| 2/3/06 | Call with Judge Buchwald's clerk. Consider strategy in light of call from Mr. Cunard. Review letter from Girard Gibbs to Court re: amended settlement. Draft responsive letter to court. Call with team re: strategy. Review alternate benefit language. Call with Sony BMG and Girard Gibbs re: change to settlement language. DR email to Sony BMG re: delegation agreement dispute. | 5.0 |
| 2/4/06 | Review proposed stipulation and order re: amending settlement agreement. | .3 |
| 2/5/06 | Continue to negotiate stipulation and order re: amending settlement. | .1 |
| 2/6/06 | Review and revise letter to Pritzker re: delegation agreement. | 1.0 |
| 2/7/06 | Continue to negotiate stipulation and order amending settlement. Review settlement website and provide comments. | 3.3 |
| 2/8/06 | Continue to review settlement website and provide comments. Review banner and provide comments. | 2.2 |
| 2/10/06 | Review email from Mr. Jacobson stating that no MediaMax 3.0 CDs have banner functionality and only six MediaMax 5.0 CDs do. Consider strategy. Draft response. | 1.0 |
| 2/13/06 | Review response from Pritzker and draft reply. | 2.0 |
| 2/14/06 | Finalize reply to Pritzker. | .6 |
| 2/15/06 | DR email to Sony BMG re: delegation agreement. | 1.2 |
| 2/20/06 | Prep for meeting with Pritzker. Consider and draft response to cancellation of meeting. Review response from Pritzker. Confirm no MediaMax 3.0 CDs with bannering function with Sony BMG. | 1.2 |
| 2/22/06 | Draft letter to Sony BMG re: additional notice in light of lack of banners. | 2.1 |
| 2/23/06 | Finalize letter. | .5 |

| | | |
|---|---|---|
| 2/27/06 | Meeting with Girard Gibbs attorneys. Consider strategy. Review response from Jacobson re: additional notice. | 3.0 |
| 3/1/06 | Telephone call with Ms. Pritzker re: additional notice and related delegation issues. | 2.4 |
| 3/3/06 | Consider strategy and dr email to team. | .8 |
| 3/7/06 | Draft email to Ms. Pritzker on delegation agreement and review response. Finalize EFF banners re: settlement | .3 |
| 3/9/06 | Review response from Ms. Pritzker and draft reply. | .5 |
| 3/13/06 | Draft response to Sony BMG re: banners and attack on EFF banners. | 1.5 |
| 3/16/06 | Review response from Sony BMG re: attack on EFF banners. | .3 |
| 3/17/06 | Draft response to Sony BMG | 1.5 |
| 3/20/06 | Finalize response to Sony BMG | .5 |
| 3/22/06 | Review timesheets for Cindy and Corynne. | 1.5 |
| | Cindy Cohn Total | 387.8 |
| | | 387.8 |

## SONY TIME-Corynne McSherry

| DATE | TIME | WORK PERFORMED |
|------|------|----------------|
| 11/10/05 | 1.5 | Review complaints New York and Chicago complaints; Review contract research |
| 11/15/05 | 2.0 | Conference with co-counsel re: next steps; correspondence re same |
| 11/17/05 | 8.0 | Review and revise complaint |
| 11/14/05 | 6.5 | Telephone conference with opposing counsel; meet and confer with co-counsel re same |
| 11/15/05 | 2.5 | Confer with potential class representatives |
| 11/16/05 | 4.0 | Confer with potential class representatives; telephone call with opposing counsel re open letter and response |
| 11/17/05 | 2.5 | Confer with potential class representatives |
| 11/25/05 | 5.0 | Draft motion for preliminary injunction |
| 11/27/05 | 8.0 | Continue drafting motion for preliminary injunction and supporting documents |
| 11/28/05 | 8.0 | Review and revise motion for preliminary injunction |
| 11/29/05 | 8.0 | Revise Memorandum of Points and Authorities in support of motion for preliminary injunction; revise ltt opposing counsel re security breach; confer with co-counsel re same |
| 11/30/05 | 8.0. | Revise Memorandum of Points and Authorities in support of motion for preliminary injunction; revise ltt opposing counsel re security breach; confer with co-counsel re same |
| 12/1/05 | 8.0 | Revise Memorandum of Points and Authorities in support of motion for preliminary injunction; confer with co-counsel re same; Field media calls re lawsuit; review documents filed in related cases |
| 12/2/05 | 2.5 | Confer with OPC re; security breach; confer with co-counsel re same and evidence needed for motion for preliminary injunction |
| 12/3/05 | 3.5 | Revise Memorandum of Points and Authorities in support of motion for preliminary injunction; confer with co-counsel re same, draft application in support of temporary restraining order; review and draft correspondence re same |
| 12/4//05 | 7.8 | Revise Memorandum of Points and Authorities in support of motion for preliminary injunction; confer with co-counsel re same, continue drafting application in support of temporary restraining order; review and draft correspondence re same |
| 12/5/05 | 5.0 | Review and revise temporary restraining order |

