EXHIBIT C

2:27 PM
03/27/06
Accrual Basis

# Electronic Frontier Foundation
## Class QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **Sony Case - (Hull v. Sony BMG)** | | | | | |
| Bill | 12/02/2005 | | Platinum Plus for Business | CDs for Sony Rootkit | -273.15 |
| Bill | 01/09/2006 | | Platinum Plus for Business | airfares for Cindy and Corynne, depart: 12/17/2005 | -479.20 |
| Bill | 01/09/2006 | | Platinum Plus for Business | CDs for Sony rootkit investigation | -186.98 |
| Check | 01/20/2006 | 4668 | Cindy A. Cohn | Cindy's taxi fares for Hull v. Sony BMG case | -63.60 |
| Check | 01/20/2006 | 4668 | Cindy A. Cohn | Cindy's taxi fares for Hull v. Sony BMG case | -85.95 |
| Check | 02/03/2006 | 4708 | Corynne McSherry | Corynne's airfare to NY | -307.70 |
| Check | 02/03/2006 | 4708 | Corynne McSherry | cab fare in NY | -6.90 |
| Check | 02/03/2006 | 4708 | Corynne McSherry | Corynne's meal while traveling | -71.17 |
| Bill | 02/03/2006 | | Platinum Plus for Business | Cindy's airfare to NY, depart:12/24/05 | -179.20 |
| Bill | 02/03/2006 | | Platinum Plus for Business | Cindy's airfare from NY, depart: 12/20/05 | -307.70 |
| Bill | 02/03/2006 | | Platinum Plus for Business | Cindy's hotel charges in NY, Cindy + Corynne | -920.10 |
| Bill | 02/03/2006 | | Platinum Plus for Business | dinner, Cindy and Kurt | -96.36 |
| Bill | 02/03/2006 | | Platinum Plus for Business | lunch in NY | -45.17 |
| Bill | 02/03/2006 | | Platinum Plus for Business | Cindy's airport parking | -29.47 |
| Bill | 02/03/2006 | | Platinum Plus for Business | Cindy's hotel charges in NY | -462.24 |
| Bill | 02/03/2006 | | Platinum Plus for Business | Kurt's hotel charges in NY | -462.24 |
| Bill | 02/03/2006 | | Platinum Plus for Business | airfare for Cindy to NY, depart:1/5/2006, | -567.10 |
| Bill | 02/03/2006 | | Platinum Plus for Business | Kurt's airfare for NY trip, depart:1/05/2006 | -537.10 |
| Bill | 02/27/2006 | | Federal Express | Sony | -18.74 |
| Check | 03/14/2006 | | Kurt B. Opsahl | cab fare for NY trip | -45.00 |
| **Total Sony Case - (Hull v. Sony BMG)** | | | | | **-5,145.07** |
| **TOTAL** | | | | | **-5,145.07** |



January 29, 2006

Kurt Opsahl
Staff Attorney
545 Shotwell St.
San Francisco, CA 94107

Dear Kurt:

    This letter is an invoice for the security analysis services provided by us in relation to Sunncomm MediaMax.  Below is a daily listing of hours spent and a description of the work done by each resource.  The total cost of the work comes to $36,400.  Please let me know if you have any questions or comments.  We look forward to working with you in the future.

    Sincerely,



    Alex Stamos
    Principal Partner


| Date | Resource | Time | Work Performed |
|---|---|---|---|
| 19-Nov | Jesse Burns | 4 | Initial CD analysis |
| 20-Nov | Jesse Burns | 4 | Network analysis, test environment setup |
| 21-Nov | Jesse Burns | 4 | Middle person attack |
| 26-Nov | Jesse Burns | 6 | API Tracing and Reverse Engineering |
| 26-Nov | Jesse Burns | 6 | Installation tracing and analysis. |
| 26-Nov | Alex Stamos | 4 | Installation tracing, file analysis |
| 27-Nov | Jesse Burns | 4 | Vuln analysis |
| 28-Nov | Jesse Burns | 10 | Verification and document preparation |
| 28-Nov | Alex Stamos | 6 | Verification and document preparation |
| 30-Nov | Jesse Burns | 3 | Meetings |
| 30-Nov | Alex Stamos | 3 | Meetings |
| 1-Dec | Jesse Burns | 4 | Meetings and binary analysis |
| 1-Dec | Alex Stamos | 8 | Driver binary analysis |
| 3-Dec | Alex Stamos | 2 | Meetings |
| 5-Dec | Alex Stamos | 4 | Patch and uninstaller analysis |
| 6-Dec | Alex Stamos | 6 | Meetings, patch analysis |
| 9-Dec | Alex Stamos | 4 | Meetings, new patch analysis |
| 12-Dec | Alex Stamos | 3 | Driver analysis |
| 12-Dec | Scott Stender | 6 | Driver analysis |
| **Total Hours** | | 91 | |
| **Hourly Rate** | | $400 | |
| **Total Cost** | | $36,400 | |

COUNTERPANE SYSTEMS   101 E. Minnehaha Parkway   phone 612.823.1098
Minneapolis, MN 55419   fax 612.823.1590
USA   http://www.counterpane.com

INVOICE



13 January 2006

Corynne McSherry
Staff Attorney
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA  94110

For:  Expenses Related to Sony Litigation

    8 hours work    $4000.00

TOTAL DUE: $4,000.00