UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re SONY BMG CD TECHNOLOGIES LITIGATION | Civil Action No. 1:05-cv-09575-NRB |
|  | CLASS ACTION |
| This Document Relates To: | CERTIFICATE OF SERVICE |
| ALL ACTIONS. |  |

I hereby certify that on April 6, 2006, I electronically filed the below listed documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List:

1. NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

2. THE RICCIUTI CLASS REPRESENTATIVES' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

3. DECLARATION OF REED R. KATHREIN, ESQ. IN SUPPORT OF THE RICCIUTI CLASS REPRESENTATIVES' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

4. DECLARATION OF ROBERT S. GREEN ON BEHALF OF GREEN WELLING IN SUPPORT OF RICCIUTI GROUP'S MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

5. DECLARATION OF LAWRENCE E. FELDMAN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

6. DECLARATION OF CINDY A. COHN FILED ON BEHALF OF ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF RICCIUTI GROUP'S MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

7. DECLARATION OF STAN MALLISON FILED ON BEHALF OF THE LAW OFFICES OF MALLISON AND MARTINEZ IN SUPPORT OF RICCIUTI GROUP'S MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

8. DECLARATION OF IRA P. ROTHKEN, ESQ. FILED ON BEHALF OF ROTHKEN LAW FIRM LLP IN SUPPORT OF RICCIUTI GROUP'S MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

9. JOINT DECLARATION OF COUNSEL IN SUPPORT OF RICCIUTI CLASS REPRESENTATIVES' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

10. DECLARATION OF DIANA SCHNEIDER IN SUPPORT OF THE RICCIUTI CLASS REPRESENTATIVES' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

11. DECLARATION OF STEVEN M. BELLOVIN IN SUPPORT OF THE RICCIUTI CLASS REPRESENTATIVES' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

12. DECLARATION OF ARAM SINNREICH IN SUPPORT OF THE RICCIUTI CLASS REPRESENTATIVES' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

13. DECLARATION OF LARRY PONEMAN IN SUPPORT OF THE RICCIUTI CLASS REPRESENTATIVES' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES; and

14. [PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES.

s/ Reed R. Kathrein
REED R. KATHREIN

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: ReedK@lerachlaw.com

T:\CasesSF\Sony NY\DEC00029748.doc

# Mailing Information for a Case 1:05-cv-09575-NRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sanford P. Dumain**
  sdumain@milbergweiss.com

- **Jeffrey S. Jacobson**
  jsjacobs@debevoise.com mmgrimes@debevoise.com

- **Scott Adam Kamber**
  skamber@kolaw.com

- **Jonathan K. Levine**
  jkl@girardgibbs.com
  dcg@girardgibbs.com;ams@girardgibbs.com;ale@girardgibbs.com;cme@girardgibbs.com;zml@girardgil

- **Ira M. Press**
  ipress@kmslaw.com

- **Shana Eve Scarlett**
  shanas@lerachlaw.com

- **Jason Louis Solotaroff**
  jsolotaroff@gslawny.com

- **Mark A. Strauss**
  mstrauss@kmslaw.com lmorris@kmslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Cindy A. Cohn
Legal Director of the Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

Lawrence E. Feldman
Lawrence E. Feldman & Associates
432 Tulpehocken Avenue
Elkins Park, PA 19027

Jeff D. Friedman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111

Daniel C. Girard
Girard, Gibbs & De Bartolomeo, L.L.P.
```

```
601 California Street
Suite 1400
San Francisco, CA 94108
```

**Robert S. Green**
```
Green Welling LLP
595 Market Street
Suite 2750
San Francisco, CA 94105
```

**Reed R. Kathrein**
```
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
```

**Elizabeth Pritzker**
```
Girard, Gibbs & De Bartolomeo, L.L.P.
601 California Street
Suite 1400
San Francisco, CA 94108
```

**Peter G.A. Safirstein**
```
Milberg Weiss Bershad & Schulman LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
```

**Jenelle Welling**
```
Green Welling LLP
595 Market Street
Suite 2750
San Francisco, CA 94105
```