UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SONY BMG CD
TECHNOLOGIES LITIGATION

Case No. 1:05-cv-09575-NRB

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT

GIRARD GIBBS
 & De BARTOLOMEO LLP
Daniel C. Girard (Pro Hac Vice)
Jonathan K. Levine (JL-8390)
Elizabeth C. Pritzker (Pro Hac Vice)
Aaron M. Sheanin (Pro Hac Vice)
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800

KAMBER & ASSOCIATES, LLC
Scott A. Kamber (SK-5794)
19 Fulton Street, Suite 400
New York, NY 10038
Telephone: (877) 773-5469

*Class Counsel*

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and the Joint Affidavit of Daniel C. Girard and Scott A. Kamber, the Affidavits of Mark Russinovich, Kimberly K. Ness and Dora Rivas, and the Declarations of Ori Edelstein, Alexander Guevara and James Michaelson, Class Counsel will move this Court on May 22, 2006 at 9:15 a.m., or as soon thereafter as counsel may be heard, at the United States Courthouse, 500 Pearl Street, Room 2270, for final approval of the class action settlement.

DATED: April 6, 2006              Respectfully submitted,

                                  **GIRARD GIBBS & De BARTOLOMEO LLP**

                                  By: _____
                                  Daniel C. Girard (Pro Hac Vice)
                                  Jonathan K. Levine (JK-8390)
                                  Elizabeth C. Pritzker (Pro Hac Vice)
                                  Aaron M. Sheanin (Pro Hac Vice)
                                  601 California Street, Suite 1400
                                  San Francisco, California 94108
                                  Telephone: (415) 981-4800

                                  **KAMBER & ASSOCIATES LLC**
                                  Scott A. Kamber (SK-5794)
                                  19 Fulton Street, Suite 400
                                  New York, NY 10038
                                  Telephone: (877) 773-5469

                                  *Class Counsel*


                                  Peter Safirstein
                                  Jennifer Czeisler
                                  **MILBERG WEISS BERSHAD & SCHULMAN LLP**
                                  One Pennsylvania Avenue
                                  New York, New York 10119
                                  Telephone: (212) 594-5300

Ira M. Press
**KIRBY MCINERNEY & SQUIRE LLP**
830 Third Avenue
New York, New York 10022
Telephone: (212) 317-2000

Jason L. Solotaroff
**GISKAN & SOLOTAROFF LLP**
207 West 25th Street
New York, New York 10001
Telephone: (212) 847-8315

*Plaintiffs' Executive Committee Counsel*

2