# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

SONY BMG CD
TECHNOLOGIES LITIGATION

Case No. 1:05-cv-09575-NRB

**DECLARATION OF CORNELIUS P. DUKELOW IN SUPPORT OF PLAINTIFFS'
CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND
REIMBURSMENT OF EXPENSES**

I, Cornelius P. Dukelow declare as follows:

1.     I am an attorney in good standing, duly licensed and admitted to practice law in the State of Oklahoma.  I am a member of Abington Intellectual Property Law Group, PC, counsel of record for Donald J. Bahnmaier in DONALD J. BAHNMAIER v. SONY BMG MUSIC ENTERTAINMENT, Tulsa County, Oklahoma, District Court Case No. CJ-2005-6968.  A true and correct copy of the Martindale-Hubble listing is attached hereto as Exhibit A and incorporated by reference herein.

2.     I submit this declaration in support of Plaintiffs' Class Counsels' application for attorneys' fees and reimbursement of expenses in the above-entitled matter.  The testimony set forth in this declaration is based on first-hand knowledge, about which I would and could testify completely in open court if called upon to do so, and on contemporaneously generated records kept in the ordinary course of business.

3.     The total number of professional hours expended in the litigation by Abington Intellectual Property Law Group, PC, is 81.5 hours.  The total loadstar amount for attorney, paralegal, and professional staff time expended by Abington Intellectual Property Law Group, PC, in the course of the litigation, based upon current rates, is $14,670.00.  The chart attached hereto as exhibit B was prepared by me and presents a summary of the time spent from November 21, 2005, through March 27, 2006, on the litigation by attorneys, paralegals, and professional staff of the firm.  The chart includes the name of each attorney, paralegal, and professional staff member who has worked on the case, his or her current hourly billing rate, and the number of hours expended by each professional on this matter.  The time reflected in this declaration was time actually spent, in the exercise or reasonable judgment, by the laws and staff involved, and includes:

2

Initial client interview.  Fact investigation, including: Obtain Sony/BMG entity information and status; Identify Sony/BMG record labels; Investigation of the DRM technology used by Sony/BMG on compact discs (XCP, Music Player, and MediaMax); Identify and review technical and promotional information from First 4 Internet re: XCP; Identify and review technical and promotional information from SunnComm Technologies re: MediaMax; Identify and review technical information from Computer Associates re: XCP.Sony.rootkit, XCP.Sony.SP2, XCP.Sony.Rootkit.Patch, Music Player, Win32.OutsBot.U, Win32.OutsBot.V; Identify and review technical information from Symantec re: SecurityRisk.First4DRM, Backdoor.Ryknos, Backdoor.Ryknos.B; Identify and review articles from Symantec re: Sony/BMG DRM software; Identify and review technical information from McAfee re: w32/brepibot, XCP, ; Identify and review technical information from "Mark's Sysinternals Blog" re: Sony/BMG DRM software; Identify and review additional technical information re: XCP, Music Player, and MediaMax; consult computer security expert; Review Sony/BMG End User License Agreement; Identify conventional and on-line retail outlets selling Sony/BMG music CDs containing XCP, Music Player, and/or MediaMax in Oklahoma or to Oklahoma consumers; and Identify Sony/BMG titles containing XCP, Music Player, and/or MediaMax.  Research statutes and case law re: class action requirements and possible causes of action against Sony/BMG (including: Common Law Negligence, Common Law Trespass, Common Law Fraud; Breach of Common Law Warranties, Oklahoma Consumer Protection Act violations, Deceptive Trade Practices, Unfair Trade Practices; Business and Professional Code

3

violations, Anti-Spyware legislation violations, Oklahoma Computer Crimes Act violations, Breach of Implied UCC Warranties, Uniform Computer Information Transactions Act violations, False Advertising, Invasion of Privacy, Implied Indemnity, Breach of Implied Covenant of Good Faith and Fair Dealing). Draft and file Petition. Interview potential co-counsel.

My firm was careful not to expend unnecessary hours and not to duplicate work done by others.

4.      This firm expended a total of $194.00 in unreimbursed expenses in connection with prosecution of the litigation on behalf of Donald J. Bahnmaier. The expenses incurred in this case are reflected in the books and records of the firm. These books and records are prepared from expense vouchers, check records, and other contemporaneously recorded billing records, and are an accurate record of expenses incurred in this litigation. The chart attached hereto as Exhibit C, also prepared by me, details these expenses.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the forgoing is true and correct.

Executed this 27th day of March, 2006.

_____
Cornelius P. Dukelow

4

Legal counsel law firm Dukelow profile available from Martindale.com



Lawyer Locator > Search Results > Profile

🖨 Print   ✉ Email   🌐 Search Web

New Search   Search Results   Previous Listing   Next Listing

Lawyer Locator
  Basic Search
  Advanced Search
  Browse Law Firms
  Browse Lawyers

Legal Articles

Dispute Resolution

Legal Personnel

Legal Careers

Professional Resources

Customer Service

Experts & Services

## Private Practice Lawyer Profile for Cornelius P. Dukelow

**Cornelius P. Dukelow**
10026-A S. Mingo Rd., Ste. 240
Tulsa, Oklahoma
(Osage & Tulsa Cos.)

Born 1974; Admitted 2001; Kansas State University, B.S.; University of Tulsa, J.D.

ISLN: 916521873

New Search   Search Results   Previous Listing   Next Listing

▲Top

LawyerLocator.co.uk | Anwalt24.de | martindale.co.il

Home | Contact Us | About Us | Site Info | Products | Services | Media Room

Copyright | Terms & Conditions | Privacy Policy

**More resources...**
*lawyers.com*[sm]
Peer Review Ratings[sm]
Practice Development
Counsel to Counsel Forums
eAttorney
LexisNexis®
lexisONE® for Small Firms

Search over 50,000
experts & other essential
services for law firms



Exhibit B

| Name | Billing Rate | Total Hours |
|---|---|---|
| Cornelius P. Dukelow | $180.00/hour | 81.5 |

Exhibit C

| Expense Description | Amount |
| --- | --- |
| Filing Fees & Summons | $194.00 |