UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SONY BMG CD TECHNOLOGIES LITIGATION

CASE NO: 1:05-cv-09575-NRB

DECLARATION OF MICHAEL D. HALBFISH IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

I, MICHAEL D. HALBFISH, hereby declare as follows:

1. I am an attorney in good standing duly licensed and admitted to practice in the State of New Jersey. I am a partner of Law offices of Michael D. Halbfish, counsel of record for Plaintiff DeMarco in *DeMarco v. Sony BMG*, Docket No. 1:05-10825. A true and correct copy of the firm resume is attached hereto as Exhibit A and incorporated by reference herein.

2. I submit this declaration in support of Plaintiffs' Class Counsels' application for attorneys' fees and reimbursements of expenses in the above entitled matter. The testimony set forth in this declaration is based on first hand knowledge, about which I would and could testify competently in open court if called upon to do so, and on contemporaneously generated records kept in the ordinary course of business.

3. The total number of professional hours expended in the litigation by Law offices of Michael D. Halbfish, LLP is 19.49. The total lodestar amount for attorney's time expended by Law offices of Michael D. Halbfish, LLP in the course of the litigation, based upon current rates, is $6,305.00. The chart attached hereto as Exhibit B was prepared by me and presents a summary of the time spent from November 14, 2005 through March 16, 2006 on the litigation by attorneys. The chart includes the name of each attorney who has worked on the case, his current hourly billing rate and the number of hours expended by each professional on the matter. The time reflected in this declaration was time actually spent, in the exercise of reasonable judgment, by the laws and staff involved, and includes, but is not limited to: communications by and between counsel and plaintiff; communications amongst co-counsel; drafting correspondence, emails, pleadings; review and responses to co-counsel's work, proposed settlements; conferences with co-counsel; and legal research. My firm was careful not to expend unnecessary hours and did not do duplicate work done by others.

I hereby declare that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 24, 2006

Michael D. Halbfish

**Exhibit A**

**Michael D. Halbfish, Esq.**

**Education: BS University of Delaware 1991, JD University of Toledo 1996**

**Bar Memberships: NY & NJ since 1997**

**Background:**

**2002-Present Law Offices of Michael D. Halbfish, Esq.**

**Michael D. Halbfish focuses his practice primarily on Consumer Fraud Litigation. He does both class action and individual cases in State and Federal Court. He is currently the NJ State Coordinator for the National Association of Consumer Advocates. He is also an active member of National ATLA, and NJ ATLA where he has been featured as a lecturer on Consumer Fraud. He is an appointed member of the NJ State Bar Association's Consumer Protection Committee and has also been a featured speaker at seminars sponsored by the NJ Bar Association's Consumer Protection Committee.**

**2001** — **Michael D. Halbfish worked for the Law Offices of Lynch, Teitelbaum & Geldhauser.**

**1999-2001** — **Michael D. Halbfish worked for the Law Offices of Spevack and Cannan.**

**1996-1999** — **Michael D. Halbfish worked for Prudential from 1996 to 1999 as part of a disute resolution team on a class action law suit.**

# Exhibit B

MICHAEL D. HALBFISH, ESQ.
TIME LOG
SONY BMG CLASS
Page 1

| DATE | Timekeeper/Activity | Units | Rate | Value |
|---|---|---|---|---|
| 11/14/2005<br>Conference w/ co-counsel | MH | 3.5 | 325.00 | 1,137.5 |
| 11/14/2005<br>Conference w/ Tortoreti<br>Re: potential case | MH | 0.30 | 325.00 | 97.50 |
| 11/14/2005<br>Read Law Review Article on<br>Spyware/Spam Lawsuits<br>Distribute to co-counsel | MH | 0.80 | 325.0 | 260.00 |
| 11/14/2005<br>2 Calls w/ Tortoreti | MH | 0.30 | 325.00 | 97.50 |
| 11/14/2005<br>Review others e-mails | MH | 0.50 | 325.00 | 32.50 |
| 11/14/2005<br>Travel to and from conference<br>w/ co-counsel | MH | 1.00 | 325.00 | 325.00 |
| 11/14/2005-11/15/2004<br>Surf net for Sony Rootkit<br>Articles – send to co-counsel | MH | 2.5 | 325.00 | 650.00 |
| 11/15/2005<br>Find EULA<br>Count words in EULA<br>Recount words in EULA | MH | 0.9 | 325.00 | 292.50 |
| 11/15/2005<br>Skim NJ Causes of Action | MH | 0.30 | 325.00 | 97.50 |
| 11/16/2005<br>Conference w/ PAT (at office)<br>& S. Raff via phone | MH | 0.20 | 325.00 | 65.00 |
| 11/16/2005<br>Research/Edit/Draft of<br>Complaint w/ PAT | MH | 1.50 | 325.00 | 487.50 |
| 11/17/2005<br>Review/revise complaint | MH | 1.00 | 325.00 | 325.00 |

MICHAEL D. HALBFISH, ESQ.
TIME LOG
SONY BMG CLASS
Page 2

| DATE | Timekeeper/Activity | Units | Rate | Value |
|---|---|---|---|---|
| 11/17/2005 Conference w/ co-counsel | MH | 0.50 | 325.00 | 162.50 |
| 11/18/2005 e-mails re: status and issues | MH | 0.50 | 325.00 | 162.50 |
| 12/2/2005 Phone conference w/ Co-counsel | MH | 0.80 | 325.00 | 260.00 |
| 12/5/2005 Email Re: NY & NJ | MH | 0.30 | 325.00 | 97.50 |
| 12/11/2005 Conference w/ co-counsel Re: transfer to NY | MH | 0.40. | 325.00 | 130.00 |
| 1/3/2005 Print & Audit Lodestar | MH | 0.40 | 325.00 | 130.00 |
| 1/3/2006e-mail settlement | MH | 0.2 | $325.00 | $65.00 |
| 1/9/2006e-mail re: settlement | MH | 0.2 | $325.00 | $65.00 |
| 1/17/2006 Review Demarco Response | MH | 0.3 | $325.00 | $97.50 |
| 2/2/2006Review Ricciati objection Leragh Coughlin | MH MH | 0.4 | $325.00 | $130.00 |
| 2/3/2006 e-mail re: objection | MH | 0.5 | $325.00 | $162.50 |
| 2/17/2006 Review notice of Settlement | MH | 0.4 | $32.00 | $130.00 |
| 2/27/2007 conference w/ co-counsel | MH | 0.3 | $325.00 | $97.50 |
| Multiple phone calls to Green Welling re: Objection | | 0.2 | $325.00 | $65.00 |
| 3/1/2006 conference with co-counsel | MH | 0.5 | $325.00 | $162.50 |
| 3/8/2006Review notices Misc. paperwork received | MH | 0.2 | $325.00 | $65.00 |
| 3/16/2006 | Conference w/ co-counsel | 0.5 | $325.00 | $162.50 |
| | MH | 19.49 | 325.00 | 6,305.00 |