UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| SONY BMG CD TECHNOLOGIES LITIGATION | Case No. 1:05-cv-09575-NRB |

DECLARATION OF DANIEL LYNCH IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

I, Daniel Lynch, declare as follows:

1. I am an attorney in good standing, duly licensed and admitted to the Courts of the State of Illinois and Colorado, and numerous United States District Courts (not including the Southern District of New York). I was formerly a partner in the firm of Cirignani Heller Harman & Lynch, counsel of record for Andrew Klewan and James Springer In Re SonyBMG Audio Compact Disc Litigation MDL No. 1750 and am now a partner in the firm of Law Offices Of Daniel Lynch, which was formed on February 1, 2006, and has provided services to plaintiffs since that date.

2. I submit this declaration in support of Plaintiffs' Class Counsels' application for attorneys' fees and reimbursement of expenses in the above-entitled matter. The testimony set forth in this declaration is based on first-hand knowledge, about which I would and could testify competently in open court if called upon to do so, and on contemporaneously-generated records kept in the ordinary course of business.

2. The total number of professional hours expended in the litigation by Cirignani Heller Harman & Lynch, and Law Offices of Daniel Lynch is 26.5. The total lodestar amount for attorney time expended by these firms in the course of the litigation, based upon current rates, is $11,265.50. All of this time was expended by me, at a rate of $425.00 per hour. The time reflected in this declaration was time actually spent, in the exercise of reasonable judgment, by me in connection with prosecuting the claims in the action, and all the time was essential to the prosecution and resolution of the litigation, including legal and factual research, drafting of pleadings, and settlement negotiations. My firm was careful not to expend unnecessary hours and not to duplicate work done by others.

3. While we expended un-reimbursed expenses in connection with prosecution of the litigation on behalf of Andrew Klewan and James Springer, these expenses are *de minimus*, and are not sought to be reimbursed.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

Executed this 27th day of March, 2006, at Chicago, Illinois.

_____
Daniel Lynch

Daniel Lynch's Summary for In re SonyBMG
Audio Compact Disc Litigation

| Date | | Description | Hours |
|---|---|---|---|
| 1-Nov | DFL | Study case background; review applicable law | 1.25 |
| 2-Nov | DFL | Countinue study of underlying facts and causes of action | 1.50 |
| 7-Nov | DFL | Study Preston memo; office conference with E. Preston, study news reports, work on complaint | 2.25 |
| 8-Nov | DFL | Study competing case filings | 1.50 |
| 9-Nov | DFL | Work on proposed complaint | 1.00 |
| 10-Nov | DFL | Work on proposed pleading; work on factual investigation | 2.50 |
| 11-Nov | DFL | Work on complaint | 2.50 |
| 14-Nov | DFL | factual research re: outstanding issues and computer damage; work on complaint | 3.00 |
| 15-Nov | DFL | Work on complaint | 2.25 |
| 16-Nov | DFL | Study news reports and other case filings | 1.50 |
| 18-Nov | DFL | Study cases/facts re: additional causes of action | 1.75 |
| 13-Dec | DFL | Study recent pleadings; TT O. Giskan re: status | 1.50 |
| 16-Dec | DFL | Study court filings re: MDL | 1.50 |
| 20-Dec | DFL | TT O. Giskan re: matter | 0.25 |
| 9-Jan | DFL | Study pleadings as filed | 1.00 |
| 10-Jan | DFL | TT. J. Solotaroff re: current status | 0.25 |
| 11-Jan | DFL | Study pleadings and e-mail correspondence | 0.25 |
| 7-Feb | DFL | TT O Gisken re: status | 0.75 |
| | | | **26.50** |