UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SONY BMG CD
TECHNOLOGIES LITIGATION

CASE NO: 1:05-cv-09575-NRB

DECLARATION OF PHILIP A. TORTORETI IN SUPPORT OF PLAINTIFFS' CLASS
COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF
EXPENSES

I, PHILIP A. TORTORETI, hereby declare as follows:

1.     I am an attorney in good standing duly licensed and admitted to practice in the State

of New Jersey and the United States Virgin Islands (currently inactive in the USVI).  I am a

partner of Tortoreti, Tomes & Callahan, P.C., counsel of record for Plaintiff DeMarco in

*DeMarco v. Sony BMG*, Docket No. 1:05-10825.   A true and correct copy of the firm

resume is attached hereto as Exhibit A and incorporated by reference herein.

2.     I submit this declaration in support of Plaintiffs' Class Counsels' application for

attorneys' fees and reimbursements of expenses in the above entitled matter.  The testimony

set forth in this declaration is based on first hand knowledge, about which I would and could

testify competently in open court if called upon to do so, and on contemporaneously

generated records kept in the ordinary course of business.

3.    The total number of professional hours expended in the litigation by Tortoreti, Tomes & Callahan, P.C. is 23.6.  The total lodestar amount for attorney's time expended by Tortoreti, Tomes & Callahan, P.C. in the course of the litigation, based upon current rates, is $9,746.00.  The chart attached hereto as Exhibit B was prepared by me and presents a summary of the time spent from November 14, 2005 through March 16, 2006 on the litigation by attorneys.  The chart includes the name of each attorney who has worked on the case, his or her current hourly billing rate and the number of hours expended by each professional on the matter.  The time reflected in this declaration was time actually spent, in the exercise of reasonable judgment, by the laws and staff involved, and includes, but is not limited to: communications by and between counsel and plaintiff; communications amongst co-counsel; drafting correspondence, emails, pleadings; review and responses to co-counsel's work, proposed settlements; conferences with co-counsel; and legal research.  My firm was careful not to expend unnecessary hours and did not do duplicate work done by others.

I hereby declare that the foregoing statements made by me are true to the best of my knowledge.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 24, 2006

Philip A. Tortoreti

**Exhibit A**

## TORTORETI, TOMES & CALLAHAN, P.C.

### *Firm Resume*

The Law Firm of Tortoreti, Tomes & Callahan represents clients in a wide range of litigation with an emphasis on class actions and personal injuries. A majority of the Firm's cases involve Consumer Class Actions, Medical Malpractice, Toxic Torts (including asbestos litigation), Product Liability (including pharmaceutical products), Workers' Compensation and Automobile Negligence. The Firm maintains its' offices in East Brunswick, New Jersey.

Tortoreti, Tomes & Callahan draws upon the experience of its' qualified attorneys that have litigated some of the largest Consumer Product Class Actions and Personal Injury cases in the history of New Jersey and the United States. The Firm also has had a substantial influence on shaping Discovery and Statute of Limitations issues to extend rights of injured claimants. The office has argued landmark decisions in the Supreme Court of New Jersey including Savage v. Old Bridge-Sayreville Medical Group, 134 N.J. 241 (1993) and Graves v. Church & Dwight, 134 N.J. 566 (1993), as well as holding pharmaceutical manufacturers accountable for direct advertising to consumers. Perez v. Wyeth Laboratories, Inc., 161 N.J. 1 (1999).

The firm has been appointed Lead Counsel or Class Counsel for Plaintiffs in several significant consumer product class actions, including: Extensis Inc. v. Hewlett-Packard Company, Docket No. MID-L-6843-01 and Scott Baird, et al v. Thompson Consumer Electronics, Inc., Case No. 00-L-00761 (I11.Cir.Ct., Madison County); which resulted in court approved settlements valued at over $100 million.

### PHILIP A. TORTORETI

Philip A. Tortoreti, a partner of the Firm, is a member of the Bars in New Jersey and the U.S. Virgin Islands and of the Federal Bar Of Puerto Rico. He has been practicing law for over twenty-five years. He was the Managing Editor of the Rutgers-Camden Law Journal and previously worked at Wilentz, Goldman & Spitzer, one of the largest Law Firms in New Jersey; at Asch, Suss & Tortoreti; and at Garruto, Galex & Cantor. He concentrates his practice in the areas of Consumer Product Class Actions, Asbestos and Toxic Exposure litigation, Medical Malpractice and Product Liability cases and he has traveled on behalf of clients to the Caribbean, Europe and Asia.

