UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SONY BMG CD<br>TECHNOLOGIES LITIGATION | Case No. 1:05-cv-09575-NRB |

## CERTIFICATE OF SERVICE

GIRARD GIBBS
   & De BARTOLOMEO LLP
Daniel C. Girard (Pro Hac Vice)
Jonathan K. Levine (JL-8390)
Elizabeth C. Pritzker (Pro Hac Vice)
Aaron M. Sheanin (Pro Hac Vice)
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800

KAMBER & ASSOCIATES, LLC
Scott A. Kamber (SK-5794)
19 Fulton Street, Suite 400
New York, NY 10038
Telephone: (877) 773-5469

*Class Counsel*

## CERTIFICATE OF SERVICE

I, Zackary M. Lyons, hereby declare as follows:

I am employed by Girard Gibbs & De Bartolomeo, a Limited Liability Partnership, 601 California Street, Suite 1400, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On April 6, 2006, the following documents were filed using the Court's CM/ECF system (which will notify all CM/ECF registered counsel):

1) **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

2) **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

3) **AFFIDAVIT OF MARK RUSSINOVICH IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

4) **AFFIDAVIT OF KIMBERLY K. NESS WITH RESPECT TO COMPLIANCE WITH THE NOTICE PROCESS;**

5) **DECLARATION OF CLASS REPRESENTATIVE ORI EDELSTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

6) **DECLARATION OF CLASS REPRESENTATIVE ALEXANDER GUEVARA IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

7) **DECLARATION OF CLASS REPRESENTATIVE JAMES MICHAELSON IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

8) **AFFIDAVIT OF PLAINTIFF AND CLASS REPRESENTATIVE DORA RIVAS IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

9) **JOINT AFFIDAVIT OF DANIEL C. GIRARD AND SCOTT A. KAMBER IN SUPPORT OF: (1) MOTION OF CLASS COUNSEL FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND (2) MOTION OF CLASS COUNSEL FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS TO NAMED PLAINTIFFS;**

10) **CLASS COUNSEL'S NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS TO NAMED PLAINTIFFS;**

2

11) MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS TO NAMED PLAINTIFFS;

12) DECLARATION OF PETER SAFIRSTEIN IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

13) DECLARATION OF IRA M. PRESS IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

14) DECLARATION OF OREN GISKAN IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

15) DECLARATION OF CORNELIUS P. DUKELOW IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

16) DECLARATION OF BARRY M. ALTMAN, ESQ. IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

17) DECLARATION OF DENNIS A. BURKE IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

18) DECLARATION OF TRACY D. REZVANI IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

19) DECLARATION OF PETER MICHAEL D. HALBFISH IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

20) DECLARATION OF ALAN HIMMELFARB IN SUPPORT OF PLAINTIFF CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

21) DECLARATION OF MICHAEL L. KELLY IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

22) DECLARATION OF ROBERT I. LAX IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

23) DECLARATION OF DOUGLAS A. LINDE IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

24) DECLARATION OF DANIEL LYNCH IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

25) DECLARATION OF PAUL R. HUFF IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

26) DECLARATION OF WILLIAM A. BAIRD IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

27) DECLARATION OF ETHAN PRESTON IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

28) DECLARATION OF STEPHEN RAFF IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

29) DECLARATION OF BRIAN J. ROBBINS IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

30) DECLARATION OF PHILIP A. TORTORETI IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

31) DECLARATION OF ROBERT I. HARWOOD IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

32) DECLARATION OF JENNIFER SARNELLI IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

33) DECLARATION OF JOSEPH E. LEVI IN SUPPORT OF PLAINTIFFS' CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES; and

34) CERTIFICATE OF SERVICE.

I further declare and that on April 7, 2006, the same documents were served on the following:

**SEE ATTACHED SERVICE LIST**

__XXX__ by placing the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth on the attached service list.

_____ by transmitting via facsimile the above listed document(s) to the fax number(s) set forth above on this date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed April 6, 2006, at San Francisco, California.

