UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――― x
In re SONY BMG CD TECHNOLOGIES   :  Civil Action No. 1:05-cv-09575-NRB
LITIGATION                       :
                                 :  CLASS ACTION
―――――――――――――――――――――― :
                                 :
This Document Relates To:        :  NOTICE OF CORRECTION TO THE
                                 :  RICCIUTI CLASS REPRESENTATIVES'
    ALL ACTIONS.                 :  MEMORANDUM OF LAW IN SUPPORT
                                 x  OF MOTION FOR AN AWARD OF
―――――――――――――――――――――――             ATTORNEYS' FEES AND
                                    REIMBURSEMENT OF EXPENSES

Tom and Yvonne Ricciuti, Mary Schumacher, Robert Hull, Joseph Halpin, and Edwin Bonner (hereinafter referred to as "Ricciuti class representatives") hereby give notice of a correction to the Court and all parties regarding page 22 and 33 of The Ricciuti Class Representatives' Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Reimbursement of Expenses ("Memorandum"), electronically filed on April 6, 2006.  Ricciuti class representatives have removed three instances of "[full cite]" or "[full cite?]" that appeared in footnote 6 on page 22 and in the text on page 33 that were inadvertently included in the final version.  The corrected version of the Memorandum is attached hereto as Exhibit A.  Plaintiffs respectfully request this Court to substitute Exhibit A for the original Memorandum.

DATED:  April 7, 2006  					LERACH COUGHLIN STOIA GELLER
						  RUDMAN & ROBBINS LLP
						SAMUEL H. RUDMAN (SR-7957)
						ROBERT M. ROTHMAN (RR-6090)


						           /s/ ROBERT M. ROTHMAN
						            ROBERT M. ROTHMAN

						58 South Service Road, Suite 200
						Melville, NY  11747
						Telephone:  631/367-7100
						631/367-1173 (fax)

						LERACH COUGHLIN STOIA GELLER
						  RUDMAN & ROBBINS LLP
						REED R. KATHREIN
						JEFF D. FRIEDMAN
						SHANA E. SCARLETT
						100 Pine Street, Suite 2600
						San Francisco, CA  94111
						Telephone:  415/288-4545
						415/288-4534 (fax)

- 2 -

GREEN WELLING LLP
ROBERT S. GREEN
JENELLE WELLING
AVIN P. SHARMA
595 Market Street, Suite 2750
San Francisco, CA  94105
Telephone:  415/477-6700
415/477-6710 (fax)

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN
FRED von LOHMANN
KIRT OPSAHL
CORYNNE McSHERRY
454 Shotwell Street
San Francisco, CA  94110
Telephone:  415/436-9333
415/436-9993 (fax)

LAWRENCE E. FELDMAN & ASSOCIATES
LAWRENCE E. FELDMAN
432 Tulpehocken Avenue
Elkins Park, PA  19027
Telephone:  215/885-3302
215/885-3303 (fax)

Attorneys for Plaintiffs

T:\CasesSF\Sony NY\not00029783.doc

CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    /s/ SHANA E. SCARLETT
SHANA E. SCARLETT

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: ShanaS@lerachlaw.com

# Mailing Information for a Case 1:05-cv-09575-NRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sanford P. Dumain**
  sdumain@milbergweiss.com

- **Jeffrey S. Jacobson**
  jsjacobs@debevoise.com mmgrimes@debevoise.com

- **Scott Adam Kamber**
  skamber@kolaw.com

- **Jonathan K. Levine**
  jkl@girardgibbs.com
  dcg@girardgibbs.com;ams@girardgibbs.com;ale@girardgibbs.com;cme@girardgibbs.com;zml@girardgil

- **Ira M. Press**
  ipress@kmslaw.com

- **Shana Eve Scarlett**
  shanas@lerachlaw.com

- **Jason Louis Solotaroff**
  jsolotaroff@gslawny.com

- **Mark A. Strauss**
  mstrauss@kmslaw.com lmorris@kmslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Cindy A. Cohn
Legal Director of the Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

Lawrence E. Feldman
Lawrence E. Feldman & Associates
432 Tulpehocken Avenue
Elkins Park, PA 19027

Jeff D. Friedman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111

Daniel C. Girard
Girard, Gibbs & De Bartolomeo, L.L.P.
```

```
601 California Street
Suite 1400
San Francisco, CA 94108
```

**Robert S. Green**
```
Green Welling LLP
595 Market Street
Suite 2750
San Francisco, CA 94105
```

**Reed R. Kathrein**
```
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
```

**Elizabeth Pritzker**
```
Girard, Gibbs & De Bartolomeo, L.L.P.
601 California Street
Suite 1400
San Francisco, CA 94108
```

**Peter G.A. Safirstein**
```
Milberg Weiss Bershad & Schulman LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
```

**Jenelle Welling**
```
Green Welling LLP
595 Market Street
Suite 2750
San Francisco, CA 94105
```