UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x  **ELECTRONICALLY FILED**
:
:
:
In re SONY BMG CD Technologies Litigation        :  No. 05 CV 9575 (NRB)
:
:
:
------------------------------------------------------------- x


**CERTIFICATE OF SERVICE**


I, Marissa M. Grimes, associated with Debevoise & Plimpton LLP, attorneys for defendant, SONY BMG Music Entertainment, herein, certify:

I am over eighteen (18) years of age. On the 1st day of May 2006, I caused to be served copies of (1) Defendant SONY BMG Music Entertainment's Memorandum in Opposition to the "EFF Group's" Motion for the Award of Attorneys' Fees, (2) Declaration of Jeffrey S. Jacobson, Esq., in Opposition to the "EFF Group's Motion for the Award of Attorneys' Fees, and (3) Certificate of Service by first class mail to counsel for the other parties to this action at the following addresses:

| | |
|---|---|
| Scott A. Kamber<br>Kamber & Associates, LLC<br>19 Fulton Street, Ste. 400<br>New York, NY 10038 | Daniel C. Girard<br>Girard, Gibbs & De Bartolomeo, L.L.P.<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108 |
| Elizabeth Pritzker<br>Girard, Gibbs & De Bartolomeo, L.L.P. | Robert S. Green<br>Green Welling LLP |

| | |
|---|---|
| 601 California Street<br>Suite 1400<br>San Francisco, CA 94108 | 595 Market Street<br>Suite 2750<br>San Francisco, CA 94105 |
| Jenelle Welling<br>Green Welling LLP<br>595 Market Street<br>Suite 2750<br>San Francisco, CA 94105 | Jeff D. Friedman<br>Lerach Coughlin Stoia Geller Rudman &<br>Robbins LLP<br>100 Pine Street<br>Suite 2600<br>San Francisco, CA 94111 |
| Reed R. Kathrein<br>Lerach Coughlin Stoia Geller Rudman &<br>Robbins LLP<br>100 Pine Street<br>Suite 2600<br>San Francisco, CA 94111 | Cindy A. Cohn<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA 94110 |
| Lawrence E. Feldman<br>Lawrence E. Feldman & Associates<br>432 Tulpehocken Avenue<br>Elkins Park, PA 19027 | Peter G.A. Safirstein<br>Milberg Weiss Bershad & Schulman LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 |
| Leonard T. Nuara<br>Thacher, Proffitt & Wood LLP<br>25 DeForest Avenue<br>Summit, NJ 07901 | Andrew C. DeVore<br>Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, New York 10036 |

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2006.

_____
Marissa M. Grimes