UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SONY BMG CD<br>TECHNOLOGIES LITIGATION | ELECTRONICALLY FILED<br><br>Case No. 1:05-cv-09575-NRB |

NOTICE OF CORRECTION RE CLASS COUNSEL'S MEMORANDUM IN
OPPOSITION TO RICCIUTI CLASS REPRESENTATIVES' APPLICATION FOR
AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

| | |
|---|---|
| **GIRARD GIBBS**<br>**& De BARTOLOMEO LLP**<br>Daniel C. Girard (Pro Hac Vice)<br>Jonathan K. Levine (JL-8390)<br>Elizabeth C. Pritzker (Pro Hac Vice)<br>Aaron M. Sheanin (Pro Hac Vice)<br>601 California Street, Suite 1400<br>San Francisco, California 94108<br>Telephone: (415) 981-4800 | **KAMBER & ASSOCIATES, LLC**<br>Scott A. Kamber (SK-5794)<br>Dana B. Rubin (DR-8451)<br>19 Fulton Street, Suite 400<br>New York, NY  10038<br>Telephone: (877) 773-5469 |

*Class Counsel*

Class Counsel hereby give notice of a correction to the Court and all parties regarding their Memorandum In Opposition To Ricciuti Class Representatives' Application For Award Of Attorneys' Fees And Reimbursement Of Expenses ("Memorandum"), electronically filed on May 3, 2006 (Docket No. 110). Specifically, the original Memorandum lacked the appropriate Table of Contents and Table of Authorities. In addition, Class Counsel have corrected the short cite of the In re Heritage Bond Litig. case on page 12. The corrected version of Class Counsel's Memorandum is attached hereto Exhibit A. Class Counsel respectfully request this Court substitute Exhibit A for the original Memorandum.

DATED: May 4, 2006                    Respectfully submitted,

                                      **GIRARD GIBBS & De BARTOLOMEO LLP**

                                      By: _____ For Daniel C. Girard
                                      Daniel C. Girard (Pro Hac Vice)
                                      Jonathan K. Levine (JK-8390)
                                      Elizabeth C. Pritzker (Pro Hac Vice)
                                      Aaron M. Sheanin (Pro Hac Vice)
                                      601 California Street, Suite 1400
                                      San Francisco, California 94108
                                      Telephone: (415) 981-4800

                                      **KAMBER & ASSOCIATES LLC**
                                      Scott A. Kamber (SK-5794)
                                      Dana B. Rubin (DR-8451)
                                      19 Fulton Street, Suite 400
                                      New York, NY 10038
                                      Telephone: (877) 773-5469

                                      *Class Counsel*

Peter Safirstein
Jennifer Czeisler
**MILBERG WEISS BERSHAD & SCHULMAN LLP**
One Pennsylvania Avenue
New York, New York 10119
Telephone: (212) 594-5300

Ira M. Press
**KIRBY MCINERNEY & SQUIRE LLP**
830 Third Avenue
New York, New York 10022
Telephone: (212) 317-2000

Jason L. Solotaroff
**GISKAN & SOLOTAROFF LLP**
207 West 25th Street
New York, New York 10001
Telephone: (212) 847-8315

*Plaintiffs' Executive Committee Counsel*