UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SONY BMG CD<br>TECHNOLOGIES LITIGATION | **ELECTRONICALLY FILED**<br><br>Case No. 1:05-cv-09575-NRB |

## CERTIFICATE OF SERVICE

| | |
|---|---|
| **GIRARD GIBBS<br>  & De BARTOLOMEO LLP**<br>Daniel C. Girard (Pro Hac Vice)<br>Jonathan K. Levine (JL-8390)<br>Elizabeth C. Pritzker (Pro Hac Vice)<br>Aaron M. Sheanin (Pro Hac Vice)<br>601 California Street, Suite 1400<br>San Francisco, California 94108<br>Telephone: (415) 981-4800 | **KAMBER & ASSOCIATES, LLC**<br>Scott A. Kamber (SK-5794)<br>Dana B. Rubin (DR-8451)<br>19 Fulton Street, Suite 400<br>New York, NY  10038<br>Telephone:  (877) 773-5469 |

*Class Counsel*

1

## CERTIFICATE OF SERVICE

I, Zackary M. Lyons, hereby declare as follows:

I am employed by Girard Gibbs & De Bartolomeo, a Limited Liability Partnership, 601 California Street, Suite 1400, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. May 4, 2006, the following documents were filed using the Court's CM/ECF system (which will notify all CM/ECF registered counsel):

1) **NOTICE OF CORRECTION RE CLASS COUNSEL'S MEMORANDUM IN OPPOSITION TO RICCIUTI CLASS REPRESENTATIVES' APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES; and**

2) **CERTIFICATE OF SERVICE.**

I further declare and that on May 4, 2006, the same documents were served on the following:

### SEE ATTACHED SERVICE LIST

__XXX__  by placing the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth on the attached service list.

_____  by transmitting via facsimile the above listed document(s) to the fax number(s) set forth above on this date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed May 4, 2006, at San Francisco, California.

_____
Zackary M. Lyons

2

*May 4, 2006 Service List*

**In re Sony BMG CD Technologies Litigation**
S.D.N.Y. Case No. 1:05-cv-09575-NRB

| | |
|---|---|
| Cindy Cohn<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, California  94100<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993 | Lawrence E. Feldman<br>LAWRENCE E. FELDMAN & ASSOCIATES<br>432 Tulpehocken Avenue<br>Elkins Park, Pennsylvania  19027<br>Telephone: (215) 885-3302<br>Facsimile: (215) 885-3303 |
| Reed R. Kathrein<br>LERACH COUGHLIN STOIA GELLER RUDMAN<br>   & ROBBINS LLP<br>100 Pine Street, 26th Floor<br>San Francisco, California  94111<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534 | Robert M. Rothman<br>LERACH COUGHLIN STOIA GELLER RUDMAN<br>   & ROBBINS LLP<br>200 Broadhollow Rd. Suite 406<br>Melville, New York  11747<br>Telephone: (631) 367-7100<br>Facsimile: (631) 367-1173 |
| Leonard T. Nuara<br>THACHER PROFFITT & WOOD LLP<br>25 DeForest Avenue<br>Summit, New Jersey  07901<br>Telephone: (908) 598-5777 | Andrew C. DeVore<br>MANATT PHELPS & PHILLIPS LLP<br>7 Times Square<br>New York, New York  10036<br>Telephone: (212) 790-4535 |