UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x  **ELECTRONICALLY FILED**
                                                              :
                                                              :
                                                              :
In re SONY BMG CD Technologies Litigation          :   No. 05 CV 9575 (NRB)
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- x


**DECLARATION OF JENNIFER L. PARISER, ESQ., IN SUPPORT OF
FINAL APPROVAL OF THE SETTLEMENT**


**EXHIBITS A-C**

Exhibit A

| | |
|---|---|
| A STATIC LULLABY | NODESHA |
| ACCEPTANCE | OUR LADY PEACE |
| AMERIE | PATTY LOVELESS |
| AMICI FOREVER | SAHARA HOTNIGHTS |
| ANDERSON, KEITH | SANTANA |
| BABYFACE | SHELLEY FAIRCHILD |
| BACKSTREET BOYS | SILVERTIDE |
| BETTE MIDLER | STELLASTARR* |
| BILLIE HOLIDAY | STONE, ANGIE |
| BRICKMAN, JIM | SUSIE SUH |
| BRITNEY SPEARS | SWITCHFOOT |
| BUDDY JEWELL | THE BAD PLUS |
| BURT BACHARACH | THE CORAL |
| CASSIDY | THE DEAD 60S |
| CELION DION | T-PAIN |
| CHARLOTTE MARTIN | TREY ANASTASIO |
| CHAYANNE | VAN ZANT |
| CHIEFTAINS, THE | VELVET REVOLVER |
| CHRIS BOTTI | VIVIAN GREEN |
| CHRIS BROWN | WAKEFIELD |
| CITIZEN COPE | WILSON, CHARLIE |
| CLAY AIKEN | YOUNGBLOODZ |
| CYNDI LAUPER | YUNG WUN |
| DAVE MATTHEWS BAND | |
| DEVAUGHN, RAHEEM | |
| DIDO | |
| ELKLAND | |
| EMMA ROBERTS | |
| FAITHLESS | |
| FOO FIGHTERS | |
| FRANK SINATRA | |
| G3 | |
| GEORGE JONES | |
| GRAY, DAVID | |
| HAMILTON, ANTHONY | |
| JANE MONHEIT | |
| J-KWON | |
| JOHNSON, SYLEENA | |
| JON RANDALL | |
| JUDD & MAGGIE | |
| KASABIAN | |
| KEYS, ALICIA | |
| KINGS OF LEON | |
| KOTTKE, L./GORDON, M | |
| LIFE OF AGONY | |
| MAROON 5 | |
| MARY MARY | |
| MCLACHLAN, SARAH | |
| MONTGOMERY GENTRY | |
| NATASHA BEDINGFIELD | |
| NEIL DIAMOND | |
| NIVEA | |

Exhibit B

From:              class.settlement@sonybmg.com
Sent:
To:
Subject:           Class Action Settlement/Software Update Notice

***IMPORTANT LEGAL NOTICE/SOFTWARE UPDATE NOTICE***PLEASE READ*** (Please do not respond
to this email.  Responses will not be read.)

If You Bought, Received or Used a SONY BMG Music Entertainment CD Containing Either XCP or
Media Max Content Protection Software, Your Rights May Be Affected By a Class Action
Settlement, And You Should Download Updates For That Software.

What is this about?

A settlement has been proposed in a lawsuit brought against SONY BMG Music Entertainment,
Inc., SunnComm International Inc., and First 4 Internet, Ltd. ("Defendants").  The
lawsuit, In re SONY BMG CD Technologies Litigation, Case No. 1:05-cv-09575-NRB, is pending
in the United States District Court for the Southern District of New York and relates to
XCP and MediaMax content protection software installed on certain SONY BMG music CDs.

The Settlement resolves claims that the Defendants manufactured and sold CDs containing
XCP and MediaMax software without adequately disclosing the limitations the software
imposes on the use of the CDs and the security vulnerabilities it creates.  The Defendants
have denied that they did anything wrong.

Who Is Included, And What Does The Settlement Provide?

The settlement provides relief for persons who bought, received or used SONY BMG CDs with
either XCP or MediaMax software.  Under the settlement, any person in possession of an XCP
CD can exchange it for a replacement CD, an MP3 download of the same album, and either (a)
cash payment of $7.50 and one (1) free album download from a list of 200 albums, or (b)
three (3) free album downloads from that list.
Purchasers of CDs containing MediaMax 5.0 software will receive a free
MP3 download of the same album and one (1) additional free album download.  Purchasers of
CDs containing MediaMax 3.0 software will receive a free MP3 download of the same album.

