UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re SONY BMG CD TECHNOLOGIES LITIGATION | : : : : | Civil Action No. 1:05-cv-09575-NRB<br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | : : : : : | REPLY DECLARATION OF REED R. KATHREIN, ESQ. IN SUPPORT OF RICCIUTI CLASS REPRESENTATIVES' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES |

I, REED R. KATHREIN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:  A draft of the proposed Final Order and Judgment in the above-captioned case, provided to the counsel for the Ricciuti class representatives by counsel for Sony BMG Music Entertainment at the offices of Debevoise & Plimpton LLP, in New York, New York, on December 18, 2006 in New York; and

Exhibit B:  A redlined version of the draft of the proposed Final Order and Judgment (Exhibit A), compared to the final version of the Final Order and Judgment, which was Exhibit B to the Settlement Agreement, which was in turn Exhibit C to the Affidavit of Elizabeth C. Pritzker in Support of Plaintiffs' Application for Preliminary Approval of Class Action Settlement, filed with the Court on December 28, 2005.

3. A member of my law firm has reviewed the submissions of the other plaintiffs' counsel in support of their application for attorneys' fees, including those of Girard Gibbs & De Bartolomeo and Kamber & Associates, LLC. These submissions show that $1.46 million dollars out of approximately $1.6 in claimed fees do not have supporting detailed contemporaneous time records.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. Executed this 12 day of May, 2006, at San Francisco, California.

      /s/ Reed R. Kathrein
      REED R. KATHREIN

T:\CasesSF\Sony NY\dec00030929.doc

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Reed R. Kathrein
REED R. KATHREIN

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: ReedK@lerachlaw.com

Civil • Criminal • Query • Reports • Utilities • Logout 

# Mailing Information for a Case 1:05-cv-09575-NRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sanford P. Dumain**
  sdumain@milbergweiss.com

- **Jeffrey S. Jacobson**
  jsjacobs@debevoise.com mmgrimes@debevoise.com

- **Scott Adam Kamber**
  skamber@kolaw.com

- **Jonathan K. Levine**
  jkl@girardgibbs.com dcg@girardgibbs.com;ams@girardgibbs.com;ale@girardgibbs.com;
  cme@girardgibbs.com;zml@girardgibbs.com;ajd@girardgibbs.com

- **Ira M. Press**
  ipress@kmslaw.com

- **Shana Eve Scarlett**
  shanas@lerachlaw.com

- **Jason Louis Solotaroff**
  jsolotaroff@gslawny.com

- **Mark A. Strauss**
  mstrauss@kmslaw.com lmorris@kmslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Cindy A. Cohn
```

Legal Director of the Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

**Lawrence E. Feldman**
Lawrence E. Feldman & Associates
432 Tulpehocken Avenue
Elkins Park, PA 19027

**Jeff D. Friedman**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111

**Daniel C. Girard**
Girard, Gibbs & De Bartolomeo, L.L.P.
601 California Street
Suite 1400
San Francisco, CA 94108

**Robert S. Green**
Green Welling LLP
595 Market Street
Suite 2750
San Francisco, CA 94105

**Reed R. Kathrein**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111

**Elizabeth Pritzker**
Girard, Gibbs & De Bartolomeo, L.L.P.
601 California Street
Suite 1400
San Francisco, CA 94108

**Peter G.A. Safirstein**
Milberg Weiss Bershad & Schulman LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119

**Jenelle Welling**

```
Green Welling LLP
595 Market Street
Suite 2750
San Francisco, CA 94105
```