# Exhibit E

**From:** Cindy Cohn <cindy@eff.org>
**To:** Elizabeth Pritzker <ecp@girardgibbs.com>, Esq.' 'Scott A. Kamber <skamber@kolaw.com>
**Date:** 12/21/2005 3:32:28 PM
**Subject:** [SonyDRM-priv] proposed banners

Scott and Elizabeth,

Here are my proposals for banner ad language for the three technologies. We've been trying to take a look at the banners to see how many words we can reasonably ask to have put there, but running into technical problems (SunnComm's uninstaller does not appear to work very well, and their tech support to us about it has been abysmal).

As for the other documents, we're still waiting on one document from you. For the others, my co-counsel will not be able to review them until

Please get back to me to answer my other questions before the end of today.

Cindy

5.0

Security Notice: This CD has installed software on your computer that may adversely affect the security of your computer and that requires immediate patching or uninstallation by you. Please go here (link) to receive the patch or uninstaller, and to learn how to obtain a free download of the music on this CD in MP3 format as well as a free additional album, as part of the settlement of a lawsuit arising from this problem.

XCP

Security Notice: This CD has installed software on your computer that may adversely affect the security of your computer and that requires immediate patching or uninstallation by you. Please go here (link) to receive the patch or uninstaller, and to learn how to exchange this CD for one without the security problem and how to obtain a cash settlement and/or free music downloads as part of the settlement of a lawsuit arising from this problem.

3.0

Notice: This CD has installed software on your computer that is the subject of a lawsuit settlement. Please go here (link) to to learn how to obtain a free download of the music on this CD in MP3 format as part of the settlement of a lawsuit arising from this problem.

```
*********************************************************
```
Cindy Cohn                                    ---- Cindy@eff.org  
Legal Director                                ---- www.eff.org  
Electronic Frontier Foundation  
454 Shotwell Street  
San Francisco, CA 94110  
(415) 436-9333 x108  
(415) 436-9993 (fax)_____  
SonyDRM-priv mailing list  
SonyDRM-priv@eff.org  
https://falcon.eff.org/mailman/listinfo/sonydrm-priv  

```
*********************************************************
```
Cindy Cohn                                    ---- Cindy@eff.org  
Legal Director                                ---- www.eff.org  
Electronic Frontier Foundation  
454 Shotwell Street  
San Francisco, CA 94110  
(415) 436-9333 x108  
(415) 436-9993 (fax)  

_____  
SonyDRM-priv mailing list  
SonyDRM-priv@eff.org  
https://falcon.eff.org/mailman/listinfo/sonydrm-priv