# Exhibit G

**From:**      Cindy Cohn <cindy@eff.org>
**To:**        "Cunard, Jeffrey P." <jpcunard@debevoise.com>
**Date:**      1/3/2006 3:52:07 PM
**Subject:**   Re: [SonyDRM-priv] Happy New Year and resuming discussions

Hi Jeff,

I am not coming for the preliminary approval hearing.  Unfortunately
it conflicts with a long-scheduled event.  But Kurt Opsahl will be
coming and he can come early to meet with you on Thursday.  I can be
available by phone on Thursday, if need be, but Kurt has full
authority from EFF.

Cindy

On Jan 3, 2006, at 2:30 PM, Cunard, Jeffrey P. wrote:

> Greeting to you, as well, Cindy.
>
> Are you coming to NY for the preliminary approval hearing this Friday?
> If so, perhaps we could get together on Thursday, at least to talk
> about
> settlement notice issues and also to discuss how best to proceed on
> the
> bigger DRM discussions.
>
> Jeff
>
> -----Original Message-----
> From: Cindy Cohn [mailto:cindy@eff.org]
> Sent: Tuesday, January 03, 2006 2:16 PM
> To: Jacobson, Jeffrey S.; Keller, Bruce P.; Cunard, Jeffrey P.
> Subject: Happy New Year and resuming discussions
>
>
> Dear Jeff, Jeff and Bruce,
>
> I hope you all had a happy and at least somewhat restful holiday.
>
> I'd like to see if we could schedule our continued discussions.  I
> think there are 2 tracks, although we're happy to combine them.
>
> 1.  Notice issues in the settlement: banner ads, landing page, CD
> jewel case.  I think these need to take place rather quickly so that
> we can tell the court the specifics and get the notice started in
> earnest.
>
> 2.  Bigger DRM discussions.  I've asked Fred to join for those,
> probably in my stead.
>
> What works for you?  We'd love to invite you and the necessary folks
> at Sony (we think Mr. Hesse is one important person to include in
> these discussions although there are likely others as well) to leave
> cold and snowy east coast and come to the lovely and scenic Bay area
> for at least the bigger discussions.
>


```
> Cindy
> ********************************************************
> Cindy Cohn                              ---- Cindy@eff.org
> Legal Director                          ---- www.eff.org
> Electronic Frontier Foundation
> 454 Shotwell Street
> San Francisco, CA 94110
> (415) 436-9333 x108
> (415) 436-9993 (fax)
>
>
>

********************************************************
Cindy Cohn                              ---- Cindy@eff.org
Legal Director                          ---- www.eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333 x108
(415) 436-9993 (fax)
```

---

SonyDRM-priv mailing list
SonyDRM-priv@eff.org
https://falcon.eff.org/mailman/listinfo/sonydrm-priv


**CC:**            "Jacobson, Jeffrey S." <jsjacobson@debevoise.com>, "Keller,Bruce P." <bpkeller@debevoise.com>