# Exhibit I

# REDACTED

Begin forwarded message:

> From: "Jacobson, Jeffrey S." <jsjacobson@debevoise.com>
> Date: February 1, 2006 5:30:59 PM PST
> To: <cindy@eff.org>, "Kurt Opsahl" <kurt@eff.org>
> Cc: "Scott A. Kamber, Esq." <skamber@kolaw.com>, "Daniel Girard"
> <DCG@girardgibbs.com>, "Aaron Sheanin" <AMS@girardgibbs.com>,
> "Cunard, Jeffrey P." <jpcunard@debevoise.com>
> Subject: Settlement website
>
> Cindy & Kurt,
>
> It had been my intent to give you access today to Rust's
> under-construction settlement website.  Unfortunately, the progress of
> that site did not make it far enough for it to have made sense to do
> that.  Rust is going to be working long into the night tonight, and I
> expect things will have improved considerably - hopefully by late
> tomorrow, certainly by Friday.  So, the bad news is that I don't have
> anything to show you at this moment.  The good news is that I think
> you
> will be pleased with the structured interview format when you see it.
>
> We'll talk to you tomorrow at the appointed hour.
>
> Thanks!
>
> JJ

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Cindy Cohn                                ---- Cindy@eff.org
Legal Director                            ---- www.eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333 x108
(415) 436-9993 (fax)

---

SonyDRM-priv mailing list
SonyDRM-priv@eff.org
https://falcon.eff.org/mailman/listinfo/sonydrm-priv