# Exhibit J

# REDACTED

Begin forwarded message:

From: "Cunard, Jeffrey P." <jpcunard@debevoise.com>
Date: February 2, 2006 4:10:30 PM PST
To: "Cindy Cohn" <cindy@eff.org>, "Kurt Opsahl" <kurt@eff.org>
Subject: FW: banner notice

Resending now.
From: "Jacobson, Jeffrey S." <jsjacobson@debevoise.com>
Date: February 1, 2006 10:15:18 AM PST
To: "Scott A. Kamber, Esq." <skamber@kolaw.com>, <DCG@girardgibbs.com>, <AMS@girardgibbs.com>, "Cindy Cohn" <cindy@eff.org>, "Kurt Opsahl" <kurt@eff.org>
Cc: "Cunard, Jeffrey P." <jpcunard@debevoise.com>, "Grimes, Marissa M." <mmgrimes@debevoise.com>
Subject: banner notice


These are the banners that we propose to display when XCP CDs and banner-equipped MediaMax CDs are inserted into computers with active internet connections. The "A" and "B" banners will rotate, so the effect will be that "Class Action Settlement" and "This CD Recalled" will alternate/flash on XCP CDs, and "Class Action Settlement" and "Important Software Update" will flash on MediaMax CDs.

Please let me know if you have any comments.

Jeffrey S. Jacobson, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6479 (direct dial)
(212) 521-7479 (direct fax)
jsjacobson@debevoise.com



**SONY BMG MUSIC ENTERTAINMENT**

**CLASS ACTION SETTLEMENT**
Software on this CD was installed on your computer, potentially exposing it to viruses and other malware created by third parties. As part of a class action settlement involving this CD, you may be entitled to cash and/or free music. To learn how to safely update or remove the software from your computer, and about these benefits and your legal rights, please click on this notice or visit www.sonybmgcdtechsettlement.com.



**CLASS ACTION SETTLEMENT**

Software on this CD was installed on your computer, potentially exposing it to viruses and other malware created by third parties. As part of a class action settlement involving this CD, you may be entitled to cash and/or free music. To learn how to safely update or remove the software from your computer, and about these benefits and your legal rights, please click on this notice or visit www.sonybmgcdtechsettlement.com.



**IMPORTANT SOFTWARE UPDATE**

Software on this CD was installed on your computer, potentially exposing it to viruses and other malware created by third parties. As part of a class action settlement involving this CD, you may be entitled to cash and/or free music. To learn how to safely update or remove the software from your computer, and about these benefits and your legal rights, please click on this notice or visit www.sonybmgcdtechsettlement.com.



**THIS CD RECALLED**

Software on this CD was installed on your computer, potentially exposing it to viruses and other malware created by third parties. As part of a class action settlement involving this CD, you may be entitled to cash and/or free music. To learn how to safely update or remove the software from your computer, and about these benefits and your legal rights, please click on this notice or visit www.sonybmgcdtechsettlement.com.