# Exhibit K

# REDACTED

Begin forwarded message:

> From: "Jacobson, Jeffrey S." <jsjacobson@debevoise.com>
> Date: February 3, 2006 6:57:29 AM PST
> To: "Cindy Cohn" <cindy@eff.org>, "Kurt Opsahl" <kurt@eff.org>
> Cc: "Cunard, Jeffrey P." <jpcunard@debevoise.com>, "Scott A.
> Kamber, Esq." <skamber@kolaw.com>, "Daniel Girard"
> <DCG@girardgibbs.com>
> Subject: Anti-virus companies
>
> Cindy & Kurt,
>
> If you have ideas as to the anti-virus company websites to which you
> think SONY BMG should provide links on its uninstaller/update pages,
> please advise ASAP.
>
> Thanks.
>
> JJ


--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Cindy Cohn                              ---- Cindy@eff.org
Legal Director                          ---- www.eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333 x108
(415) 436-9993 (fax)