# Exhibit L

# REDACTED

Begin forwarded message:

> From: "Jacobson, Jeffrey S." <jsjacobson@debevoise.com>
> Date: February 7, 2006 4:19:37 PM PST
> To: "Cindy Cohn" <cindy@eff.org>
> Cc: "Scott A. Kamber, Esq." <skamber@kolaw.com>, "Aaron Sheanin"
> <AMS@girardgibbs.com>, "Kurt Opsahl" <kurt@eff.org>, "Jeff
> Friedman" <JFriedman@lerachlaw.com>, "Cunard, Jeffrey P."
> <jpcunard@debevoise.com>, "Keller, Bruce P."
> <bpkeller@debevoise.com>, "Grimes, Marissa M."
> <mmgrimes@debevoise.com>, "Finneran, Terrence"
> <tfinneran@debevoise.com>
> Subject: RE: Settlement Administration Website
>
> Cindy,
>
> Some fast responses, below.
>
> 1.  The landing page doesn't even mention, much less prominently,
> that there are security problems, or that people need to patch their
> systems or uninstall.  An average person wouldn't know that they
> needed to follow the link to updates/uninstallers.  The Notice is
> much better on that point, but many people coming to the website will
> not have received the notice first.
>
> We'll think about whether to put something on the landing page.
> This doesn't seem like a big issue to me, however, because people
> who have installed the software on their computer can't actually
> file a claim unless they have run the update/uninstaller.
>
> And the Notice should be in
> HTML, not .PDF (or maybe offer both) to facilitate people actually
> reading it (and able to easily follow the links)
>
> I believe that people can follow the links from the notice even in
> PDF form.  I'll check.  If not, I'll see whether it can be
> published as HTML.
>
>
> 2. The landing page should have a prominent link to the list of
> affected CDs.  Again, many people will visit this website without
> knowing whether their CDs are impacted and the list doesn't come up
> until you start filling out the claim form.
>
> That's a good idea.
>
> 3.  I assume that you're working to improve the structured interview
> for the "Instructions" page. Once you get into it, it's pretty good
> (I've only stepped through for an XCP disk as yet and need to look

> more closely), but the first page is dense and legalistic. It would
> be difficult for the average person to follow.
>
> Can you be more specific about what you think is "dense and
> legalistic"?
>
> 4. Why do you ask whether you used the CD on your computer and
> whether people use Microsoft Windows? This could lead people to
> think that they do not get the benefits unless they have used it on
> their computer and used Microsoft Windows and of course that is not
> the case since the class is defined by people who purchased,
> received, etc. the CDs. I think you should remove those two
> questions. If you want the information for other purposes, it should
> be asked later and in a place where you make clear that the response
> will have no effect on eligibility for the benefits.
>
> I disagree with you on this. We ask people whether they used the
> CD on their computer and whether they use Windows in order to
> determine whether they need to run the update/uninstaller. If a
> class member answers "no" to either question, s/he goes immediately
> to the claims page, bypassing the uninstaller/update page. There's
> no way a class member could think s/he's not entitled to collect if
> s/he answers "no."
>
> 4. The claim form process should have a prominent link to the
> uninstallers/updates where you have people attest that they've done
> it.
>
> I think this is already pretty clear. How would you improve it?
>
> 5. I find it very disappointing that you do not offer downloads for
> the incentive music from anyone who offers MP3 downloads like eMusic
> or MP3tunes. I believe we discussed this and you indicated that you
> would endeavor to make that happen. What happened? I can attempt to
> make those connections for you if that would help. You will get
> criticized for giving people a "benefit" arising from the use of bad
> DRM that is a DRM'd song.
> We have fully complied with the Settlement Agreement's terms in
> this regard.
>
>

***********************************************************
Cindy Cohn                      ---- Cindy@eff.org
Legal Director                  ---- www.eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333 x108
(415) 436-9993 (fax)

---

SonyDRM-priv mailing list
SonyDRM-priv@eff.org
https://falcon.eff.org/mailman/listinfo/sonydrm-priv