# Exhibit M

**From:** Cindy Cohn <cindy@eff.org>
**To:** "Jeffrey S. Jacobson" <jsjacobson@debevoise.com>, "Jeffrey P. Cunard" <jpcunard@debevoise.com>, Bruce Schneier <schneier@counterpane.com>, "Marissa M. Grimes" <mmgrimes@debevoise.com>, Terrence Finneran <tfinneran@debevoise.com>
**Date:** 2/8/2006 12:17:00 PM
**Subject:** [SonyDRM-priv] Settlement Administration Website

Jeff,

Here are some more comments. More to come. We agree with Scott that the site needs to be clearer about why it is collecting personal information and what will happen to it.

First, Larry Feldman, one of our co-counsel, runs dmusic.com (www.dmusic.com), which offers MP3 downloads. He has agreed to host the downloads if he is reimbursed for the cost of loading the mp3s and any extra bandwidth costs he incurs. We think this is a very reasonable offer and consistent with the language and spirit of the settlement agreement.

Now, more specifics

1. <https://secureweb.rustconsulting.com/WebTest/SonyBMG/Claim.aspx>
a. Should say something about how privacy will be protected for the info provided.
b. Why is email address required info?

2. <https://secureweb.rustconsulting.com/WebTest/SonyBMG/Instructions.aspx>
a. Should have links to the lists of CDs.
b. The ALL CAPS would be more noticable and easier to read in bold.

3. <https://secureweb.rustconsulting.com/WebTest/SonyBMG/index.htm>
a. Why not put the PDF in HTML as well - so people can read without Acrobat.
b. Should be at least SOMETHING about the security vulnerability. i.e. "If you have played a CD on your computer that contains either XCP or MediaMax 5.0 content protection software on it, you need to patch your computer or uninstall the software immediately to lower your risk of security vulnerabilities. " In bold, near the top.

4. Pages not found
FAQ
<https://secureweb.rustconsulting.com/WebTest/SonyBMG/Faq.htm>
Other Settlement Docs
<https://secureweb.rustconsulting.com/WebTest/SonyBMG/Docs.htm>

5. <https://secureweb.rustconsulting.com/WebTest/SonyBMG/Updates.htm>
Should have lists of the CDs.

6. <https://secureweb.rustconsulting.com/WebTest/SonyBMG/VerifyUPC.aspx>
I did a test person, and said I had Angie Stone's disc. It then told me "If the UPC on your CD(s) does not match the UPC(s) shown above or if your CD does not have one of the grid(s) shown above, your CD does not have XCP or MediaMax content protection software and you are not eligible to file a claim."

Angie Stone's disc "does not have one of the grid(s) shown above." See
<http://www.eff.org/IP/DRM/Sony-BMG/img/stonelove_close.jpg>

It also has a UPC slightly different from that listed.
<http://www.eff.org/IP/DRM/Sony-BMG/img/stonelove_back.jpg>

However, it nevertheless has MediaMax and a purchaser is eligible to
file a claim.
See generally <http://www.eff.org/IP/DRM/Sony-BMG/mediamaxpics.php>

7. <https://secureweb.rustconsulting.com/WebTest/SonyBMG/Edit2.aspx>
Bold is clearer than ALL CAPS.

8. https://secureweb.rustconsulting.com/WebTest/SonyBMG/
SoftwareVerification.aspx
This should have a link to uninstall in the text, not just above. In
reality, people cease to see the top banners after the first few pages

9. https://secureweb.rustconsulting.com/WebTest/SonyBMG/
SoftwareVerification.aspx
https://secureweb.rustconsulting.com/WebTest/SonyBMG/
SoftwareVerification.aspx

Should both say "Your response to this will not affect your
eligibility for benefits."

10. https://secureweb.rustconsulting.com/WebTest/SonyBMG/Benefits.aspx
This page should be clearer that BOTH choices are available. I would
put an "and" after the first box: "I want to receive an MP3 download
of the same album, and"

11. Attached is a stab at making the Instructions page less "dense
and legalistic" It's not perfect because we're on such short notice
but hopefully you get the idea.


**CC:**          Daniel Girard <DCG@girardgibbs.com>, "Kamber Esq. Kamber"
<skamber@kolaw.com>, Elizabeth Pritzker <ecp@girardgibbs.com>

## INSTRUCTIONS

If you bought or have a Sony BMG Music Entertainment CD containing either XCP or MediaMax content protection software, you may be eligible to file a claim for the following benefits:

- **XCP:**

    **You get a benefit if:** you have a SONY BMG CD with XCP content protection software, or have already returned such a CD to Sony BMG or to the place of purchase. Click here to see a list of CDs with XCP on them. (LINK)

    **What you get:** you may receive a replacement CD, a free download of the music on the CD, and software fixes for known security vulnerabilities. In addition, you may choose to receive either
    (i) a cash payment of $7.50 and one (1) free album download from CONNECT Music, f.y.e., iTunes, or Wal-Mart;
    or (ii) three (3) free album downloads from CONNECT Music, f.y.e., iTunes, or Wal-Mart. □

    **MediaMax:**
    **You get a benefit if:** you bought or have a SONY BMG CD with MediaMax content protection software. Click here to see a list of CDs with MediaMax on them. Your benefit differs depending on the version.
    **For Version 3.0:** you will receive free downloads of the music on the CD and software fixes for known security vulnerabilities.
    **For Version 5.0.** you will receive free downloads of the music on the CD and software fixes for known security vulnerabilities, plus one (1) free album download from CONNECT Music, f.y.e., iTunes, or Wal-Mart.

If you believe that you are eligible to make a claim and would like your claim to be considered by the Settlement Administrator, please continue by clicking the button below. □□**Please keep the following in mind before registering your claim:** □

- Your claim must be submitted by December 31, 2006. You can submit the claim one of 2 ways:

    1) on this website by 11:59 pm on December 31, 2006. Click here to get started.
    2) By mailing in a hard copy claim form by (a) clicking <u>here</u>, (b) calling 1-800-242-7610 and requesting that a claim form be mailed to you, or (c) sending a written request to SONY BMG CD Technologies Settlement Administrator, P.O Box 1804, Faribault, MN 55021-1804. If you submit a hard copy Claim Form, the envelope must be postmarked no later than December 31, 2006. □
- Filing your claim will require that you submit either your CD, copies of proof of

purchase, or other purchase documentation to the Settlement Administrator. Any submission that is required for the acceptance of your claim must be postmarked within thirty (30) days of completing the online claim form. You will receive further instruction regarding the documentation required to submit your claim in the claim-filing sections of this website.☐**IF YOU FAIL TO SUBMIT YOUR CD OR PROOF OF RETURN WITHIN THIRTY (30) DAYS OF COMPLETING THE ONLINE CLAIM FORM, THE SETTLEMENT ADMINISTRATOR MAY REJECT YOUR CLAIM AS INCOMPLETE. IF YOUR CLAIM IS REJECTED AS INCOMPLETE, YOU MAY FILE A NEW CLAIM.** ☐

. If you wish to retain copies of the claim you submitted, print each page before you continue. ☐

If your mailing address changes after you submit your claim, please provide your new mailing address to the Settlement Administrator at the address below. Your change of address should also be filed with the U.S. Postal Service. ☐