UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re SONY BMG CD TECHNOLOGIES LITIGATION | : : : : | Civil Action No. 1:05-cv-09575-NRB <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | : : : : : : | NOTICE OF CORRECTION TO THE REPLY DECLARATION OF J. ALEX HALDERMAN IN SUPPORT OF RICCIUTI CLASS REPRESENTATIVES' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES |

Tom and Yvonne Ricciuti, Mary Schumacher, Robert Hull, Joseph Halpin, and Edwin Bonner (hereinafter referred to as "Ricciuti class representatives") hereby give notice of a correction to the Court and all parties regarding the Reply Declaration of J. Alex Halderman in Support of Ricciuti Class Representatives' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses ("Declaration").  Due to an administrative error, a draft version of the Declaration was inadvertently filed on May 12, 2006.  The correct version of the Declaration is attached hereto as Exhibit A.  The Ricciuti class representatives respectfully request this Court to substitute Exhibit A for the originally filed Declaration.

DATED:  May 16, 2006  
LERACH COUGHLIN STOIA GELLER  
  RUDMAN & ROBBINS LLP  
REED R. KATHREIN  
JEFF D. FRIEDMAN  
SHANA E. SCARLETT  

s/ Reed R. Kathrein  
REED R. KATHREIN  

100 Pine Street, Suite 2600  
San Francisco, CA  94111  
Telephone:  415/288-4545  
415/288-4534 (fax)  

LERACH COUGHLIN STOIA GELLER  
  RUDMAN & ROBBINS LLP  
SAMUEL H. RUDMAN (SR-7957)  
ROBERT M. ROTHMAN (RR-6090)  
58 South Service Road, Suite 200  
Melville, NY  11747  
Telephone:  631/367-7100  
631/367-1173 (fax)

- 2 -

GREEN WELLING LLP
ROBERT S. GREEN
JENELLE WELLING
AVIN P. SHARMA
595 Market Street, Suite 2750
San Francisco, CA  94105
Telephone:  415/477-6700
415/477-6710 (fax)

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN
FRED von LOHMANN
KIRT OPSAHL
CORYNNE McSHERRY
454 Shotwell Street
San Francisco, CA  94110
Telephone:  415/436-9333
415/436-9993 (fax)

LAWRENCE E. FELDMAN & ASSOCIATES
LAWRENCE E. FELDMAN
432 Tulpehocken Avenue
Elkins Park, PA  19027
Telephone:  215/885-3302
215/885-3303 (fax)

Attorneys for Plaintiffs

T:\CasesSF\Sony NY\E-File\Re-eFile 05.16.06\not00031023.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                 s/ Reed R. Kathrein
                                                 REED R. KATHREIN

                                                 LERACH COUGHLIN STOIA GELLER
                                                            RUDMAN & ROBBINS LLP
                                                 655 West Broadway, Suite 1900
                                                 San Diego, CA  92101
                                                 Telephone:  619/231-1058
                                                 619/231-7423 (fax)
                                                 E-mail: ReedK@lerachlaw.com