UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SONY BMG CD<br>TECHNOLOGIES LITIGATION | Case No. 1:05-cv-09575-NRB |

## NOTICE OF CHANGE OF FIRM NAME

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** effective June 1, 2006, Girard Gibbs & De Bartolomeo LLP will change its name to Girard Gibbs LLP. All future reference to the firm in this matter should be to Girard Gibbs LLP. Contact information for the firm and its lawyers and the composition of the partnership remain the same.

Dated: May 23, 2006

Respectfully submitted,

**GIRARD GIBBS LLP**

By:   */s/ Aaron M. Sheanin*
Aaron M. Sheanin (Pro Hac Vice)

Daniel C. Girard (Pro Hac Vice)
Elizabeth C. Pritzker (Pro Hac Vice)
601 California Street, Suite 1400
San Francisco, California  94108
Telephone:    (415) 981-4800
Facsimile:    (415) 981-4846

*Class Counsel*

1

## CERTIFICATE OF SERVICE

I, Zackary M. Lyons, hereby declare as follows:

I am employed by Girard Gibbs, a Limited Liability Partnership, 601 California Street, Suite 1400, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On May 23, 2006, the attached document was filed with the Clerk of the Court using the Court's CM/ECF system:

## NOTICE OF CHANGE OF FIRM NAME

This will notify all CM/ECF registered counsel of said filing, specifically the following:

| | |
|---|---|
| Sanford P. Dumain<br>sdumain@milbergweiss.com | Jeffrey S. Jacobson<br>jsjacobs@debevoise.com, mmgrimes@debevoise.com |
| Scott Adam Kamber<br>skamber@kolaw.com | Ira M. Press<br>ipress@kmslaw.com |
| Shana Eve Scarlett<br>shanas@lerachlaw.com | Jason Louis Solotaroff<br>jsolotaroff@gslawny.com |
| Mark A. Strauss<br>mstrauss@kmslaw.com,<br>lmorris@kmslaw.com | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed this 23rd day of May, 2006, at San Francisco, California.

_____
Zackary M. Lyons

2