United States District Court
Southern District of New York

IN RE
SONY BMG CD TECHNOLOGIES
-v- LITIGATION

Document # _____

U.S.C.A. # **06-0612-CV**

U.S.D.C. # **05CV09575**

U.S.D.J.: **NRB**

Date: **6/20/06**

## Notice to the Docket Clerk

*U.S. DISTRICT COURT FILED JUN 20 2006 S.D. OF N.Y.*

(___) Original Record        (X) /s/ Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A. for the Second Circuit on the 20th Day of June, 2006.

United States District Court for
the Southern District of New York

Date 6/20/06

IN RE
SONY BMG CD TECHNOLOGIES LITIGATION
-V-

U.S.C.A.# 06-0612-CV

U.S.D.C.# 05CV09575

D.C. Judge NRB

1st Supplemental Index To The Record On Appeal

Prepared by (Name): CINDY GUGG
Firms Name: BRAUNZE BARON ROSENZWEIG + KLEIN LLP
Firms Address: 61 BROADWAY, 18th FLR
City, State & Zip: New York, NY 10006
Firms Phone#: 212-797-9100

District Court Docket Entries
Document Description                                               Doc.#

1) Supplemental Clerk's Certificate                                  0
2) AFFIDAVIT                                                        16
3) TRANSCRIPT                                                       20
4) MOTION                                                           24
5) _____                          _____
6) _____                          _____
7) _____                          _____
8) _____                          _____
9) _____                          _____
10) _____                         _____

United States District Court for
the Southern District of New York

Date 6/20/06

IN RE
Sony BMG CD Technologies
Litigation
-V-

U.S.C.A. # 06-0612-CV

U.S.D.C. # 05CV09575

D.C. JUDGE NRB

## 1st Supplemental Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered 1 Through 227, inclusive, constitute the Supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 20th Day of June In this year of our Lord, Two Thousand and Six, and the Independence of the United States this 230th year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

United States District Court for
the Southern District of New York

Date: 6/20/06

---

In Re
Sony BMG CD Technologies
      -v-   Litigation

U.S.C.A. # 06-0612-cv

U.S.D.C. # 05cv09575

D.C. Judge: NRB

---

## Extract Of Docket Entries

| Date | Document Description |
|---|---|
| 12/30/05 | Affidavit |
| 1/18/06 | Transcript |
| 1/23/06 | Motion |

J. Michael McMahon, Clerk

BY: _____
           Deputy Clerk