**MANDATE**

SDNY/NY
05-CV-9575
BUCHWALD

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---------------------------------------------------------------X

JAMES MICHAELSON, ORI EDELSTEIN, EDWIN
BONNER, JOSEPH HALPIN, ROBERT HULL, JOHN
MALETTA, TOM RICCIUTI, YVONNE RICCIUTI,
MARY SCHUMACHER and MARK LYON,
    Plaintiffs-Appellees,

JEFFREY POTTER, individually and on behalf of all
others similarly situated, DORA RIVAS, individually
and on behalf of all others similarly situated, ANDREW
KLEWAN, individually, on his own behalf and on behalf
of all others similarly situated and JAMES SPRINGER,
individually, on his own behalf and on behalf of all
others similarly situated,

    Consolidated-Plaintiffs-Appellees,

SONY BMG MUSIC, INC., FIRST 4 INTERNET,
SONY BMG MUSIC ENTERTAINMENT, SONY
CORPORATION OF AMERICA and SUNNCOMM
INTERNATIONAL INC.

    Defendants-Appellees,

    v.

FREDERICK D. COOKE, JR.,

    Non Party-Appellant.

---------------------------------------------------------------X



Ct. App. Dkt. No.
06-0612-CV



## STIPULATION OF DISMISSAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn with prejudice, without costs and without attorneys' fees, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

CERTIFIED:
7/31/06

Dated this 7 day of July, 2006

*[signature]*
Jeffrey Harris (JH2121)

Rubin, Winston, Diercks, Harris & Cooke, LLP
1155 Connecticut Avenue, N.W., 6th Floor
Washington, DC 20036
(202) 861-0870

Attorneys for Non Party-Appellant
Frederick D. Cooke, Jr.

Dated this 20th day of July, 2006

*[signature]*
Bruce P. Keller (BK9300)
Jeffrey S. Jacobson (JJ8872)

Debevoise & Plimpton LLP
919 Third Avenue
New York, N.Y. 10022
Phone: (212) 909-6000
Fax: (212) 521-7479

Attorneys for Defendants-Appellees

*[stamp: JUL 25 2006]*

SO ORDERED

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
*[signature]*
Stanley A. Bass, Staff Counsel

July 25, 2006

40088582v1

2

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]* Tommy Martinez
DEPUTY CLERK