| | | |
|---|---|---|
| 12/6/05 | 4 | Field media calls re security vulnerability; confer with co-counsel re same and next steps |
| 12/7/05 | 2 | Confer with co-counsel re security vulnerability and next steps; Revise Memorandum of Points and Authorities in support of motion for preliminary injunction |
| 12/8/05 | 7 | Review and revise PI motion and supplemental docs; Telephone calls to and from call members re: lawsuit; Telephone call to Bruce Schneier |
| 12/10/05 | 1 | Correspondence with co-counsel re next steps; Confer with Bruce Schneier |
| 12/12/05 | 1.5 | Correspondence with co-counsel re next steps; Confer with Bruce Schneier |
| 12/13/05 | 4.2 | Review draft settlement agreement received from Girard Gibbs; confer re same |
| 12/14/05 | 6.5 | Telephone calls to and from opposing counsel; confer with co-counsel re same |
| 12/15/05 | 6 | Confer with Bruce Schneier re: new developments; preparation for settlement talks |
| 12/16/05 | 8 | Confer with Bruce Schneier re: new developments; preparation for settlement talks; confer with counsel in related cases |
| 12/17/05 | 8.5 | Travel to New York City for settlement talks; preparation for settlement talks |
| 12/18/05 | 14 | Confer with opposing counsel re settlement |
| 12/19/05 | 7.5 | Draft summary of settlement discussions; summarize time spent on case; confer with co-counsel re developments |
| 12/20/05 | 10 | Travel from New York City; confer with co-counsel re settlement discussions; confer with class representatives re: settlement |
| 12/21/05 | 8 | Confer with Federal Trade Commission Representative re MediaMax issues and settlement; Review Preliminary approval documents; Confer with class representatives re: settlement |
| 12/22/05 | 4.0 | Confer with Texas attorney general re: MediaMax issues and settlement; Review Preliminary approval documents; correspondence re same and uninstaller; confer with co-counsel re same |
| 12/23/05 | 6.5 | Review revisions to settlement agreement; correspondence with co-counsel re same; correspondence with class representatives re samde |
| 12/24/05 | 2.0 | Confer with class representatives re: settlement revisions; confer with confer with co-counsel re same |
| 12/26/05 | 3.0 | Correspondence with co-counsel re strategy and settlement revisions; review settlement revisions |