Mr. Tortoreti was one of the lead counsel for a nationwide consumer product class action nationwide, Extensis Inc. v. Hewlett-Packard Company, that resulted in a court approved settlement with a potential value of over $100,000,000.00 in rebate certificates and repair kits for purchasers of certain Hewlett-Packard LaserJet printers. He is also lead counsel in pending class actions of Pisano v. Peg Perego pending in Superior Court of New Jersey, Middlesex County and in

### FRANCES A. TOMES

Frances a. Tomes, a Partner of the Firm, is a member of the Bar in New Jersey and New York. She has been practicing law for sixteen years. She previously worked at Garruto, Galex & Cantor and Subin Associates in New York City. She is a graduate of Pace University School of Business Administration, where she graduated with honors cum laude. She is a member of the Board of Governors of Association of Trial Lawyers of America - New Jersey (ATLA-NJ) and a member of the American Bar Association, New Jersey State Bar Association, and Trial Attorneys of

New Jersey. She was one of three Trial Attorneys representing Plaintiffs in the first multi-plaintiff trials in Asbestos Litigation in New Jersey, resulting in a combined verdict of over $2,000,000.00. She has also handled numerous other multi-plaintiff litigations and has settled several cases for over $1,000,000.00.

Ms. Tomes was one of the lead counsel for a nationwide consumer product class action, Extensis Inc. v. Hewlett-Packard Company, that resulted in a court approved settlement with a potential value of over $100,000,000.00 in rebate certificates and repair kits for purchasers of certain Hewlett-Packard LaserJet printers.

**Exhibit B**

Totoreti, Tomes & Callahan
Slip Listing

### Selection Criteria

| Slip.Classification | Open |
| Client (hand select) | Include: SONY BMG |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Phase/Task | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 2405          TIME<br>11/14/2005<br>WIP<br>Conference with co-counsel. | PAT-6-3-05<br>Other activity<br>SONY BMG | 3.50<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 1452.50 |
| 2467          TIME<br>11/14/2005<br>WIP<br>Conference with FAT & PAT re: Potential Case. | SPC<br>Meeting w/co-c<br>SONY BMG | 0.30<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 105.00 |
| 2400          TIME<br>11/14/2005<br>WIP<br>Telephone conference with Halbfish re: potential case. | PAT-6-3-05<br>Phone cocouns<br>SONY BMG | 0.30<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 124.50 |
| 2465          TIME<br>11/14/2005<br>WIP<br>Conference FAT & SPC re: potential case | PAT-6-3-05<br>Meeting w/co-c<br>SONY BMG | 0.30<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 124.50 |
| 2466          TIME<br>11/14/2005<br>WIP<br>Conference with PAT & SPC Re:  potential case. | FAT<br>Meeting w/co-c<br>SONY BMG | 0.30<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 120.00 |
| 2404          TIME<br>11/14/2005<br>WIP<br>Travel to and from conference with Halbfish, Raff & Raff & Kizis. | PAT-6-3-05<br>Travel Time<br>SONY BMG | 1.00<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 415.00 |
| 2401          TIME<br>11/14/2005<br>WIP<br>Telephone conference x 2 with Halbfish re: case | PAT-6-3-05<br>Phone cocouns<br>SONY BMG | 0.30<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 124.50 |
| 2402          TIME<br>11/14/2005<br>WIP<br>Review emails and research. | PAT-6-3-05<br>Emails<br>SONY BMG | 0.80<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 332.00 |

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Phase/Task | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 2403        TIME 11/14/2005 WIP Telephone conference with Lynne Kizis | PAT-6-3-05 Phone cocouns SONY BMG | 0.20 0.00 0.00 0.00 | 415.00 T@1 | 83.00 |
| 2409        TIME 11/16/2005 WIP Review Halbfish emails-research. | PAT-6-3-05 Review/analyze SONY BMG | 0.40 0.00 0.00 0.00 | 415.00 T@1 | 166.00 |
| 2410        TIME 11/16/2005 WIP Telephone conference with Samelli. | PAT-6-3-05 Phone cocouns SONY BMG | 0.20 0.00 0.00 0.00 | 415.00 T@1 | 83.00 |
| 2412        TIME 11/16/2005 WIP Telephone Conference with Steve Raff. | PAT-6-3-05 Phone cocouns SONY BMG | 0.20 0.00 0.00 0.00 | 415.00 T@1 | 83.00 |
| 2413        TIME 11/16/2005 WIP Telephone conference with Steve Raff & Halbfish. | PAT-6-3-05 Phone cocouns SONY BMG | 0.20 0.00 0.00 0.00 | 415.00 T@1 | 83.00 |
| 2414        TIME 11/16/2005 WIP Telephone conference with Samelli | PAT-6-3-05 Phone cocouns SONY BMG | 0.20 0.00 0.00 0.00 | 415.00 T@1 | 83.00 |
| 2415        TIME 11/16/2005 WIP Research/edit draft of complaint with Halbfish. | PAT-6-3-05 Research SONY BMG | 1.50 0.00 0.00 0.00 | 415.00 T@1 | 622.50 |
| 2420        TIME 11/17/2005 WIP Review/revise complaint. | PAT-6-3-05 Review/analyze SONY BMG | 1.50 0.00 0.00 0.00 | 415.00 T@1 | 622.50 |
| 2419        TIME 11/17/2005 WIP Telephone conference with co-counsel. | PAT-6-3-05 Phone cocouns SONY BMG | 0.50 0.00 0.00 0.00 | 415.00 T@1 | 207.50 |
| 2418        TIME 11/17/2005 WIP Miscellaneous emails re: complaint. | PAT-6-3-05 Emails SONY BMG | 0.50 0.00 0.00 0.00 | 415.00 T@1 | 207.50 |