_____
Zackary M. Lyons

*April 6, 2006 Service List*

**In re Sony BMG CD Technologies Litigation**
S.D.N.Y. Case No. 1:05-cv-09575-NRB

| | |
|---|---|
| David M. Nall<br>18710 Valade<br>Riverview, Michigan  48193 | James M. Leitner<br>47 South Seventh Street<br>Lewisburg, Pennsylvania  17837 |
| Corey Dukelow<br>ABINGTON INTELLECTUAL PROPERTY GROUP<br>10026-A South Mingo Road, # 240<br>Tulsa, Oklahoma  74133<br>E-mail: cdukelow@abingtonlaw.com<br>Telephone: (918) 645-0259 | Barry M. Altman<br>ALTMAN & ALTMAN<br>404 Main Street, Suite 3<br>Wilmington, Massachusetts  01887-3631<br>Telephone: (978) 658-3388<br>Facsimile: (978) 694-4061 |
| Dennis A. Burke<br>LAW OFFICE OF DENNIS A. BURKE<br>3530 Camino Del Rio North, Suite 202<br>San Diego, California  92108-1745<br>Telephone: (619) 284-1180<br>Facsimile: (619) 283-1104 | Daniel Lynch<br>Ethan Preston<br>CIRIGNANI HELLER HARMAN & LYNCH<br>150 S. Wacker Dr. #2600<br>Chicago, Illinois  60606<br>Telephone: (312) 346-8700<br>Facsimile: (312) 896-5883 |
| Cindy Cohn<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, California  94100<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993 | Lawrence E. Feldman<br>LAWRENCE E. FELDMAN & ASSOCIATES<br>432 Tulpehocken Avenue<br>Elkins Park, Pennsylvania  19027<br>Telephone: (215) 885-3302<br>Facsimile: (215) 885-3303 |
| Donald J. Enright<br>FINKELSTEIN THOMPSON & LOUGHRAN<br>1050 30th Street, N.W.<br>Washington, D.C.  20007<br>Telephone: (202) 337-8000<br>Facsimile: (202) 337-8090 | Jason L. Solotaroff<br>GISKAN & SOLOTAROFF LLP<br>207 West 25th Street<br>New York, New York  10001<br>Telephone: (212) 847-8315<br>Facsimile: (212) 473-8096 |
| Robert S. Green<br>GREEN WELLING LLP<br>595 Market Street, Suite 2750<br>San Francisco, California  94105<br>Telephone: (415) 477-6700<br>Facsimile: (415) 477-6710 | Michael D. Halbfish<br>LAW OFFICES OF MICHAEL D. HALBFISH<br>245 Main Street<br>Woodbridge, New Jersey  07095<br>Telephone: (732) 636-4900<br>Facsimile: (732) 636-0573 |

| | |
|---|---|
| Alan Himmelfarb<br>LAW OFFICES OF ALAN HIMMELFARB<br>2757 Leonis Boulevard<br>Vernon, California 90058<br>Telephone: (323) 585-8696<br>Facsimile: (323) 585-8198 | Robert L. Brace<br>HOLLISTER & BRACE<br>1126 Santa Barbara Street<br>P.O. Box 630<br>Santa Barbara, California 93101<br>Telephone: (805) 963-6711 |
| Ira M. Press<br>KIRBY MCINERNEY & SQUIRE LLP<br>830 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 317-2000<br>Facsimile: (212) 751-2540 | Michael L. Kelly<br>KIRTLAND & PACKARD LLP<br>2361 Rosencrans Avenue, Fourth Floor<br>El Segundo, California 90245<br>Telephone: (310) 536-1001<br>Facsimile: (310) 536-1001 |
| Nicholas Koluncich, III<br>LAW OFFICE OF NICHOLAS KOLUNCICH, III<br>6804 Fourth Street, N.W.<br>Los Ranchos de Albuquerque, NM 87107<br>Telephone: (505) 345-0605<br>Facsimile: (505) 345-3925 | Robert I. Lax<br>ROBERT I. LAX & ASSOCIATES<br>535 Fifth Avenue, 21st Floor<br>New York, New York 10017<br>Telephone: (212) 818-9150<br>Facsimile: (212) 818-1266 |
| Reed R. Kathrein<br>LERACH COUGHLIN STOIA GELLER RUDMAN<br>  & ROBBINS LLP<br>100 Pine Street, 26th Floor<br>San Francisco, California 94111<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534 | Robert M. Rothman<br>LERACH COUGHLIN STOIA GELLER RUDMAN<br>  & ROBBINS LLP<br>200 Broadhollow Rd. Suite 406<br>Melville, New York 11747<br>Telephone: (631) 367-7100<br>Facsimile: (631) 367-1173 |
| Douglas A. Linde<br>Erica L. Allen<br>LINDE LAW FIRM<br>2029 Century Park East, Suite #1360<br>Los Angeles, California 90067<br>Telephone: (310) 203-9555<br>Facsimile: (310) 652-9555 | Stan S. Mallison<br>Hector R. Martinez<br>LAW OFFICES OF MALLISON & MARTINEZ<br>1042 Brown Avenue, Suite A<br>Lafayette, California 94549<br>Telephone: (925) 283-3842<br>Facsimile: (925) 283-3426 |
| Paul R. Huff<br>MARKSON PICO HUFF LLP<br>515 S Figueroa Street, Suite 1800<br>Los Angeles, California 90071<br>Telephone: (213) 895-4000<br>Facsimile: (213) 895-4376 | Peter Safirstein<br>MILBERG WEISS BERSHAD & SCHULMAN LLP<br>One Pennsylvania Avenue<br>New York, New York 10119<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229 |