The settlement also requires the Defendants to stop manufacturing SONY BMG CDs with XCP or
MediaMax 3.0 and 5.0 software and, until 2008: (1) make available updates to fix all known
security vulnerabilities caused by XCP and MediaMax software; (2) provide software
programs to uninstall XCP and MediaMax software safely; (3) fix any future security
vulnerabilities discovered in MediaMax and any other content protection software placed on
SONY BMG CDs; (4) provide independent verification that personal information about users
of SONY BMG CDs has not and will not be collected through XCP or MediaMax; (5) waive
certain provisions of the end user license agreements for XCP and MediaMax software; and
(6) ensure that any other content protection software will be clearly disclosed,
independently tested and readily uninstalled.

At 9:15a.m. on May 22, 2006, the Court will hold a hearing at the United States District
Court, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21A,
New York, New York 10007-1312, to decide whether to approve the settlement and the class
attorneys' fees and costs.

How Do I Participate In The Settlement?
If you bought or received a SONY BMG Music CD containing XCP or MediaMax software and want
to receive the relief you may be eligible for under the settlement, you must submit an
online claim form at www.sonybmgcdtechsettlement.com, or mail a claim form to:

SONY BMG CD Technologies Settlement
P.O. Box 1804, Faribault, MN 55021-1804

All claim forms must be submitted by December 31, 2006.

What Are My Other Options?

If you bought, received or used a SONY BMG Music CD containing XCP or MediaMax software, and you do not want to be legally bound by the settlement or receive a replacement CD, cash, free downloads or other relief, you must exclude yourself by May 1, 2006.  If you do not exclude yourself, certain of your claims against the Defendants that were or could have been asserted in the lawsuit will be released, meaning you may not be able to sue the Defendants for those claims.

To view the detailed legal Notice of Proposed Class Action Settlement, Motion for Attorneys' Fees and Settlement Fairness Hearing and to download the software updates, visit www.sonybmgcdtechsettlement.com.

You may obtain further information by contacting the claims administrator at the address above or by calling toll free 1-800-242-7610.

Exhibit C





User's Guide   XCP2_Unins…

My Documents   Presentation9

LiveNote SR

Acrobat
Reader 5.1

DeltaView

Microsoft Word

Microsoft Excel

Microsoft
PowerPoint

Microsoft
Access

D E B E V O I S E   &   P L I M P T O N   L L P

iPassConnect
Corporate

Internet
Explorer

My Network
Places

My Computer



**PLAYER**

**Jon Randall**
**Walking Among The Living**

MUSIC

| | |
|---|---|
| Baby Won't You Come Home | 03:26 |
| In The Country | 04:05 |
| North Carolina Moon | 05:02 |
| Somebody Else | 03:34 |
| Long Way Down | 04:11 |
| Whiskey Lullaby | 04:53 |
| Austin | 03:57 |
| I Shouldn't Do This | 03:49 |
| Reprise For Somebody Else | 00:55 |
| Coming Back For More | 03:31 |
| Lonely For Awhile | 04:48 |

| Baby Won't You Come Home | 00:00 |
|---|---|

**SONY BMG**
MUSIC ENTERTAINMENT

**CLASS ACTION SETTLEMENT**
XCP Software on this CD was installed on your computer, potentially exposing it to viruses and other malware created by third parties. As part of a class action settlement involving this CD, you may be entitled to cash and/or free music. To learn how to safely update or remove the software from your computer, and about these benefits and your legal rights, please click on this notice or visit www.sonybmgcdtechsettlement.com.

Recycle Bin

**start**   |   Microsoft PowerPoint …   |   Yahoo! Mail - matthe…   |   PLAYER   |   4:00 PM







DEBEVOISE & PLIMPTON LLP




User's Guide   XCP2_Unins...

My Documents   Presentation9

LiveNote SR

Acrobat Reader 5.1

DeltaView

Microsoft Word

Microsoft Excel

Microsoft PowerPoint

Microsoft Access

iPassConnect Corporate

Internet Explorer

My Network Places

My Computer

Recycle Bin

**PLAYER**

**Jon Randall**
**Walking Among The Living**

MUSIC

| | |
|---|---|
| Baby Won't You Come Home | 03:26 |
| In The Country | 04:05 |
| North Carolina Moon | 05:02 |
| Somebody Else | 03:34 |
| Long Way Down | 04:11 |
| Whiskey Lullaby | 04:53 |
| Austin | 03:57 |
| I Shouldn't Do This | 03:49 |
| Reprise For Somebody Else | 00:55 |
| Coming Back For More | 03:31 |
| Lonely For Awhile | 04:48 |

Baby Won't You Come Home                    00:00

SONY BMG
MUSIC ENTERTAINMENT

**THIS CD RECALLED**
XCP Software on this CD was installed on your computer, potentially exposing it to viruses and other malware created by third parties. As part of a class action settlement involving this CD, you may be entitled to cash and/or free music. To learn how to safely update or remove the software from your computer, and about these benefits and your legal rights, please click on this notice or visit www.sonybmgcdtechsettlement.com.

 start    Microsoft PowerPoint ...    Yahoo! Mail - matthe...    PLAYER    4:00 PM