| | | |
|---|---|---|
| 12/28/05 | 2.7 | Confer with co-counsel re strategy and settlement revisions; confer re press strategy |
| 1/3/06 | 3.0 | Draft designation agreement |
| 1/4/06 | 5.0 | Preparation for and Confer with Florida Attorney General's office re: case and settlement; draft FAQ re: settlement |
| 1/06/06 | 5.0 | Confer re settlement hearing; review and revise FAQ re settlement |
| 1/8/06 | 2.5 | Respond to class member queries re: settlement; respond to media queries re settlement |
| 1/10/06 | 2.5 | Confer with opposing counsel re FAQ re settlement |
| 1/12/06 | 7.5 | Research, draft and revise outline of small claim process for class members that choose to opt out |
| 1/30/06 | 3.0 | Confer with co-counsel re fee issues; review correspondence re notice |
| 1/31/06 | 6.0 | Review filed stipulation amending settlement agreement; review correspondence tp and from cocounsel re same; review correspondence to and from opposing counsel re same; confer with co-counsel re fee issues |
| 2/1/06 | 4.0 | Confer with cocounsel re stipulated amendment |
| 2/2/06 | 6.0 | Confer re: fee expert; review correspondence to court re stipulated amendment and confer with cocounsel re same; review correspondence re notice issues and stipulated amendment |
| 2/3/06 | 5.0 | Confer with cocounsel re: Stipulated amendment; review correspondence to court from class counsel re stipulated amendment; review correspondence re: same |
| 2/4./06 | 4.0 | Confer with opposing counsel re: stipulated amendment; confer with class representatives re same; review correspondence re same |
| 2/6/05 | 3 | Draft letter to Class Counsel re: designation agreement; review and revise same |
| 2/8/05 | 1.0 | Review settlement notice documents and correspondence re same |
| 2/13/05 | 1.0 | Review correspondence from class counsel; confer re same |
| 2/14 | 1 | Confer re: designation issues |
| 2/16/05 | 1.0 | Confer re alternative forms of settlement notice |
| 2/20/05 | .8 | Confer with co counsel re: rescheduling meeting re designation; review corr from pritzker |
| 2/21/05 | .8 | Confer re alternate forms of settlement notice |
| 2/22/05 | .8 | Confer re gaps in settlement website |
| 2/27 | 4 | Preparation for and meeting with Class Counsel re designation; confer re same |

| | | |
|---|---|---|
| 3/1/05 | .5 | Confer with co counsel re fee application |
| 3/5/05 | 4.0 | Confer with co-counsel re fee application; telephone calls to and from experts re same; draft chronology of time spent on case |
| 3/7/05 | .5 | Review correspondence to and from class counsel |
| 3/13/05 | 2.0 | Summarize time spent on case |
| Corynne TOTAL | 271.1 | |

## SONY TIME-Fred von Lohmann

| DATE | TIME | WORK PERFORMED |
|---|---|---|
| 11/8/05 | 5.0 | Initial research re XCP; reviewing EULA terms; examining XCP discs; call with A. Halderman re XCP and MediaMax |
| 11/9/05 | 1.0 | Call with R. Green |
| 11/15/05 | 1.0 | Call with J. Cunnard; consult with C. McSherry, R. Green; call with D. Kaminsky re XCP DNS research |
| 11/16/05 | 1.0 | Call with J. Cunnard, R. Green; consult with EFF team re strategy |
| 11/17/05 | 2.0 | Drafting letter to J. Cunnard; review and revise draft complaint |
| 11/18/05 | 0.5 | Call with J. Cunnard; call with R. Green |
| 11/28/05 | 1.5 | Call with R. Green, A. Sharma re remedies, injunctive relief |
| 12/5/05 | 1.0 | Call with J. Cunnard; call with cocounsel re Sony-BMG letter; reviewing letter to J. Cunnard |
| **TOTAL Fred** | 13 | |

**SONY TIME-Jason Schultz**

| DATE | TIME | WORK PERFORMED |
|---|---|---|
| 11/14/05 | 1.5 | Review case file, including security research and complaints New York and Chicago complaints; Review Sony EULA. |
| 11/17/05 | 1.0 | Review and comment on draft correspondence w/Sony |
| 11/19/05 | 0.5 | Review and respond to team email; attend strategy session. |
| 11/21/05 | 0.5 | Final comments on complaint |
| 11/22/05 | 1.5 | Speaking to press about suit and class injury |
| 11/27/05 | 4.0 | Research re: First4Internet and MediaMax |
| 12/05/05 | 0.5 | Review uninstaller EULA |
| 12/07/05 | 1.0 | Correspond with team re: mediamax vulnerability |
| 12/24/05 | 0.5 | Review and respond to team emails |
| 12/26/05 | 2.0 | Prep for and participate in team conference call |
| 1/03/06 | 2.0 | Review FAQ |
| 3/16/06 | 1.0 | Review Sony letter re: trademark use |
| 3/27/05 | 1.0 | Summarize time spent on case |
| **Jason Total** | 17 | |