3/21/2006                                    Totoreti, Tomes & Callahan
10:36 AM                                              Slip Listing                                      Page      3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Phase/Task | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 2421              TIME<br>11/18/2005<br>WIP<br>Emails re: status and further investigation. | PAT-6-3-05<br>Emails<br>SONY BMG | 0.50<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 207.50 |
| 2448              TIME<br>12/2/2005<br>WIP<br>Telephone conference with co-counsel. | FAT<br>Phone cocouns<br>SONY BMG | 0.80<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 320.00 |
| 2447              TIME<br>12/2/2005<br>WIP<br>Telephone conference with co-counsel. | PAT-6-3-05<br>Phone cocouns<br>SONY BMG | 0.80<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 332.00 |
| 2449              TIME<br>12/5/2005<br>WIP<br>Email exchanges Re:  NY & NJ | PAT-6-3-05<br>Emails<br>SONY BMG | 0.60<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 249.00 |
| 2450              TIME<br>12/9/2005<br>WIP<br>Miscellaneous emails re:  NY Litigation. | PAT-6-3-05<br>Emails<br>SONY BMG | 0.50<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 207.50 |
| 2451              TIME<br>12/9/2005<br>WIP<br>Phone conference with Scott Kamber. | PAT-6-3-05<br>Other activity<br>SONY BMG | 0.30<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 124.50 |
| 2452              TIME<br>12/9/2005<br>WIP<br>Email to Lynne M. Kizis and Jennifer Sarnelli<br>re:  Telephone conference with Kamber | PAT-6-3-05<br>Emails<br>SONY BMG | 0.20<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 83.00 |
| 2453              TIME<br>12/10/2005<br>WIP<br>Review emails among co-counsel re: Travel<br>to NY | PAT-6-3-05<br>Emails<br>SONY BMG | 0.40<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 166.00 |
| 2454              TIME<br>12/11/2005<br>WIP<br>Rview emails among co-counsel re: transfer<br>to NY. | PAT-6-3-05<br>Emails<br>SONY BMG | 0.20<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 83.00 |
| 2455              TIME<br>12/11/2005<br>WIP<br>Conference with co-counsel re:  Transfer to<br>NY. | PAT-6-3-05<br>Phone cocouns<br>SONY BMG | 0.40<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 166.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Phase/Task | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 2456          TIME<br>12/12/2005<br>WIP<br>Telephone conference with Kamber re:<br>Transfer to NY. | PAT-6-3-05<br>Other activity<br>SONY BMG | 0.20<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 83.00 |
| 2457          TIME<br>12/15/2005<br>WIP<br>Email exchange with Steve Raff. | PAT-6-3-05<br>Emails<br>SONY BMG | 0.20<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 83.00 |
| 2458          TIME<br>12/15/2005<br>WIP<br>Telephone call to Marisa Grames (L/M). | PAT-6-3-05<br>Other activity<br>SONY BMG | 0.10<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 41.50 |
| 2460          TIME<br>12/16/2005<br>WIP<br>Email to co-counsel re:  Telephone<br>conference with Grimes. | PAT-6-3-05<br>Emails<br>SONY BMG | 0.20<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 83.00 |
| 2459          TIME<br>12/16/2005<br>WIP<br>Telephone conference with Marisa Grimes | PAT-6-3-05<br>Other activity<br>SONY BMG | 0.20<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 83.00 |
| 2462          TIME<br>12/19/2005<br>WIP<br>Email re:  Settlement | PAT-6-3-05<br>Emails<br>SONY BMG | 0.10<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 41.50 |
| 2463          TIME<br>12/19/2005<br>WIP<br>Telephone conference with Jennifer Sarnelli<br>re:  settlement. | PAT-6-3-05<br>Phone cocouns<br>SONY BMG | 0.20<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 83.00 |
| 2464          TIME<br>12/19/2005<br>WIP<br>Print & audit Lodestar. | PAT-6-3-05<br>Other activity<br>SONY BMG | 0.40<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 166.00 |
| 2461          TIME<br>12/19/2005<br>WIP<br>Email exchanges re:  Transfer. | PAT-6-3-05<br>Emails<br>SONY BMG | 0.30<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 124.50 |
| 2505          TIME<br>1/6/2006<br>WIP<br>Emails re: settlement. | PAT-6-3-05<br>Emails<br>SONY BMG | 0.20<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 83.00 |