| | |
|---|---|
| Wayne S. Kreger<br>William A. Baird<br>MILSTEIN ADELMAN & KREGER LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, California 90405<br>Telephone: (310) 396-9600<br>Facsimile: (310) 396-9635 | David Nester<br>NESTER & CONSTANCE, P.C.<br>123 West Washington Street<br>Belleville, Illinois 62220<br>Telephone: (618) 234-4440<br>Facsimile: (618) 234-6193 |
| Stephen Raff<br>Michael Raff<br>RAFF & RAFF LLP<br>30 Church Street<br>Paterson, New Jersey 07505<br>Telephone: (973) 742-1917<br>Facsimile: (973) 742-2454 | Brian J. Robbins<br>ROBBINS UMEDA & FINK LLP<br>610 West Ash Street, Suite 1800<br>San Diego, California 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991 |
| Ira P. Rothken<br>ROTHKEN LAW FIRM<br>1050 Northgate Dr., Suite 520<br>San Rafael, California 94903<br>Telephone: (415) 924-4250<br>Facsimile: (415) 924-2905 | Howard A. Snyder<br>LAW OFFICES OF HOWARD A. SNYDER<br>15165 Ventura Blvd., Suite 400<br>Sherman Oaks, California 91403<br>Telephone: (818) 461-1790<br>Facsimile: (818) 461-1793 |
| Philip A. Tortoreti<br>TORTORETI TOMES & CALLAHAN<br>150 Tices Lane<br>East Brunswick, New Jersey 08816<br>Telephone: (732) 257-9100<br>Facsimile: (732) 257-9012 | Robert I. Harwood<br>WECHSLER HARWOOD LLP<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 935-7400<br>Facsimile: (212) 753-3630 |
| Lynne M. Kizis<br>WILENTZ GOLDMAN & SPITZER<br>90 Woodbridge Center Drive, Suite 900<br>Woodbridge, New Jersey 07095<br>Telephone: (732) 636-8000<br>Facsimile: (732) 855-6117 | Joseph Levi<br>ZIMMERMAN LEVI & KORSINKSKY LLP<br>39 Broadway, Suite 1601<br>New York, New York 10006<br>Telephone: (212) 363-7500<br>Facsimile: (212) 363-7171 |
| Jeffrey S. Jacobson<br>DEBEVOISE & PLIMPTON<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6836 | Daniel M. Mandil, General Counsel<br>SONY BMG MUSIC ENTERTAINMENT<br>550 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 833-8000 |

| | |
|---|---|
| Leonard T. Nuara<br>THACHER PROFFITT & WOOD LLP<br>25 DeForest Avenue<br>Summit, New Jersey 07901<br>Telephone: (908) 598-5777 | Andrew C. DeVore<br>MANATT PHELPS & PHILLIPS LLP<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 790-4535 |
| Jeffrey Harris<br>RUBIN WINSTON DIERCKS HARRIS<br>  & COOKE LLP<br>Sixth Floor<br>1155 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 861-0870 | |