**Sony Time:  Allison Navone, Paralegal**

| October 31 | 1.5 | review emails and members' concerns regarding blog post. |
| --- | --- | --- |
| November 1 | 2.0 | meet with legal team to discuss intake messages regarding Sony Rootkit program and blog post and potential action. |
| November 7 | 3.0 | continue responding to inquiries regarding EFF's action against Sony. |
| November 8 | 7.5 | compile information from prospective class action representatives. |
| November 9 | 7.0 | compile information. Respond to inquiries reqarding suit.  Direct press calls to appropriate staff members. |
| November 10 | 3.0 | Continue responding to potential clients and general email/phone inquiries regarding the Sony rootkit. Compile information regarding individual's experiences with the program. |
| November 11 | 6.0 | Disseminate information regarding the program and infected CDs to enquirers. |
| November 14 | 1.5 | Gather data and information from potential clients and pass on to lawyers. |
| November 15 | 1.0 | Field requests from EFF members, potential clients, interested attorneys and media. |
| November 16 | 2.5 | Compile data on customers' experiences with XCP. |
| November 17 | 1.0 | Respond to member and community inquiries regarding EFF's suit, SunComm and XCP. Record information |

|  |  |  |
|---|---|---|
|  |  | regarding CD titles and individuals' experiences with the DRM. |
| November 18 | 0.5 | Continue responding to emails and messages about Sony and the class action suit. |
| November 21 | 1.5 | Continue gathering information about SunComm/MediaMax customers. Respond to usual inquiries regarding the suit and the Sony BMG DRM |
| November 22 | 1.5 | Respond to inquiries regarding EFF's suit. |
| December 7 | 1.5 | Respond to and thank EFF members who contacted CA Attorney General regarding Sony Rootkit. |
| December 22 | 2.5 | Search responses from potential clients by state and forward contact information upon receiving approval to do so. |
| January 4 | 3.0 | Disuss settlement terms with EFF attorneys and respond to calls and emails regarding initial settlement terms. |
| January 10 | 1.0 | Respond to several inquiries regarding availability of DRM'd cd's |
| January 13 | 2.0 | Respond to inquiries regarding settlement terms and availability of DRM cd's. |
| January 24 | .25 | Respond to inquiries regarding access to settlement benefits. |
| **Allison Navone Total** | 49.75 |  |

DETAILED TIME RECORDS OF KURT OPSAHL

| Date | Hours | Description |
|---|---|---|
| 11/7/2005 | 1.25 | Research and analysis of trespass to chattel claim |
| 11/8/2005 | 1.50 | Analysis of possible CFAA claim, Legalteam meeting re analysis of |
| 11/9/2005 | 1.00 | Draft email memo re CFAA claim |
| 11/10/2005 | 2.75 | Analysis legal issues regarding sony update, uninstall and privacy policy, review and analysis of Sony EULA |
| 11/11/2005 | 2.50 | Analysis of Sony causes of action, and Calif Computer crime, review and revise open letter, strategy analysis |
| 11/12/2005 | 5.25 | research CLRA and Spyware, Trespass to Chattel, review and analysis of Sony EULA |
| 11/13/2005 | 2.25 | review and revise complaint |
| 11/14/2005 | 2.50 | Analysis of strategy for causes of action, review and revise complaint |
| 11/15/2005 | 3.00 | Call with Sony re efforts to resolve |
| 11/16/2005 | 4.25 | Confer with Sony on efforts to resolve, develop issues to take up, CFAA |
| 11/17/2005 | 5.50 | Develop SunnComm facts for complaint, CFAA public safety argument |
| 11/18/2005 | 7.25 | review and revise complaint, analysis of Sony response |
| 11/19/2005 | 2.75 | SunnComm facts for complaint, analysis of MM software, analysis of |
| 11/20/2005 | 5.25 | Review and analysis of complaint, potential security issue |
| 11/21/2005 | 6.75 | Confer with expert re security analysis, revise text on Sony page. MM factual development |
| 11/22/2005 | 5.00 | Formalize expert retainer, prepare for TX Ag call, review cust svc responses, analysis of copyright issues |
| 11/23/2005 | 3.50 | Call with TX AG, factual development on DRM |
| 11/24/2005 | 0.50 | Review SoundScan numbers on effected discs. Analysis of expert |
| 11/28/2005 | 2.25 | Analysis of security issues with MM5 |
| 11/29/2005 | 6.25 | Review expert report on security issue, draft email to Sony, analysis of MM strategy |
| 11/30/2005 | 8.50 | Prepare for negotiations with Sony regarding MediaMax security vulnerability response |
| 12/1/2005 | 6.25 | MediaMax response, call with Sony, revise complaint |
| 12/2/2005 | 7.25 | Analysis of MM response, research experts |
| 12/3/2005 | 3.00 | Work with Sony regarding response vis-à-vis MM5 |
| 12/4/2005 | 3.25 | Conference calls with Sony regarding MM response |
| 12/5/2005 | 6.75 | Work with Sony regarding response vis-à-vis MM5 |
| 12/6/2005 | 8.50 | Work with Sony regarding response vis-à-vis MM5 |
| 12/7/2005 | 8.75 | Call with Pritzker, settlement analysis, study on spyware, MM security |
| 12/8/2005 | 7.75 | All day conference calls.  Sony in the morning, plaintiffs counsel |