Totoreti, Tomes & Callahan
Slip Listing

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Phase/Task | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 2506           TIME 1/9/2006 WIP Emails re: settlement. | PAT-6-3-05 Emails SONY BMG | 0.30 0.00 0.00 0.00 | 415.00 T@1 | 124.50 |
| 2507           TIME 1/17/2006 WIP Review DeMarco Response to Consol. | PAT-6-3-05 Review/analyze SONY BMG | 0.30 0.00 0.00 0.00 | 415.00 T@1 | 124.50 |
| 2503           TIME 2/2/2006 WIP Review Ricciati Group objection to Modification of Agreement. | PAT-6-3-05 Review/analyze SONY BMG | 0.40 0.00 0.00 0.00 | 415.00 T@1 | 166.00 |
| 2504           TIME 2/3/2006 WIP Email to Samelli re:  Ricciatti Objection. | PAT-6-3-05 Emails SONY BMG | 0.20 0.00 0.00 0.00 | 415.00 T@1 | 83.00 |
| 2510           TIME 2/3/2006 WIP Email to co-counsel re: Ricciuti Objection. | PAT-6-3-05 Emails SONY BMG | 0.20 0.00 0.00 0.00 | 415.00 T@1 | 83.00 |
| 2515           TIME 2/7/2006 WIP Emails with co-counsel Re: Ricciuti Objection. | PAT-6-3-05 Emails SONY BMG | 0.30 0.00 0.00 0.00 | 415.00 T@1 | 124.50 |
| 2516           TIME 2/7/2006 WIP Email exchange with Scott Kamber | PAT-6-3-05 Emails SONY BMG | 0.30 0.00 0.00 0.00 | 415.00 T@1 | 124.50 |
| 2534           TIME 2/17/2006 WIP Review Notice of Settlement. | PAT-6-3-05 Review/analyze SONY BMG | 0.40 0.00 0.00 0.00 | 415.00 T@1 | 166.00 |
| 2535           TIME 2/17/2006 WIP Emails among co-counsel Re:  Notice of Settlement. | PAT-6-3-05 Emails SONY BMG | 0.20 0.00 0.00 0.00 | 415.00 T@1 | 83.00 |
| 2548           TIME 2/27/2006 WIP Conference with co-counsel. | PAT-6-3-05 Other activity SONY BMG | 0.30 0.00 0.00 0.00 | 415.00 T@1 | 124.50 |

3/21/2006                          Totoreti, Tomes & Callahan
10:36 AM                                Slip Listing                                    Page      6

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Phase/Task | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 2551<br>2/27/2006<br>WIP<br>Conference with co-counsel. | TIME | FAT<br>Other activity<br>SONY BMG | 0.30<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 120.00 |
| 2585<br>3/8/2006<br>WIP<br>Review fax re: Freedman Notice of<br>Presentation. | TIME | PAT-6-3-05<br>Review/analyze<br>SONY BMG | 0.20<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 83.00 |
| 2586<br>3/8/2006<br>WIP<br>Fax to Sarnelli re: Freedman Notice of<br>Presentation. | TIME | PAT-6-3-05<br>faxing<br>SONY BMG | 0.20<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 83.00 |
| 2594<br>3/16/2006<br>WIP<br>Telephone conference with co-counsel. | TIME | PAT-6-3-05<br>Phone cocouns<br>SONY BMG | 0.50<br>0.00<br>0.00<br>0.00 | 415.00<br>T@1 | 207.50 |
| 2595<br>3/16/2006<br>WIP<br>Telephone conference with co-counsel. | TIME | FAT<br>Phone cocouns<br>SONY BMG | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 200.00 |
| Grand Total | | Billable<br>Unbillable<br>Total | 23.60<br>0.00<br>23.60 | | 9746.00<br>0.00<br>9746.00 |