| Date | Hours | Description |
|---|---|---|
| 12/19/2005 | 2.75 | Analysis of Settlement/CMC; MM CDs technical |
| 12/20/2005 | 3.25 | Analysis of Settlement/CMC, MDL; Review mediamax Cds patch |
| | | Review and analysis of banner text; Confer with FTC re lawsuit; Review |
| 12/21/2005 | 5.50 | Texas action; review MM cds re uninstaller problems |
| 12/22/2005 | 4.75 | Analysis of anti-spyware, disclosure, uninstaller issues; draft email to |
| 12/24/2005 | 0.75 | Review draft compromise language |
| 12/25/2005 | 1.25 | Analysis of settlement issues |
| 12/26/2005 | 3.25 | Analysis of settlement issues |
| 12/27/2005 | 1.25 | Analysis of settlement issues |
| 12/29/2005 | 1.50 | Review and revise press in support of settlement |
| 12/30/2005 | 1.25 | Confer with Illinois AG office |
| 1/1/2006 | 0.50 | Confer with expert re security analysis; review FL Ag action |
| 1/3/2006 | 4.75 | Prepare for Sony hearing; review list of effected discs |
| 1/4/2006 | 5.00 | Prepare for Sony hearing; comment on banners |
| 1/5/2006 | 10.50 | Prepare for Sony hearing; FAQ; Banners; travel to NYC |
| 1/6/2006 | 8.50 | Meeting with Sony; Prepare for hearing; Hearing; FAQs; press |
| 1/7/2006 | 8.00 | Travel from NYC; follow up from Sony meeting |
| 1/8/2006 | 1.25 | FAQs; Anti-cirus/spyware sfotware |
| 1/9/2006 | 1.00 | Analysis of texas AG communnications |
| 1/10/2006 | 2.75 | Sony calander; Review and analysis of notice campaign |
| 1/11/2006 | 3.00 | Conference call re MM issues; Analysis of FAQ issues |
| 1/12/2006 | 1.25 | Analysis of DRM security issues; Review proposed changes to FAQs |
| 1/13/2006 | 0.25 | Analysis of delegation agreement issues |
| 1/16/2006 | 0.50 | Analysis of scope of XCP problem |
| 1/17/2006 | 2.75 | Letter to Sony re Full Form Notice |
| 1/18/2006 | 1 | Finalize and send letter re full form notice |
| 1/19/2006 | 1.25 | Review and revise banners |
| 1/26/2006 | 2 | Draft responsive email re Sony DRM |
| 1/31/2006 | 2.25 | Analyais of Sony changes to settlement |
| 2/1/2006 | 1.75 | Analysis of response to Sony changes to settlement |
| 2/2/2006 | 2.25 | Call with Sony re notice issues |
| 2/3/2006 | 5.25 | Analysis of post-expiration valuation issue; loyalty program law; anti- |
| 2/6/2006 | 1.5 | Analysis of response to Sony changes to settlement |
| 2/7/2006 | 4.5 | Analysis of draft motion and proposed order; review settlement |
| 2/8/2006 | 4.25 | Analysis of banners; email to Sony re Settlement Website |
| 2/10/2006 | 0.75 | Analysis of designation issue4s |
| 2/13/2006 | 0.5 | Analysis of deligation dispute |
| 2/16/2006 | 2 | Analysis of how to increase uptake of settlement, Sony notice |
| 2/20/2006 | 1.5 | Strategy meeting; Review and edit email corespondance |